Lucas E. Gilmore, Bar No. 250893
Reed Kathrein, Bar No. 139304
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email:  lucasg@hbsslaw.com
        reed@hbsslaw.com

*Attorneys for Movant Bernard Swift*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. MATTHEWS, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>COMPASS GROUP DIVERSIFIED HOLDINGS, LLC., COMPASS DIVERSIFIED HOLDINGS, MORDECHAI HAIM FERDER, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER,<br><br>                Defendants. | Case No. 8:25-cv-00981-JDE<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION TO CONSOLIDATE THE RELATED ACTIONS, APPOINT BERNARD SWIFT AS LEAD PLAINTIFF, AND APPROVE HIS SELECTION OF LEAD COUNSEL**<br><br>Date:        Thursday, August 7, 2025<br>Time:        10:00 a.m.<br>Courtroom:   6A<br>Judge:       Hon. John D. Early |
| TODD AUGENBAUM, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. | Case No. 8:25-cv-01003-DOC-JDE |

MOT. TO CONSOL. REL. CASES. APPOINT LEAD PL. AND APPROVE LEAD COUNSEL
Case No. 8:25-cv-00981-JDE

011318-11/3220882 V1

FAULKINGHAM, and STEPHEN KELLER,

Defendants.

KEVIN TAN, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, STEPHEN KELLER, and PATRICK A. MACIARIELLO,

Defendants.

Case No. 2:25-cv-05777-JAK-MAR

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995, codified as Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3) (2013), and/or Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), Bernard Swift ("Movant") will and hereby does move the Honorable John D. Early, on or about August 7, 2025 at 10:00 a.m., at the United States District Court, Central District of California, located at Courtroom 6A, Ronald Reagan Federal Building and United States Courthouse, 411 W. 4th Street, Santa Ana, CA 92701, for an order (1) consolidating the above-captioned actions (the "Related Actions"); (2) appointing Movant as lead plaintiff in the above-referenced actions against Defendants, (3) approving his selection of Hagens Berman Sobol Shapiro LLP as lead counsel; and (4) granting any such further relief as the Court may deem just and proper.

This motion is based on this notice of motion and motion, the memorandum of law in support thereof, the declaration of Lucas E. Gilmore in support of this motion, the pleadings and records on file in this action, and any other written or oral argument or other matter that may be presented to the Court and that the Court may consider in deciding this motion.[1]

The portion of this motion to consolidate is made on the grounds that the Related Actions arise from the same operative facts, name identical defendants, and are appropriate for consolidation.

Movant makes this motion for appointment as Lead Plaintiff on the belief that he is the most "adequate plaintiff" as defined in the PSLRA because:

---

[1] Movant's counsel respectfully requests that compliance with the meet and confer requirements of Local Rule 7-3 be waived due to the fact that Movant cannot confer with unknown potential class member movants seeking appointment as lead plaintiff, 15 U.S.C. § 78u-4(a)(3)(B)(i).

-1-

MOT. TO CONSOL. REL. CASES. APPOINT LEAD PL. AND APPROVE LEAD COUNSEL
Case No. 8:25-cv-00981-JDE

011318-11/3220882 V1

1.    Movant has the largest known financial interest in the relief sought by the Class. Movant has incurred substantial losses as a result of his purchase and/or acquisition of shares of Compass securities;

2.    Movant has timely filed this motion pursuant to the PSLRA; and

3.    Movant meets the requirements of the PSLRA and Federal Rule of Civil Procedure 23 in that his claims are typical of the claims of the class and he will fairly and adequately represent the interests of the class.

Accordingly, under the PSLRA, Movant is presumptively the most adequate plaintiff and should be appointed as lead plaintiff to pursue this class action against Defendants.

If Movant is appointed as lead plaintiff, pursuant to the PSLRA, he respectfully requests that the Court appoint his selection of lead counsel. Movant has selected lead counsel with extensive experience in securities fraud and other class action litigation.

WHEREFORE, Movant respectfully requests that the Court: (1) consolidate the Related Actions; (2) appoint Movant as the Lead Plaintiff in the above-captioned case and any others the Court may deem related pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3); (3) approve Movant's selection of Hagens Berman as Lead Counsel for the class; and (4) grant such other and further relief as the Court may deem just and proper.

MOT. TO CONSOL. REL. CASES. APPOINT LEAD PL. AND APPROVE LEAD COUNSEL
Case No. 8:25-cv-00981-JDE

011318-11/3220882 V1

Dated: July 8, 2025

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Lucas E. Gilmore*
       Lucas E. Gilmore, Bar No. 250893
Reed Kathrein, Bar No. 139304
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email:    lucasg@hbsslaw.com
       reed@hbsslaw.com

*Counsel for Movant Bernard Swift*

011318-11/3220882 V1