Joseph J. Tabacco, Jr. (SBN 75484)
Email: jtabacco@bermantabacco.com
Nicole Lavallee (SBN 165755)
Email: nlavallee@bermantabacco.com
Michael Stocker Dark (SBN 179083)
Email: mdark@bermantabacco.com
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Counsel for Movant Glenbrook Investors and*
*Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. MATTHEWS, on behalf themselves and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> COMPASS GROUP DIVERSIFIED HOLDINGS, LLC., COMPASS DIVERSIFIED HOLDINGS, MORDECHAI HAIM FERDER, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER, <br><br> Defendants. | No. 8:25-cv-00981-JDE <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF MOTION AND MOTION OF GLENBROOK INVESTORS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL** <br><br> Date:  August 7, 2025 <br> Time: 10:00 am <br> Courtroom:  6A <br> Magistrate Judge: Hon. John D. Early |

*(Caption Continued)*

[Case No. 8:25-cv-00981-JDE] NOTICE OF MOTION & MOTION OF GLENBROOK INVESTORS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL



| TODD AUGENBAUM, Individually and on Behalf of All Others Similarly Situated, | Case No. 8:25-cv-01003-DOC-JDE |
|---|---|
| Plaintiffs, | Judge: David O. Carter |
| v. | |
| COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERISIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER, | |
| Defendants. | |
| KEVIN TAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:25-cv-05777-JAK-MAR |
| Plaintiffs, | Judge: John A. Kronstadt |
| v. | |
| COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERISIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, STEPHEN KELLER, and PATRICK A. MACIARIELLO, | |
| Defendants. | |

[Case No. 8:25-cv-00981-JDE] NOTICE OF MOTION & MOTION OF GLENBROOK INVESTORS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on August 7, 2025, at 10:00 a.m., or as soon thereafter as this matter may be heard in the courtroom of the Honorable John D. Early, United States Magistrate Judge, Courtroom 6A on the 6th Floor of 411 W. Fourth St., Santa Ana, CA 92701, Glenbrook Capital Management, Inc. Employees' Profit-Sharing Plan, GTW Sub-Trust, The Paul F. Shoen Revocable Trust, and The Paxton Lee Shoen 1998 Education Trust (together, "Glenbrook Investors") will move this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and Fed. R. Civ. P. 42(a), for the entry of an Order:

(a)   consolidating all Related Actions: (1) *Matthews v. Compass Group Diversified Holdings, LLC*, No. 8:25-cv-00981-JDE; (2) *Augenbaum v. Compass Diversified Holdings*, No. 8:25-cv-01003-DOC-JDE; and (3) *Tan v. Compass Diversified Holdings*, No. 2:25-cv-05777-JAK-MAR;

(b)   appointing Glenbrook Investors as Lead Plaintiff in the Action; and

(c)   approving Glenbrook Investors' choice of Berman Tabacco as Lead Counsel for the Class.

This Motion is made on the grounds that Glenbrook Investors is the most adequate lead plaintiff, as defined by the PSLRA, based on its combined losses of $156,959 which resulted from the wrongful conduct alleged in this matter. Glenbrook Investors also satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other members of the proposed Class and it will fairly and adequately represent the Class.   Further, Glenbrook Investors has selected and retained counsel with substantial experience in successfully prosecuting securities fraud class actions to serve as Lead Counsel for the Class.

Glenbrook Investors bases this motion on this notice of motion, the memorandum of points and authorities in support thereof, the Declaration of Nicole Lavallee in support thereof, the pleadings and other files herein and such other written and oral arguments as may be presented to the Court.

Local Rule 7-3 requires a conference of counsel prior to filing of motions. Glenbrook Investors, however, is unable to confer with counsel for other potential lead plaintiff movants because, under the PSLRA's unique lead plaintiff procedure, Glenbrook Investors will not know which other Class members may move for appointment as lead plaintiff until all movants have filed their respective motions. Therefore, Glenbrook Investors respectfully requests that the conferral requirements of Local Rule 7-3 be waived.

DATED: July 8, 2025                    Respectfully submitted,

By:   */s/ Nicole Lavallee*
         Nicole Lavallee (SBN 165755)

Joseph J. Tabacco, Jr. (SBN 75484)
Michael Stocker Dark (SBN 179083)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermantabacco.com
          nlavallee@bermantabacco.com
          mdark@bermantabacco.com

*Counsel for Movant Glenbrook Investors and Proposed Lead Counsel for the Class*

[Case No. 8:25-cv-00981-JDE] NOTICE OF MOT. & MOT. OF GLENBROOK INVESTORS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL                    2