Lucas E. Gilmore, Bar No. 250893
Reed Kathrein, Bar No. 139304
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email:  lucasg@hbsslaw.com
         reed@hbsslaw.com

*Attorneys for Movant Bernard Swift*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. MATTHEWS, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> COMPASS GROUP DIVERSIFIED HOLDINGS, LLC., COMPASS DIVERSIFIED HOLDINGS, MORDECHAI HAIM FERDER, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER, <br><br> Defendants. | Case No. 8:25-cv-00981-JDE <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION TO CONSOLIDATE THE RELATED ACTIONS, APPOINT BERNARD SWIFT AS LEAD PLAINTIFF, AND APPROVE HIS SELECTION OF LEAD COUNSEL** <br><br> Date:  Thursday, August 7, 2025 <br> Time:  10:00 a.m. <br> Courtroom:  6A <br> Judge:  Hon. John D. Early |
| TODD AUGENBAUM, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT | Case No. 8:25-cv-01003-DOC-JDE |

011318-11/3221075 V1

LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER,

Defendants.

KEVIN TAN, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, STEPHEN KELLER, and PATRICK A. MACIARIELLO,

Defendants.

Case No. 2:25-cv-05777-JAK-MAR

011318-11/3221075 V1

I, Lucas E. Gilmore, declare as follows:

1.    I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Bernard Swift ("Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movant's motion to: (1) consolidate the above-captioned Related Actions; (2) appoint Movant as Lead Plaintiff in the above-captioned cases and any others the Court may deem related pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3); (3) approve Movant's selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the Class; and (4) for any such other and further relief as the Court may deem just and proper.

2.    Attached hereto as Exhibits A through F are true and correct copies of the following documents:

Exhibit A:  Movant's Certification;

Exhibit B:  Movant's Loss Calculation;

Exhibit C:  Movant's Declaration;

Exhibit D:  Notice of Pendency of *Matthews* action published on May 9, 2025;

Exhibit E:  The firm résumé of Hagens Berman Sobol Shapiro LLP; and

Exhibit F:  *Moreno v. Compass Group Diversified Holdings LLC, et al.*, Case No.  3:25-cv-00758-AWT (D. Conn.) Amended Complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of July, 2025.

                        */s/ Lucas E. Gilmore*
                        LUCAS E. GILMORE

-1-

GILMORE DECL. ISO MOT. TO CONSOL. REL. CASES. APPOINT LEAD PL. AND APPROVE LEAD COUNSEL

Case No. 8:25-cv-00981-JDE

011318-11/3221075 V1