# Exhibit B

**Loss Analysis for Bernard Swift - Compass Diversified (CODI)**
**Class Period 02/24/22 - 05/07/25**

| | | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 02/21/23 | 10,000 | $21.6000 | $216,000.00 | | | | | |
| Purchases | 02/06/24 | 63 | $21.6900 | $1,366.47 | | | | | |
| | 02/06/24 | 9,937 | $21.6900 | $215,533.53 | | | | | |
| | 05/02/24 | 2,000 | $20.9700 | $41,940.00 | | | | | |
| Post Class | | | | | Post Class | 06/26/25 | 34 | $6.9000 | $234.60 |
| Purchases | | | | | Sales | 06/26/25 | 100 | $6.9000 | $690.00 |
| | | | | | | 06/26/25 | 250 | $6.9000 | $1,725.00 |
| | | | | | | 06/26/25 | 325 | $6.9000 | $2,242.50 |
| | | | | | | 06/26/25 | 451 | $6.9000 | $3,111.90 |
| | | | | | | 06/26/25 | 455 | $6.9000 | $3,139.50 |
| | | | | | | 06/26/25 | 469 | $6.9000 | $3,236.10 |
| | | | | | | 06/26/25 | 1,145 | $6.9000 | $7,900.50 |
| | | | | | | 06/26/25 | 1,480 | $6.9000 | $10,212.00 |
| | | | | | | 06/26/25 | 1,800 | $6.9000 | $12,420.00 |
| | | | | | | 06/26/25 | 2,182 | $6.9000 | $15,055.80 |
| | | | | | | 06/26/25 | 2,838 | $6.9000 | $19,582.20 |
| | | | | | | 06/26/25 | 8,471 | $6.9000 | $58,449.90 |
| | | | | | | 06/27/25 | 700 | $6.8800 | $4,816.00 |
| | | | | | | 06/27/25 | 1,300 | $6.8800 | $8,944.00 |

*Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Shares Acquired in CP | 22,000 | Total Amt. Paid in CP | $474,840.00 | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |

| | |
|---|---|
| Post CP Shares Sold | 22,000 |
| Total Shares Sold to Current | 22,000 |

| | | |
|---|---|---|
| Post CP Amount Sold | $151,760.00 | |
| Total Amt. Sold to Current | $151,760.00 | ALTERNATIVE |

Actual Net Shares Acquired in CP   22,000   (CP Retained Shares)

| | | |
|---|---|---|
| Net Amount Paid in CP | $474,840.00 | |
| Net Amount Paid in CP Minus Sold to Current Date | $323,080.00 | ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 22,000 | Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 0 | Automatically 0 if Negative (ALTERNATIVE) |

90-Day Mean Share Price after last Day of CP   $6.82

| | | |
|---|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $150,000.51 | |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $0.00 | ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $474,840.00 | ALTERNATIVE |

| | | |
|---|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $324,839.49 | |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $323,080.00 | ALTERNATIVE |