# Exhibit C

## DECLARATION OF BERNARD SWIFT IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

I, Bernard Swift, pursuant to 28 U.S.C. § 1746, declare as follows:

1.       I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") on behalf of investors in Compass Diversified ("CODI" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.       I am 75 years old. I reside in San Antonio, Texas. I am a retired Occupational Medicine/Urgent Care Medicine physician and business owner. Previously, I served as the Managing Partner/Chief Executive Officer of a group medical practice that I founded in 1982, offering urgent care and occupational medicine services from multiple locations across the Austin-San Antonio, Texas Corridor. I graduated from Drake University with a Bachelor of Arts degree. After earning a Doctor of Osteopathic Medicine degree from Des Moines University College of Osteopathic Medicine, I served as a Flight Surgeon in the United States Air Force at Randolph AFB, San Antonio, Texas. I also earned a Master of Public Health degree from the University of Texas Health Science Center at Houston, Texas, and am board certified by the American Board of Preventive Medicine in Occupational Medicine. I have been managing my own investment portfolio for over 30 years.

3.       As set forth in my certification, during the Class Period I purchased CODI securities, retained those securities through disclosures that allegedly caused the securities' price to drop significantly, and suffered substantial losses as a result of the defendants' alleged misconduct. By virtue of my significant financial interest in the resolution of the Action I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.       Prior to seeking appointment as lead plaintiff in the Action, I spoke via phone and email with attorneys at Hagens Berman Sobol Shapiro LLP about the lead plaintiff process, the responsibilities of a lead plaintiff under the PSLRA, and how the case would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that I would owe duties to the Class to act in its best interest. If appointed as lead plaintiff, I will be responsible for conferring with counsel, reviewing and authorizing the filing of important litigation documents, and being deposed or attending important court hearings and trial, if necessary. I further understand that I am not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment rather than remain an absent class member.

5.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Hagens Berman Sobol Shapiro LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes I signed both a retainer agreement with Hagens Berman Sobol Shapiro LLP and certification form, and authorized the firm to file a lead plaintiff motion on my behalf.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct. Executed on this __7th__ th day of July, 2025.



BERNARD SWIFT