Joseph J. Tabacco, Jr. (SBN 75484)
Email: jtabacco@bermantabacco.com
Nicole Lavallee (SBN 165755)
Email: nlavallee@bermantabacco.com
Michael Stocker Dark (SBN 179083)
Email: mdark@bermantabacco.com
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Counsel for Movant Glenbrook Investors and
Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. MATTHEWS, on behalf themselves and all others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>COMPASS GROUP DIVERSIFIED HOLDINGS, LLC., COMPASS DIVERSIFIED HOLDINGS, MORDECHAI HAIM FERDER, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER,<br><br>               Defendants. | No. 8:25-cv-00981-JDE<br><br>CLASS ACTION<br><br>**DECLARATION OF NICOLE LAVALLEE IN SUPPORT OF GLENBROOK INVESTORS' MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL**<br><br>Date:  August 7, 2025<br>Time: 10:00 am<br>Courtroom:  6A<br>Magistrate Judge: Hon. John D. Early |

*(Caption Continued)*

[Case No. 8:25-cv-00981-JDE] DECLARTION OF NICOLE LAVALLEE IN SUPPORT OF GLENBROOK INVESTORS' MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL



| | |
|---|---|
| TODD AUGENBAUM, Individually and on Behalf of All Others Similarly Situated, | Case No. 8:25-cv-01003-DOC-JDE |
| | Judge: David O. Carter |
| Plaintiffs, | |
| v. | |
| COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERISIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER, | |
| Defendants. | |
| KEVIN TAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:25-cv-05777-JAK-MAR |
| | Judge: John A. Kronstadt |
| Plaintiffs, | |
| v. | |
| COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERISIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, STEPHEN KELLER, and PATRICK A. MACIARIELLO, | |
| Defendants. | |

[Case No. 8:25-cv-00981-JDE] DECLARTION OF NICOLE LAVALLEE IN SUPPORT OF GLENBROOK INVESTORS' MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL

I, Nicole Lavallee, declare under penalty of perjury as follows:

1. I am a partner in the San Francisco office of Berman Tabacco, counsel for movant Glenbrook Investors. I am a member in good standing of the State Bar of California and admitted to practice in this District. I submit this Declaration in support of Glenbrook Investors' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Its Selection of Counsel as Lead Counsel, and in support of the Memorandum of Points and Authorities accompanying the Motion.

2. Attached hereto as Exhibit A is a true and correct copy of the notice published by the Rosen Law Firm on May 9, 2025 on *Business Wire*, a national business-oriented wire service, advising members of the proposed class that the above-captioned action was filed and that investors had the right to move for appointment as lead plaintiff no later than July 8, 2025.

3. Attached hereto as Exhibit B is a true and correct copy of the notice published by Levi & Korsinsky, LLP on June 24, 2025 on *Globe Newswire*, a national business-oriented wire service, advising members of the proposed class that a related action with an extended class period from February 24, 2022 to May 7, 2025, inclusive, was filed in the U.S. District Court for the District of Connecticut and that investors had the right to move for appointment as lead plaintiff no later than July 8, 2025.

4. Attached hereto as Exhibit C is a true and correct copy of the signed Certifications for: Glenbrook Capital Management, Inc. Employees' Profit-Sharing Plan, GTW Sub-Trust, The Paul F. Shoen Revocable Trust, and The Paxton Lee Shoen 1998 Education Trust (together, "Glenbrook Investors").

5. Glenbrook Investors suffered losses of $156,959 on its investments in Compass Group Diversified Holdings, LLC, and Compass Diversified Holdings

[Case No. 8:25-cv-00981-JDE] DECLARTION OF NICOLE LAVALLEE IN SUPPORT OF THE GLENBROOK INVESTORS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL

1

("Compass" or the "Company") securities.  Charts calculating the losses from Compass investments are attached hereto as Exhibit D.

6.      Attached hereto as Exhibit E is a true and correct copy of the Joint Declaration of the Glenbrook Investors.

7.      Attached hereto Exhibit F is a true and correct copy of the firm resume of Berman Tabacco.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of July, 2025, at San Francisco, California.


*/s/ Nicole Lavallee*
Nicole Lavallee

[Case No. 8:25-cv-00981-JDE] DECLARTION OF NICOLE LAVALLEE IN SUPPORT OF THE GLENBROOK INVESTORS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL                    2