# EXHIBIT C

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW

I, Grover Wickersham, Trustee, on behalf of the Glenbrook Capital Management, Inc. Employees' Profit-Sharing Plan ("Glenbrook"), hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.     I have reviewed a class action complaint filed against Compass Group Diversified Holdings LLC ("Compass") alleging violations of the federal securities laws.

2.     Glenbrook has authorized Berman Tabacco to file a motion for appointment as lead plaintiff and appointment of counsel on its behalf in this litigation.

3.     Glenbrook did not engage in transactions in the securities which are the subject of this action at the direction of counsel or in order to participate in this or any other litigation under the federal securities laws of the United States.

4.     Glenbrook is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5.     Glenbrook's transactions in the common stock of Compass during the class period are set forth in Exhibit A, attached hereto.

6.     Other than those transactions set forth in Exhibit A attached hereto, Glenbrook has engaged in no transactions during the class period in the securities that are the subject of this action.

7.     During the three-year period preceding the date of this Certification, Glenbrook has not sought to serve, or served, as a representative party on behalf of a class under the federal securities laws.

8.     Glenbrook will not accept any payment for serving as a representative party on behalf of the class beyond Glenbrook's *pro rata* share of any recovery, except for an award, as ordered or approved by the Court in compliance with the federal laws, directly relating to the representation of the class.

9.     As Trustee for Glenbrook, I am duly authorized to sign this Certification on behalf of Glenbrook.

1

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___07/08/2025___

_Grover Wickersham_
Grover Wickersham (Jul 8, 2025 15:40 PDT)

Grover Wickersham
*Trustee*
*Glenbrook Capital Management, Inc.*
*Employees' Profit-Sharing Plan*

2

**Exhibit A**
Compass Group Diversified Holdings LLC
CUSIP No. 20451Q104

**Class Period:** 02/24/2022 - 05/07/2025

**Shareholder:** Glenbrook Capital Management, Inc. Employees' Profit-Sharing Plan

| Trade Date | Transaction | Number of Shares | Trade Price |
|---|---|---|---|
| 09/28/22 | Buy | 2,000 | $18.615000 |
| 01/22/24 | Buy | 2,000 | $22.336355 |
| 04/04/24 | Buy | 1,000 | $24.087130 |
| 08/08/24 | Buy | 1,000 | $20.525320 |
| 04/11/25 | Buy | 1,000 | $16.347340 |

3

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW

I, Grover Wickersham, Managing Member of PFS Mgt Co., on behalf of The Paxton Lee Shoen 1998 Education Trust ("Paxton Shoen Trust"), hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.      I have reviewed a class action complaint filed against Compass Group Diversified Holdings LLC ("Compass") alleging violations of the federal securities laws.

2.      Paxton Shoen Trust has authorized Berman Tabacco to file a motion for appointment as lead plaintiff and appointment of counsel on its behalf in this litigation.

3.      Paxton Shoen Trust did not engage in transactions in the securities which are the subject of this action at the direction of counsel or in order to participate in this or any other litigation under the federal securities laws of the United States.

4.      Paxton Shoen Trust is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5.      Paxton Shoen Trust's transactions in the common stock of Compass during the class period are set forth in Exhibit A, attached hereto.

6.      Other than those transactions set forth in Exhibit A attached hereto, Paxton Shoen Trust has engaged in no transactions during the class period in the securities that are the subject of this action.

7.      During the three-year period preceding the date of this Certification, Paxton Shoen Trust has not sought to serve, or served, as a representative party on behalf of a class under the federal securities laws.

8.      Paxton Shoen Trust will not accept any payment for serving as a representative party on behalf of the class beyond Paxton Shoen Trust's *pro rata* share of any recovery, except for an award, as ordered or approved by the Court in compliance with the federal laws, directly relating to the representation of the class.

1

9.      PFS Mgt Co. is trustee for Paxton Shoen Trust.  As Managing Member of PFS Mgt Co., I am duly authorized to sign this Certification on behalf of Paxton Shoen Trust.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___07/08/2025___

*Grover Wickersham*
Grover Wickersham (Jul 8, 2025 15:40 PDT)

Grover Wickersham, Managing Member,
PFS Mgt Co., Trustee
*The Paxton Lee Shoen 1998 Education Trust*

2

## **Exhibit A**
Compass Group Diversified Holdings LLC
CUSIP No. 20451Q104

**Class Period:** 02/24/2022 - 05/07/2025

**Shareholder:** The Paxton Lee Shoen 1998 Education Trust

| Trade Date | Transaction | Number of Shares | Trade Price |
|---|---|---|---|
| 03/22/23 | Buy | 500 | $18.747420 |
| 03/29/23 | Buy | 500 | $18.800000 |
| 04/10/23 | Buy | 500 | $18.850000 |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW

I, Paul F. Shoen, Trustee, on behalf of the GTW Sub-Trust, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.      I have reviewed a class action complaint filed against Compass Group Diversified Holdings LLC ("Compass") alleging violations of the federal securities laws.

