# EXHIBIT D

**Compass Diversified Holdings**
**Cusip 20451Q104**
**Summary Report**

Class Period: 02/24/22-05/07/25
$6.8102 Look back price 05/08/25-07/07/25

| Account | Beg. Holdings | Total CP Shares Bought | Total CP Shares Sold | Net CP Shares Purchased | Net Expenditures | FIFO | LIFO |
|---|---|---|---|---|---|---|---|
| Paxton Lee Shoen 1998 Education Trust | 3,500 | 1,500 | 0 | 1,500 | ($28,199) | ($17,983) | ($17,983) |
| Paul F. Shoen Revocable Trust | 0 | 2,000 | 0 | 2,000 | ($41,110) | ($27,480) | ($27,480) |
| Glenbrook Cap. Mgmt. Profit Sharing Plan | 0 | 7,000 | 0 | 7,000 | ($142,863) | ($95,191) | ($95,191) |
| GTW Sub Trust | 0 | 1,250 | 0 | 1,250 | ($24,817) | ($16,304) | ($16,304) |
| | | | | | | | |
| Combined Totals: | 3,500 | 11,750 | 0 | 11,750 | ($236,988) | ($156,959) | ($156,959) |

**Compass Diversified Holdings**
**Cusip 20451Q104**
**Loss Analysis**

Class Period: 02/24/22-05/07/25
$6.8102 Look back price 05/08/25-07/07/25

| Name | Trade Date | Trans. | Shares Bought | Shares Sold | Shares Remainin | Trade Price | (Cost) | Proceeds |
|---|---|---|---|---|---|---|---|---|
| Paxton Lee Shoen 1998 Education Trust | 02/23/24 | Holdings | | | 3,500 | | | |
| Paxton Lee Shoen 1998 Education Trust | 03/22/23 | Buy | 500 | | 4,000 | $18.747420 | ($9,373.71) | $0.00 |
| Paxton Lee Shoen 1998 Education Trust | 03/29/23 | Buy | 500 | | 4,500 | $18.800000 | ($9,400.00) | $0.00 |
| Paxton Lee Shoen 1998 Education Trust | 04/10/23 | Buy | 500 | | 5,000 | $18.850000 | ($9,425.00) | $0.00 |
| | | | | | | | | |
| Totals: | | | 1,500 | 0 | | | ($28,199) | $0 |
| Shares Held: | | | | 1,500 | | | | |
| Shares Held x $6.8102 | | | | $10,215 | | | | |
| Total (Cost)/Proceeds: | | | | ($28,199) | | | | |
| Total FIFO/LIFO Loss: | | | | ($17,983) | | | | |

| Name | Trade Date | Trans. | Shares Bought | Shares Sold | Shares Remainin | Trade Price | (Cost) | Proceeds |
|---|---|---|---|---|---|---|---|---|
| Paul F. Shoen Revocable Trust | 04/05/23 | Buy | 500 | | 500 | $18.760000 | ($9,380.00) | $0.00 |
| Paul F. Shoen Revocable Trust | 10/10/23 | Buy | 500 | | 1,000 | $18.719120 | ($9,359.56) | $0.00 |
| Paul F. Shoen Revocable Trust | 01/22/24 | Buy | 1,000 | | 2,000 | $22.361250 | ($22,361.25) | $0.00 |
| | | | | | | | | |
| Totals: | | | 2,000 | 0 | | | ($41,101) | $0 |
| Shares Held: | | | | 2,000 | | | | |
| Shares Held x $6.8102 | | | | $13,620 | | | | |
| Total (Cost)/Proceeds: | | | | ($41,101) | | | | |
| Total FIFO/LIFO Loss: | | | | ($27,480) | | | | |

| Name | Trade Date | Trans. | Shares Bought | Shares Sold | Shares Remainin | Trade Price | (Cost) | Proceeds |
|---|---|---|---|---|---|---|---|---|
| Glenbrook Cap. Mgmt. Profit Sharing Plan | 09/28/22 | Buy | 2,000 | | 2,000 | $18.615000 | ($37,230.00) | $0.00 |
| Glenbrook Cap. Mgmt. Profit Sharing Plan | 01/22/24 | Buy | 2,000 | | 4,000 | $22.336355 | ($44,672.71) | $0.00 |
| Glenbrook Cap. Mgmt. Profit Sharing Plan | 04/04/24 | Buy | 1,000 | | 5,000 | $24.087130 | ($24,087.13) | $0.00 |
| Glenbrook Cap. Mgmt. Profit Sharing Plan | 08/08/24 | Buy | 1,000 | | 6,000 | $20.525320 | ($20,525.32) | $0.00 |
| Glenbrook Cap. Mgmt. Profit Sharing Plan | 04/11/25 | Buy | 1,000 | | 7,000 | $16.347340 | ($16,347.34) | $0.00 |
| | | | | | | | | |
| Totals: | | | 7,000 | 0 | | | ($142,863) | $0 |
| Shares Held: | | | | 7,000 | | | | |
| Shares Held x $6.8102 | | | | $47,671 | | | | |
| Total (Cost)/Proceeds: | | | | ($142,863) | | | | |
| Total FIFO/LIFO Loss: | | | | ($95,191) | | | | |

| Name | Trade Date | Trans. | Shares Bought | Shares Sold | Shares Remainin | Trade Price | (Cost) | Proceeds |
|---|---|---|---|---|---|---|---|---|
| GTW Sub Trust | 01/06/23 | Buy | 800 | | 800 | $19.283075 | ($15,426.46) | $0.00 |
| GTW Sub Trust | 04/03/23 | Buy | 200 | | 1,000 | $19.069400 | ($3,813.88) | $0.00 |
| GTW Sub Trust | 01/22/24 | Buy | 250 | | 1,250 | $22.305000 | ($5,576.25) | $0.00 |
| | | | | | | | | |
| Totals: | | | 1,250 | 0 | | | ($24,817) | $0 |
| Shares Held: | | | | 1,250 | | | | |
| Shares Held x $6.8102 | | | | $8,513 | | | | |

**Compass Diversified Holdings**

**Cusip 20451Q104**

**Loss Analysis**

Class Period: 02/24/22-05/07/25

$6.8102 Look back price 05/08/25-07/07/25

| Name | Trade Date | Trans. | Shares Bought | Shares Sold | Shares Remainin | Trade Price | (Cost) | Proceeds |
|---|---|---|---|---|---|---|---|---|
| Total (Cost)/Proceeds: | | | | ($24,817) | | | | |
| Total FIFO/LIFO Loss: | | | | ($16,304) | | | | |

| Combined Totals | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Totals: | | | 11,750 | 0 | | | ($236,979) | $0 |
| Shares Held: | | | | 11,750 | | | | |
| Shares Held x $6.8102 | | | | $80,020 | | | | |
| Total (Cost)/Proceeds: | | | | ($236,979) | | | | |
| Total FIFO/LIFO Loss: | | | | ($156,959) | | | | |