# EXHIBIT E

## <u>JOINT DECLARATION</u>

We, Grover T. Wickersham and Paul F. Shoen, pursuant to 28 U.S.C. § 1746, declare as follows:

1. We respectfully submit this joint declaration in support of the motion of Glenbrook Capital Management, Inc. Employees' Profit-Sharing Plan ("Glenbrook PSP"); The Paxton Lee Shoen 1998 Education Trust ("Paxton Shoen Trust"); The Paul F. Shoen Revocable Trust ("Paul Shoen Trust"); and GTW Sub-Trust (together, "Glenbrook Investors") for appointment as Lead Plaintiff and approval of Berman Tabacco ("Berman Tabacco") as Lead Counsel for the proposed Class in the securities class action filed against Compass Group Diversified Holdings LLC ("Compass") and other defendants.  We are informed of and understand the requirements and duties of serving as the Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), including the selection and retention of counsel and overseeing the prosecution of the Compass litigation. We each have personal knowledge about the facts set forth in this Joint Declaration relating to the entities with which we are associated.

2. I, Grover T. Wickersham, am a Trustee of Glenbrook PSP, and I am authorized to make this Joint Declaration on its behalf.  PFS Mgt Co. is the Trustee of the Paxton Shoen Trust. As a Managing Member of PFS Mgt Co., I am authorized to make this Joint Declaration on behalf of the Paxton Shoen Trust.  I am a licensed attorney in the State of California.  From 1978 until 1981, I was a Branch Chief in the L.A. Regional Office of the U.S. Securities and Exchange Commission.  Since 1996, I have been Chairman of Glenbrook Capital Management ("GCM"). GCM is a family office based in California and has been investing in publicly-traded companies since 1996.  GCM has had discretionary authority to make investment decisions on behalf of the Glenbrook PSP, Paxton Shoen Trust, Paul Shoen Trust and GTW Sub-Trust since their inception.

1

GCM made the decisions to invest in Compass securities during the class period as detailed in each of the respective Certifications.

3.    I, Paul F. Shoen, am a Trustee of GTW Sub-Trust and a Trustee of the Paul Shoen Trust, and I am authorized to make this Joint Declaration on behalf of both entities.  I am a lifelong investor and businessman.

4.    We have known each other and have worked together professionally for over 30 years.  We routinely communicate with each other regarding the investments in the entities detailed herein.  We are strongly motivated to recover losses for Glenbrook Investors and members of the class which were suffered as a result of defendants' violations of the federal securities laws.  We will seek to achieve the best possible recovery for the class from all culpable parties.  We each believe that the prosecution of this fraud should be entrusted to sophisticated investors that have a significant financial interest in the claims against defendants and are committed to maximizing the Class's recovery and ensuring the litigation is prosecuted as zealously and efficiently as possible, in accordance with the duties set forth in the PSLRA.

5.    We are committed to satisfying the fiduciary obligations that we will assume if appointed Lead Plaintiff, including by: conferring with each other and with our counsel regarding litigation strategy and other matters; attending court proceedings, depositions, any settlement mediations, and hearings, as needed; and reviewing and authorizing the filing of important litigation documents.  Through these and other measures, we will ensure that the Compass securities litigation will be vigorously prosecuted consistent with the Lead Plaintiff's obligations under the PSLRA and in the best interests of the Class.

6.    We have agreed that we will exercise joint decision-making and will jointly communicate with proposed lead counsel regarding the progress and prosecution of this action on

a regular basis as well as when important decisions need to be made related to the action.  To that end, we have agreed that proposed lead counsel will provide us with periodic status reports and hold regular joint calls to discuss: new developments in the action, all significant decisions concerning the prosecution of the case, litigation and settlement strategies, significant pleadings and briefs, important discovery issues, attorney and expert work being performed, and any other issues bearing on the effective and efficient prosecution of this matter.  Further, we agreed that the parties will make themselves available for any appearances, depositions, and other necessary meetings to facilitate the prosecution of this action.

7.      Prior to seeking the appointment of Glenbrook Investors as Lead Plaintiff, we conferred about overseeing this litigation, including the merits of the claims, our respective losses from the defendants' misconduct, our desire to jointly prosecute this litigation in a collaborative and cohesive manner, and the advantages of retaining Berman Tabacco based on its experience in successfully litigating securities class actions as Lead Counsel.   Through supervision of proposed Lead Counsel, we will ensure that this action is prosecuted for the benefit of the Class in an efficient and effective manner. In order to achieve this result, we plan on consulting with each other and with counsel regarding the prosecution of this lawsuit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to Glenbrook Capital Management, Inc. Employees' Profit-Sharing Plan are true and correct to the best of my knowledge.

Executed  07/08/2025

*Grover Wickersham*
Grover Wickersham (Jul 8, 2025 15:40 PDT)

Grover T. Wickersham, Trustee
Glenbrook Capital Management, Inc. Employees' Profit-Sharing Plan

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to The Paxton Lee Shoen 1998 Education Trust are true and correct to the best of my knowledge.

Executed  07/08/2025

*Grover Wickersham*
Grover Wickersham (Jul 8, 2025 15:40 PDT)

Grover T. Wickersham, Managing Member, PFS Mgt Co., Trustee
The Paxton Lee Shoen 1998 Education Trust

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to GTW Sub-Trust are true and correct to the best of my knowledge.

Executed 07/08/2025

*Paul F. Shoen*
Paul F. Shoen (Jul 8, 2025 11:41 PDT)
Paul F. Shoen, Trustee
GTW Sub-Trust

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to The Paul F. Shoen Revocable Trust are true and correct to the best of my knowledge.

Executed 07/08/2025

*Paul F. Shoen*
Paul F. Shoen (Jul 8, 2025 11:41 PDT)
Paul F. Shoen, Trustee
The Paul F. Shoen Revocable Trust

5