Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead*
*Plaintiff and for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. MATTHEWS, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> COMPASS GROUP DIVERSIFIED HOLDINGS, LLC., COMPASS DIVERSIFIED HOLDINGS, MORDECHAI HAIM FERDER, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER, <br><br> Defendants. | Case No. 8:25-cv-00981-JDE <br><br> **MOTION OF ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> JUDGE: John D. Early <br> HEARING: August 7, 2025 <br> TIME: 10:00am <br> CTRM: 6A |

[Additional caption on next page]

1

MOTION OF ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM TO CONSOLIDATE RELATED ACTIONS,  FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 8:25-cv-00981-JDE

| | |
|---|---|
| TODD AUGENBAUM, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER,<br><br>        Defendants. | Case No. 8:25-cv-01003-DOC-JDE<br><br>CLASS ACTION<br><br>JUDGE: David O. Carter |
| KEVIN TAN, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, STEPHEN KELLER, AND PATRICK A. MACIARIELLO,<br><br>        Defendants. | Case No. 2:25-cv-05777-JAK-MAR<br><br>CLASS ACTION<br><br>JUDGE: John A. Kronstadt |

MOTION OF ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM TO CONSOLIDATE RELATED ACTIONS,  FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 8:25-cv-00981-JDE

PLEASE TAKE NOTICE that on Thursday, August 7, 2025, at 10:00 a.m. before the Honorable John D. Early, in the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Courtroom 6A, Santa Ana, California, Erie County Employees' Retirement System ("Movant"), will and does move this Court for an order granting its Motion: (1) consolidating the related actions; (2) for appointment of Movant as Lead Plaintiff of the Class; and (3) for approval of Movant's selection of The Rosen Law Firm, P.A. ("Rosen Law") as Lead Counsel for Plaintiffs and the Class.

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B) and Federal Rule of Civil Procedure 42(a), on the grounds that: (1) the related actions should be consolidated as they involve common questions of law and fact and consolidation would promote judicial economy; (2) Movant should be appointed as Lead Plaintiff for the class of all purchasers of Compass Group Diversified Holdings LLC ("Compass" or the "Company") securities between February 24, 2022 and May 7, 2025, inclusive (the "Class Period"), as Movant has timely made this Motion, has the largest financial interest and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (3) Movant's selection of Rosen Law as Lead Counsel should be approved as the firm is well-qualified and has extensive experience in cases of this type.

In support of this Motion, Movant files herewith a Memorandum of Points and Authorities, the Declaration of Laurence M. Rosen, and a Proposed Order.

Local Rule 7-3 requires a meet and confer of counsel prior to filing motions. Due to the Private Securities Litigation Reform Act of 1995's lead plaintiff procedure, however, Movant does not yet know which other persons plan to move for appointment as lead plaintiff until after all the movants have filed their

3

respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of L.R. 7-3 be waived.

Dated: July 8, 2025                    Respectfully submitted,

                                       **THE ROSEN LAW FIRM, P.A.**

                                       /s/ Laurence Rosen
                                       Laurence M. Rosen, Esq. (SBN 219683)
                                       355 South Grand Avenue, Suite 2450
                                       Los Angeles, CA 90071
                                       Telephone: (213) 785-2610
                                       Facsimile: (213) 226-4684
                                       Email: lrosen@rosenlegal.com

                                       *[Proposed] Lead Counsel for Lead Plaintiff and for the Class*

MOTION OF ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM TO CONSOLIDATE RELATED ACTIONS,  FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 8:25-cv-00981-JDE

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On July 8, 2025, I electronically filed the following **MOTION OF ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 8, 2025.

/s/ Laurence Rosen
Laurence M. Rosen

MOTION OF ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM TO CONSOLIDATE RELATED ACTIONS,  FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 8:25-cv-00981-JDE