Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead
Plaintiff and for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. MATTHEWS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS GROUP DIVERSIFIED HOLDINGS, LLC., COMPASS DIVERSIFIED HOLDINGS, MORDECHAI HAIM FERDER, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER,<br><br>Defendants. | Case No. 8:25-cv-00981-JDE<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL**<br><br>CLASS ACTION<br><br>JUDGE: John D. Early<br>HEARING: August 7, 2025<br>TIME: 10:00am<br>CTRM: 6A |

[Additional caption on next page]

1

| TODD AUGENBAUM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Case No. 8:25-cv-01003-DOC-JDE |
| | ) ) | CLASS ACTION |
| Plaintiff, | ) ) ) | JUDGE: David O. Carter |
| v. | ) ) ) | |
| COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| KEVIN TAN, Individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 2:25-cv-05777-JAK-MAR |
| | ) ) | CLASS ACTION |
| Plaintiff, | ) ) ) | JUDGE: John A. Kronstadt |
| v. | ) ) ) | |
| COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, STEPHEN KELLER, AND PATRICK A. MACIARIELLO, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

2

I, Laurence M. Rosen, declare:

1.     I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., counsel for Erie County Employees' Retirement System ("Movant"). I make this declaration in support of Movant's motion to consolidate related actions, for appointment as Lead Plaintiff, and for approval of Movant's choice of counsel pursuant to Section 21D of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.     Attached hereto are true and correct copies of the following documents:

        Exhibit 1:   PSLRA early notice;

        Exhibit 2:   PSLRA certification of Movant;

        Exhibit 3:   Movant's loss chart; and

        Exhibit 4:   The firm resume of The Rosen Law Firm, P.A.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 8th day of July, 2025.

/s/Laurence M. Rosen
Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL – 8:25-cv-00981-JDE

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On July 8, 2025, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record. Executed on July 8th, 2025.

/s/Laurence M. Rosen
Laurence M. Rosen

4