# Exhibit 1



**Source:** *Levi & Korsinsky, LLP*

*May 12, 2025 14:49 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Compass Group Diversified Holdings LLC Securities and Sets a Lead Plaintiff Deadline of July 8, 2025

NEW YORK, May 12, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Compass Group Diversified Holdings LLC ("Compass" or the "Company") (NYSE: CODI) between May 1, 2024 to May 7, 2025, both dates inclusive. You are hereby notified** that the class action lawsuit *Nicholas Moreno v. Compass Group Diversified Holdings LLC, et al.* (Case No. 3:25-cv-00758) has been commenced in the United States District Court for the District of Connecticut. To get more information **go to:**

https://zlk.com/pslra-1/compass-diversified-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, throughout the class period, defendants failed to disclose to investors that Compass lacked effective internal controls over its financial reporting; that Compass failed to disclose critical information regarding Lugano Holding, Inc. ("Lugano") which kept undisclosed financing arrangements and exhibited irregularities in its sales, cost of sales, inventory and accounts receivable; and that, as a result of the foregoing, defendants' positive statements about the Company's financial reporting were materially misleading.

The truth emerged on May 7, 2025, after the market closed, the Company announced that its financial statements for fiscal 2024 could no longer be relied upon due to an ongoing internal investigation into its subsidiary, Lugano. Specifically, Compass reported that its Audit Committee launched an investigation over "concerns about how Lugano was potentially financing inventory." The Company also announced that it intends to delay the filing of its first quarter 2025 Form 10-Q. Further, effective May 7, 2025, Lugano's founder and CEO, Moti Ferder, resigned from Lugano and will not receive any severance compensation.

Following this news, the price of Compass' common stock declined dramatically. From a closing market price of $17.25 per share on May 7, 2025 to $6.55 per share on May 8, 2025.

**If you suffered a loss in CODI securities, you have until July 8, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com