# Exhibit 2

# CERTIFICATION

The undersigned, on behalf of the Erie County Employees' Retirement System ("Erie County"), hereby certifies, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed a complaint and authorize the filing thereof and the filing of a lead plaintiff motion on behalf of Erie County.

2.      Erie County did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Erie County is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The Schedule A hereto, is a list of all of the purchases and sales Erie County has made in Compass Diversified Holdings securities during the class period.

5.      Erie County has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except for the following company(ies):

*Allegheny County Employees' Retirement System v. AdaptHealth Corp., et al.,*
case no. 2:23-cv-04104 (E.D. Pa.)
*Erie County Employees' Retirement System v. Hayward Holdings, Inc., et al.,*
case no. 2:23-cv-20764 (D.N.J.)
*Erie County Employees' Retirement System v. Cutera, Inc., et al.,*
case no. 2:23-cv-02560 (N.D. Cal.)

6.      Erie County will not accept any payment for serving as a representative party beyond its *pro rata* share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed __7/1/25__ .

Erie County Employees' Retirement System

Signature: _____
By:          Dr. Kyle Foust
Title:        Board Secretary

## SCHEDULE A

ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM

CLASS PERIOD TRANSACTIONS

| PURCHASES | | |
|---|---|---|
| **DATE** | **SHARES** | **PRICE** |
| 12/22/2023 | 400 | ($22.27) |
| 12/28/2023 | 400 | ($22.63) |
| 12/28/2023 | 500 | ($22.63) |
| 12/29/2023 | 300 | ($22.48) |
| 1/2/2024 | 100 | ($22.66) |
| 1/3/2024 | 400 | ($22.19) |
| 1/11/2024 | 100 | ($21.85) |
| 1/16/2024 | 300 | ($21.71) |
| 1/17/2024 | 500 | ($21.26) |
| 1/17/2024 | 300 | ($21.18) |
| 1/18/2024 | 100 | ($21.40) |
| 1/22/2024 | 200 | ($22.35) |
| 1/24/2024 | 600 | ($22.20) |
| 1/30/2024 | 200 | ($22.64) |
| 1/31/2024 | 100 | ($22.19) |
| 1/31/2024 | 100 | ($22.50) |
| 2/6/2024 | 100 | ($21.79) |
| 2/6/2024 | 100 | ($21.69) |
| 2/7/2024 | 100 | ($21.61) |
| 2/7/2024 | 100 | ($21.50) |
| 2/13/2024 | 200 | ($22.35) |
| 2/13/2024 | 100 | ($22.00) |
| 2/27/2024 | 100 | ($22.67) |
| 2/28/2024 | 200 | ($22.59) |
| 3/1/2024 | 100 | ($23.04) |
| 3/12/2024 | 100 | ($23.99) |
| 3/13/2024 | 100 | ($23.80) |
| 3/13/2024 | 100 | ($23.60) |
| 3/14/2024 | 200 | ($23.36) |
| 3/15/2024 | 100 | ($23.54) |
| 3/18/2024 | 100 | ($23.52) |
| 3/18/2024 | 100 | ($23.47) |
| 3/21/2024 | 100 | ($24.15) |
| 3/21/2024 | 200 | ($24.15) |
| 3/25/2024 | 100 | ($23.91) |

| | | |
|---|---|---|
| 3/26/2024 | 100 | ($23.73) |
| 3/26/2024 | 200 | ($23.55) |
| 4/5/2024 | 100 | ($23.71) |
| 4/10/2024 | 200 | ($23.31) |
| 5/2/2024 | 100 | ($21.08) |
| 5/2/2024 | 100 | ($21.10) |
| 5/9/2024 | 300 | ($22.02) |
| 5/9/2024 | 400 | ($22.03) |
| 5/16/2024 | 100 | ($22.15) |
| 5/23/2024 | 100 | ($21.81) |
| 5/29/2024 | 100 | ($21.94) |
| 6/6/2024 | 1000 | ($22.37) |
| 7/9/2024 | 300 | ($21.37) |
| 7/16/2024 | 200 | ($23.46) |
| 7/18/2024 | 100 | ($23.51) |
| 7/19/2024 | 63 | ($23.22) |
| 7/22/2024 | 6 | ($23.10) |
| 7/29/2024 | 100 | ($23.64) |
| 8/1/2024 | 200 | ($22.31) |
| 8/1/2024 | 100 | ($21.61) |
| 8/1/2024 | 200 | ($21.81) |
| 8/2/2024 | 100 | ($21.14) |
| 8/2/2024 | 200 | ($21.28) |
| 8/5/2024 | 200 | ($20.32) |
| 8/7/2024 | 100 | ($20.04) |
| 9/12/2024 | 100 | ($20.37) |
| 9/20/2024 | 300 | ($21.80) |
| 9/26/2024 | 100 | ($21.98) |
| 9/30/2024 | 100 | ($22.07) |
| 10/1/2024 | 100 | ($21.94) |
| 10/3/2024 | 100 | ($21.47) |
| 10/7/2024 | 100 | ($21.41) |
| 10/8/2024 | 100 | ($21.30) |
| 10/8/2024 | 100 | ($21.22) |
| 10/9/2024 | 100 | ($21.18) |
| 10/9/2024 | 100 | ($20.97) |
| 10/10/2024 | 100 | ($20.85) |
| 10/11/2024 | 100 | ($20.94) |
| 10/21/2024 | 100 | ($21.41) |
| 10/22/2024 | 100 | ($21.05) |
| 10/23/2024 | 100 | ($20.75) |
| 10/25/2024 | 100 | ($20.58) |
| 11/5/2024 | 100 | ($21.25) |

2

| | | |
|---|---|---|
| 12/6/2024 | 400 | ($23.24) |
| 1/16/2025 | 200 | ($21.35) |
| 1/16/2025 | 100 | ($21.43) |
| 1/17/2025 | 200 | ($21.58) |
| 2/13/2025 | 300 | ($20.68) |
| 2/13/2025 | 200 | ($20.80) |
| 2/24/2025 | 100 | ($20.64) |
| 2/24/2025 | 100 | ($20.68) |
| 2/24/2025 | 200 | ($20.76) |
| 2/25/2025 | 100 | ($20.75) |
| 2/26/2025 | 100 | ($20.48) |

| SALES | | |
|---|---|---|
| **DATE** | **SHARES** | **PRICE** |
| 3/6/2025 | 1,000 | $20.17 |

3