# Exhibit 3

**Compass Group Diversified Holdings LLC**
**Class Period: February 24, 2022 through May 7, 2025**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $6.81 |
| Erie County Employees' Retirement System | 12/22/2023 | 400 | ($22.27) | ($8,906.12) | 3/6/2025 | 1,000 | $20.17 | $20,170.00 | | | | |
| | 12/28/2023 | 400 | ($22.63) | ($9,053.00) | | | | | | | | |
| | 12/28/2023 | 500 | ($22.63) | ($11,316.25) | | | | | | | | |
| | 12/29/2023 | 300 | ($22.48) | ($6,744.60) | | | | | | | | |
| | 1/2/2024 | 100 | ($22.66) | ($2,265.67) | | | | | | | | |
| | 1/3/2024 | 400 | ($22.19) | ($8,876.36) | | | | | | | | |
| | 1/11/2024 | 100 | ($21.85) | ($2,185.40) | | | | | | | | |
| | 1/16/2024 | 300 | ($21.71) | ($6,513.72) | | | | | | | | |
| | 1/17/2024 | 500 | ($21.26) | ($10,631.50) | | | | | | | | |
| | 1/17/2024 | 300 | ($21.18) | ($6,353.76) | | | | | | | | |
| | 1/18/2024 | 100 | ($21.40) | ($2,139.65) | | | | | | | | |
| | 1/22/2024 | 200 | ($22.35) | ($4,470.22) | | | | | | | | |
| | 1/24/2024 | 600 | ($22.20) | ($13,321.98) | | | | | | | | |
| | 1/30/2024 | 200 | ($22.64) | ($4,527.46) | | | | | | | | |
| | 1/31/2024 | 100 | ($22.19) | ($2,218.50) | | | | | | | | |
| | 1/31/2024 | 100 | ($22.50) | ($2,249.81) | | | | | | | | |
| | 2/6/2024 | 100 | ($21.79) | ($2,178.65) | | | | | | | | |
| | 2/6/2024 | 100 | ($21.69) | ($2,168.91) | | | | | | | | |
| | 2/7/2024 | 100 | ($21.61) | ($2,160.53) | | | | | | | | |
| | 2/7/2024 | 100 | ($21.50) | ($2,150.20) | | | | | | | | |
| | 2/13/2024 | 200 | ($22.35) | ($4,469.74) | | | | | | | | |
| | 2/13/2024 | 100 | ($22.00) | ($2,199.67) | | | | | | | | |
| | 2/27/2024 | 100 | ($22.67) | ($2,267.03) | | | | | | | | |
| | 2/28/2024 | 200 | ($22.59) | ($4,518.26) | | | | | | | | |
| | 3/1/2024 | 100 | ($23.04) | ($2,304.12) | | | | | | | | |
| | 3/12/2024 | 100 | ($23.99) | ($2,398.82) | | | | | | | | |
| | 3/13/2024 | 100 | ($23.80) | ($2,379.91) | | | | | | | | |
| | 3/13/2024 | 100 | ($23.60) | ($2,359.66) | | | | | | | | |
| | 3/14/2024 | 200 | ($23.36) | ($4,672.32) | | | | | | | | |
| | 3/15/2024 | 100 | ($23.54) | ($2,353.54) | | | | | | | | |
| | 3/18/2024 | 100 | ($23.52) | ($2,351.70) | | | | | | | | |
| | 3/18/2024 | 100 | ($23.47) | ($2,346.95) | | | | | | | | |
| | 3/21/2024 | 100 | ($24.15) | ($2,415.26) | | | | | | | | |
| | 3/21/2024 | 200 | ($24.15) | ($4,830.96) | | | | | | | | |
| | 3/25/2024 | 100 | ($23.91) | ($2,390.79) | | | | | | | | |
| | 3/26/2024 | 100 | ($23.73) | ($2,373.43) | | | | | | | | |
| | 3/26/2024 | 200 | ($23.55) | ($4,710.14) | | | | | | | | |
| | 4/5/2024 | 100 | ($23.71) | ($2,370.56) | | | | | | | | |
| | 4/10/2024 | 200 | ($23.31) | ($4,661.80) | | | | | | | | |
