**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290

*Attorneys for Nicholas Moreno*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. MATTHEWS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS GROUP DIVERSIFIED HOLDINGS, LLC., COMPASS DIVERSIFIED HOLDINGS, MORDECHAI HAIM FERDER, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER,<br><br>Defendants. | No.: 8:25-cv-00981-JDE<br><br>**NOTICE OF MOTION OF NICHOLAS MORENO FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. John D. Early<br>Date: August 7, 2025<br>Time: 10:00 a.m.<br>Courtroom: #6A |
| TODD AUGENBAUM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT | No.: 8:25-cv-01003-DOC-JDE<br><br>Judge: Hon. David O. Carter |

LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER,

Defendants.

KEVIN TAN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, STEPHEN KELLER, and PATRICK A. MACIARIELLO,

Defendants.

No.: 2:25-cv-05777-JAK-MAR

Judge: Hon. John A. Kronstadt

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 7, 2025 at 10:00 a.m., or as soon thereafter as the matter can be heard in the courtroom of the Honorable John D. Early situated at the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Courtroom 6A, Santa Ana, California, Movant Nicholas Moreno ("Movant"), by and through his counsel, will and hereby does move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (attached hereto): (i) consolidating the above-captioned actions (the "Actions"); (ii) appointing Movant as Lead Plaintiff on behalf of persons or entities who purchased or otherwise acquired publicly traded Compass Diversified Holdings and Compass Group Diversified Holdings LLC (collectively "Compass" or the "Company") securities between Feb 24, 2022 and May 07, 2025, inclusive; and (iii) approving Movant's choice of counsel as Lead Counsel. In support of this Motion, Movant submits a Memorandum of Points and Authorities, the Declaration of Adam M. Apton and exhibits attached thereto, the pleadings, and other filings herein and such other written or oral arguments as may be presented to the Court.

This motion is made on the grounds that Movant is the most adequate plaintiff, as defined by the PSLRA, based on his loss of approximately $1,046.31

which was suffered as a result of Defendants' wrongful conduct as alleged in the above-referenced documents. Further, Movant satisfies the requirements of Rule 23(a) of the Federal Rules of Civil Procedure, as his claims are typical of other Class members' claims and he will fairly and adequately represent the interests of the class.

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

This motion is filed pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, Movant's counsel has no way of knowing who, if any, the competing lead plaintiff candidates are at this time. As a result, counsel for Movant has been unable to conference with opposing counsel as prescribed in Local Rule 7-3, and respectfully requests that the conference requirement of Local Rule 7-3 be waived for this motion. Pursuant to § 78u-4(a)(3)(B)(iii)(II), Defendants do not have standing to oppose the appointment of Movant as lead plaintiff. *See Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d. 1129, 1138 (C.D. Cal. 1999).

*[Signature on following page]*

Dated: July 8, 2025

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

/s/ Adam M. Apton
Adam M. Apton (SBN 316506)
aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290

*Proposed Lead Counsel for Nicholas Moreno*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other signatory has concurred in this filing's content and has authorized the filing.

/s/ Adam M. Apton
Adam M. Apton

## CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby declare under penalty of perjury as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On July 8, 2025, I electronically filed the following **NOTICE OF MOTION OF NICHOLAS MORENO FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 8, 2025.

/s/ Adam M. Apton
Adam M. Apton