# EXHIBIT B

| Client Name | Nicholas Moreno |
|---|---|
| Company Name | Compass Group Diversified Holdings, LLC |
| Ticker Symbol | CODI |
| Security Type | |
| Class Period Start | 2/24/2022 |
| Class Period End | 5/7/2025 |
| 90-DAY Lookback Period Start | 5/8/2025 |
| 90-DAY Lookback Period End | 7/8/2025 |
| 90-DAY Lookback Average | $ 06.80 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $1,046.31 |
| DURA LIFO* Total | $1,046.31 |
| Gross Shares Purchased | 83 |
| Net Shares Retained | 83 |
| Net Funds Expended | $1,611.05 |

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-02-2022 | 2 | 21.82 | $ 43.64 | | | | | | - | 2 | 2 | $ 06.80 | $ 13.61 | $ 30.03 | $ 30.03 |
| 08-18-2022 | 1 | 24.3 | $ 24.30 | | | | | | - | 1 | 1 | $ 06.80 | $ 06.80 | $ 17.50 | $ 17.50 |
| 10-26-2022 | 1 | 19.95 | $ 19.95 | | | | | | - | 1 | 1 | $ 06.80 | $ 06.80 | $ 13.15 | $ 13.15 |
| 10-26-2022 | 1 | 19.96 | $ 19.96 | | | | | | - | 1 | 1 | $ 06.80 | $ 06.80 | $ 13.16 | $ 13.16 |
| 11-02-2022 | 2 | 21.42 | $ 42.84 | | | | | | - | 2 | 2 | $ 06.80 | $ 13.61 | $ 29.23 | $ 29.23 |
| 11-29-2022 | 1 | 18.83 | $ 18.83 | | | | | | - | 1 | 1 | $ 06.80 | $ 06.80 | $ 12.03 | $ 12.03 |
| 11-30-2022 | 5 | 18.78 | $ 93.90 | | | | | | - | 5 | 5 | $ 06.80 | $ 34.02 | $ 59.88 | $ 59.88 |
| 12-01-2022 | 1 | 19.66 | $ 19.66 | | | | | | - | 1 | 1 | $ 06.80 | $ 06.80 | $ 12.86 | $ 12.86 |
| 12-02-2022 | 1 | 19.24 | $ 19.24 | | | | | | - | 1 | 1 | $ 06.80 | $ 06.80 | $ 12.44 | $ 12.44 |
| 12-08-2022 | 2 | 18.08 | $ 36.16 | | | | | | - | 2 | 2 | $ 06.80 | $ 13.61 | $ 22.55 | $ 22.55 |
| 12-12-2022 | 5 | 17.72 | $ 88.60 | | | | | | - | 5 | 5 | $ 06.80 | $ 34.02 | $ 54.58 | $ 54.58 |
| 12-12-2022 | 1 | 17.75 | $ 17.75 | | | | | | - | 1 | 1 | $ 06.80 | $ 06.80 | $ 10.95 | $ 10.95 |
| 12-21-2022 | 1 | 16.76 | $ 16.76 | | | | | | - | 1 | 1 | $ 06.80 | $ 06.80 | $ 09.96 | $ 09.96 |
| 01-09-2023 | 1 | 19.92 | $ 19.92 | | | | | | - | 1 | 1 | $ 06.80 | $ 06.80 | $ 13.12 | $ 13.12 |
| 01-13-2023 | 1 | 20.99 | $ 20.99 | | | | | | - | 1 | 1 | $ 06.80 | $ 06.80 | $ 14.19 | $ 14.19 |
| 05-26-2023 | 1 | 19.99 | $ 19.99 | | | | | | - | 1 | 1 | $ 06.80 | $ 06.80 | $ 13.19 | $ 13.19 |
