# EXHIBIT C

**May 9, 2025 11:42 AM Eastern Daylight Time**

# EQUITY ALERT: Rosen Law Firm Files Securities Fraud Class Action Lawsuit Against Compass Diversified Holdings – CODI

**Share**

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of securities of Compass Diversified Holdings (NYSE: CODI) between May 1, 2024, and May 7, 2025, both dates inclusive (the "Class Period"). The lawsuit seeks to recover damages for Compass investors under the federal securities laws.

To join the Compass class action, go to https://rosenlegal.com/submit-form/?case_id=39216 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on the class action.

According to the lawsuit, defendants made false and/or misleading statements and/or failed to disclose that: (1) the Company's subsidiary, Lugano Holdings, Inc., maintained unrecorded financing arrangements and irregularities in its sales, cost of sales, inventory, and accounts receivable; (2) the irregularities and undisclosed details in Lugano Holdings, Inc.'s financial statements rendered the financial statements of the Company as a whole unreliable, and would require restatement; (3) the Company failed to maintain adequate internal controls related to its financial statements; and (4) as a result, defendants' public statements were materially false and/or misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than July 8, 2025**. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to https://rosenlegal.com/submit-

form/?case_id=39216 or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at case@rosenlegal.com.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013. Rosen Law Firm achieved the largest ever securities class action settlement against a Chinese Company at the time. Rosen Law Firm's attorneys are ranked and recognized by numerous independent and respected sources. Rosen Law Firm has secured hundreds of millions of dollars for investors.

Attorney Advertising. Prior results do not guarantee a similar outcome.

## Contacts

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

case@rosenlegal.com

www.rosenlegal.com

**Industry:**          Class Action Lawsuit    Professional Services    Legal



**The Rosen Law Firm, P.A.**

⚲ NYSE:CODI

---

**RELEASE VERSIONS**

English

---

**CONTACTS**

Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
case@rosenlegal.com
www.rosenlegal.com

# More News From The Rosen Law Firm, P.A.

🔊 Get RSS Feed

### Rosen Law Firm Urges Digimarc Corporation (NASDAQ: DMRC) Stockholders to Contact the Firm for Information About Their Rights

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces that a shareholder filed a class action on behalf of purchasers of Digimarc Corporation (NASDAQ: DMRC) securities between May 3, 2024 and February 26, 2025. Digimarc is a digital...

### EU Deadline: Rosen Law Firm Urges enCore Energy Corp. (NASDAQ: EU) Stockholders with Losses in Excess of $100K to Contact the Firm for Information About Their Rights

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, reminds investors that a shareholder filed a class action on behalf of purchasers of securities of enCore Energy Corp. (NASDAQ: EU) between March 28, 2024 and March 2, 2025. enCore describes...

### Rosen Law Firm Encourages Compass Diversified Holdings Investors with Losses in Excess of $100K to Inquire About Securities Class Action Investigation – CODI

NEW YORK--(BUSINESS WIRE)--Why: Rosen Law Firm, a global investor rights law firm, announces an investigation of potential securities claims on behalf of shareholders of Compass Diversified Holdings (NYSE: CODI) resulting from allegations that Compass Diversified may...

Back to Newsroom   →

# Wish your news had this kind of reach?

Sign Up →

**Learn About Business Wire** →



## Company

About Business Wire

Careers

Media Center

## Services

News Release Distribution

News Release Optimization

Investor Communications

Reporting & Analytics

## Solutions

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

## Newsroom

Industries

Subjects

Languages

**Resources**

**Blog**

**For Journalists**

**Sign Up**



© 2025 Business Wire, Inc.

Privacy Policy          Cookie Policy          Copyright          Accessibility Statement          Terms of Use