2.      GTW Sub-Trust has authorized Berman Tabacco to file a motion for appointment as lead plaintiff and appointment of counsel on its behalf in this litigation.

3.      GTW Sub-Trust did not engage in transactions in the securities which are the subject of this action at the direction of counsel or in order to participate in this or any other litigation under the federal securities laws of the United States.

4.      GTW Sub-Trust is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5.      GTW Sub-Trust's transactions in the common stock of Compass during the class period are set forth in Exhibit A, attached hereto.

6.      Other than those transactions set forth in Exhibit A attached hereto, GTW Sub-Trust has engaged in no transactions during the class period in the securities that are the subject of this action.

7.      During the three-year period preceding the date of this Certification, GTW Sub-Trust has not sought to serve, or served, as a representative party on behalf of a class under the federal securities laws.

8.      GTW Sub-Trust will not accept any payment for serving as a representative party on behalf of the class beyond GTW Sub Trust's *pro rata* share of any recovery, except for an award, as ordered or approved by the Court in compliance with federal law, directly relating to the representation of the class.

9.      As Trustee for GTW Sub-Trust, I am duly authorized to sign this Certification on behalf of GTW Sub Trust.

1

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on ___06/27/2025___

_Paul F. Shoen_
Paul F. Shoen (Jun 27, 2025 07:28 PDT)

Paul F. Shoen
*Trustee*
*GTW Sub-Trust*

2

**Exhibit A**
Compass Group Diversified Holdings LLC
CUSIP No. 20451Q104

**Class Period:** 02/24/2022 - 05/07/2025

**Shareholder:** GTW Sub-Trust

| Trade Date | Transaction | Number of Shares | Trade Price |
|---|---|---|---|
| 01/06/23 | Buy | 800 | $19.283075 |
| 04/03/23 | Buy | 200 | $19.069400 |
| 01/22/24 | Buy | 250 | $22.305000 |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW

I, Paul F. Shoen, Trustee, on behalf of The Paul F. Shoen Revocable Trust ("Paul Shoen Trust"), hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.      I have reviewed a class action complaint filed against Compass Group Diversified Holdings LLC ("Compass") alleging violations of the federal securities laws.

2.      Paul Shoen Trust has authorized Berman Tabacco to file a motion for appointment as lead plaintiff and appointment of counsel on its behalf in this litigation.

3.      Paul Shoen Trust did not engage in transactions in the securities which are the subject of this action at the direction of counsel or in order to participate in this or any other litigation under the federal securities laws of the United States.

4.      Paul Shoen Trust is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5.      Paul Shoen Trust's transactions in the common stock of Compass during the class period are set forth in Exhibit A, attached hereto.

6.      Other than those transactions set forth in Exhibit A attached hereto, Paul Shoen Trust has engaged in no transactions during the class period in the securities that are the subject of this action.

7.      During the three-year period preceding the date of this Certification, Paul Shoen Trust has not sought to serve, or served, as a representative party on behalf of a class under the federal securities laws.

8.      Paul Shoen Trust will not accept any payment for serving as class representative on behalf of the class beyond Paul Shoen Trust's *pro rata* share of any recovery, except for an award, as ordered or approved by the Court in compliance with the federal laws, directly relating to the representation of the class.

9.       As Trustee for Paul Shoen Trust, I am duly authorized to sign this Certification on behalf of Paul Shoen Trust.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  06/27/2025

_Paul F. Shoen_
Paul F. Shoen (Jun 27, 2025 07:28 PDT)

Paul F. Shoen
*Trustee*
*The Paul F. Shoen Revocable Trust*

2

**Exhibit A**
Compass Group Diversified Holdings LLC
CUSIP No. 20451Q104

**Class Period:** 02/24/2022 - 05/07/2025

**Shareholder:** The Paul F. Shoen Revocable Trust

| Trade Date | Transaction | Number of Shares | Trade Price |
|---|---|---|---|
| 04/05/23 | Buy | 500 | $18.760000 |
| 10/10/23 | Buy | 500 | $18.817191 |
| 01/22/24 | Buy | 1,000 | $22.321250 |

3