| | 5/2/2024 | 100 | ($21.08) | ($2,107.68) | | | | | | | | |
| | 5/2/2024 | 100 | ($21.10) | ($2,109.95) | | | | | | | | |
| | 5/9/2024 | 300 | ($22.02) | ($6,605.37) | | | | | | | | |
| | 5/9/2024 | 400 | ($22.03) | ($8,812.76) | | | | | | | | |
| | 5/16/2024 | 100 | ($22.15) | ($2,215.21) | | | | | | | | |
| | 5/23/2024 | 100 | ($21.81) | ($2,181.14) | | | | | | | | |
| | 5/29/2024 | 100 | ($21.94) | ($2,193.84) | | | | | | | | |
| | 6/6/2024 | 1000 | ($22.37) | ($22,367.50) | | | | | | | | |
| | 7/9/2024 | 300 | ($21.37) | ($6,412.41) | | | | | | | | |
| | 7/16/2024 | 200 | ($23.46) | ($4,692.96) | | | | | | | | |
| | 7/18/2024 | 100 | ($23.51) | ($2,351.10) | | | | | | | | |
| | 7/19/2024 | 63 | ($23.22) | ($1,463.00) | | | | | | | | |
| | 7/22/2024 | 6 | ($23.10) | ($138.62) | | | | | | | | |
| | 7/29/2024 | 100 | ($23.64) | ($2,363.68) | | | | | | | | |
| | 8/1/2024 | 200 | ($22.31) | ($4,461.52) | | | | | | | | |
| | 8/1/2024 | 100 | ($21.61) | ($2,161.04) | | | | | | | | |
| | 8/1/2024 | 200 | ($21.81) | ($4,362.78) | | | | | | | | |

| Date | Qty | Price | Amount |
|---|---|---|---|
| 8/2/2024 | 100 | ($21.14) | ($2,114.41) |
| 8/2/2024 | 200 | ($21.28) | ($4,256.88) |
| 8/5/2024 | 200 | ($20.32) | ($4,063.34) |
| 8/7/2024 | 100 | ($20.04) | ($2,003.92) |
| 9/12/2024 | 100 | ($20.37) | ($2,037.33) |
| 9/20/2024 | 300 | ($21.80) | ($6,538.50) |
| 9/26/2024 | 100 | ($21.98) | ($2,198.24) |
| 9/30/2024 | 100 | ($22.07) | ($2,206.76) |
| 10/1/2024 | 100 | ($21.94) | ($2,193.65) |
| 10/3/2024 | 100 | ($21.47) | ($2,146.90) |
| 10/7/2024 | 100 | ($21.41) | ($2,140.72) |
| 10/8/2024 | 100 | ($21.30) | ($2,129.71) |
| 10/8/2024 | 100 | ($21.22) | ($2,121.66) |
| 10/9/2024 | 100 | ($21.18) | ($2,117.55) |
| 10/9/2024 | 100 | ($20.97) | ($2,097.27) |
| 10/10/2024 | 100 | ($20.85) | ($2,084.75) |
| 10/11/2024 | 100 | ($20.94) | ($2,094.04) |
| 10/21/2024 | 100 | ($21.41) | ($2,141.26) |
| 10/22/2024 | 100 | ($21.05) | ($2,105.42) |
| 10/23/2024 | 100 | ($20.75) | ($2,074.90) |
| 10/25/2024 | 100 | ($20.58) | ($2,057.74) |
| 11/5/2024 | 100 | ($21.25) | ($2,125.12) |
| 12/6/2024 | 400 | ($23.24) | ($9,294.44) |
| 1/16/2025 | 200 | ($21.35) | ($4,269.58) |
| 1/16/2025 | 100 | ($21.43) | ($2,142.97) |
| 1/17/2025 | 200 | ($21.58) | ($4,315.28) |
| 2/13/2025 | 300 | ($20.68) | ($6,203.37) |
| 2/13/2025 | 200 | ($20.80) | ($4,160.50) |
| 2/24/2025 | 100 | ($20.64) | ($2,063.50) |
| 2/24/2025 | 100 | ($20.68) | ($2,067.50) |
| 2/24/2025 | 200 | ($20.76) | ($4,151.00) |
| 2/25/2025 | 100 | ($20.75) | ($2,075.14) |
| 2/26/2025 | 100 | ($20.48) | ($2,048.30) |
| | **15,569** | | **($343,649.16)** | **1,000** | **$20,170** | **14,569** | **$99,214.89** | **($224,264.27)** |