| 06-30-2023 | 2 | 21.96 | $ 43.92 | | | | | | - | 2 | 2 | $ 06.80 | $ 13.61 | $ 30.31 | $ 30.31 |
| 07-26-2023 | 1 | 22.36 | $ 22.36 | | | | | | - | 1 | 1 | $ 06.80 | $ 06.80 | $ 15.56 | $ 15.56 |
| 08-04-2023 | 3 | 22.44 | $ 67.32 | | | | | | - | 3 | 3 | $ 06.80 | $ 20.41 | $ 46.91 | $ 46.91 |
| 08-14-2023 | 1 | 22.02 | $ 22.02 | | | | | | - | 1 | 1 | $ 06.80 | $ 06.80 | $ 15.22 | $ 15.22 |
| 01-10-2024 | 1 | 22.23 | $ 22.23 | | | | | | - | 1 | 1 | $ 06.80 | $ 06.80 | $ 15.43 | $ 15.43 |
| 03-25-2024 | 2 | 24.05 | $ 48.10 | | | | | | - | 2 | 2 | $ 06.80 | $ 13.61 | $ 34.49 | $ 34.49 |
| 03-26-2024 | 2 | 23.62 | $ 47.24 | | | | | | - | 2 | 2 | $ 06.80 | $ 13.61 | $ 33.63 | $ 33.63 |
| 03-28-2024 | 1 | 24 | $ 24.00 | | | | | | - | 1 | 1 | $ 06.80 | $ 06.80 | $ 17.20 | $ 17.20 |
| 04-17-2024 | 1 | 22.29 | $ 22.29 | | | | | | - | 1 | 1 | $ 06.80 | $ 06.80 | $ 15.49 | $ 15.49 |
| 04-26-2024 | 1 | 22.85 | $ 22.85 | | | | | | - | 1 | 1 | $ 06.80 | $ 06.80 | $ 16.05 | $ 16.05 |
| 04-26-2024 | 1 | 22.85 | $ 22.85 | | | | | | - | 1 | 1 | $ 06.80 | $ 06.80 | $ 16.05 | $ 16.05 |
| 05-20-2024 | 1 | 22.48 | $ 22.48 | | | | | | - | 1 | 1 | $ 06.80 | $ 06.80 | $ 15.68 | $ 15.68 |
| 06-26-2024 | 2 | 21.59 | $ 43.18 | | | | | | - | 2 | 2 | $ 06.80 | $ 13.61 | $ 29.57 | $ 29.57 |
| 07-10-2024 | 1 | 22.05 | $ 22.05 | | | | | | - | 1 | 1 | $ 06.80 | $ 06.80 | $ 15.25 | $ 15.25 |
| 07-11-2024 | 1 | 22.37 | $ 22.37 | | | | | | - | 1 | 1 | $ 06.80 | $ 06.80 | $ 15.57 | $ 15.57 |
| 09-23-2024 | 2 | 21.55 | $ 43.10 | | | | | | - | 2 | 2 | $ 06.80 | $ 13.61 | $ 29.49 | $ 29.49 |
| 10-08-2024 | 2 | 21.14 | $ 42.28 | | | | | | - | 2 | 2 | $ 06.80 | $ 13.61 | $ 28.67 | $ 28.67 |
| 10-14-2024 | 1 | 21.12 | $ 21.12 | | | | | | - | 1 | 1 | $ 06.80 | $ 06.80 | $ 14.32 | $ 14.32 |
| 04-04-2025 | 10 | 16.54 | $ 165.40 | | | | | | - | 10 | 10 | $ 06.80 | $ 68.04 | $ 97.36 | $ 97.36 |
| 04-07-2025 | 10 | 16.76 | $ 167.60 | | | | | | - | 10 | 10 | $ 06.80 | $ 68.04 | $ 99.56 | $ 99.56 |
| 05-01-2025 | 10 | 17.38 | $ 173.80 | | | | | | - | 10 | 10 | $ 06.80 | $ 68.04 | $ 105.76 | $ 105.76 |
| Total: | 83 | | $ 1,611.05 | | | | | | | 83 | 83 | | $564.74 | $1,046.31 | $1,046.31 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.