POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
jpafiti@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190

*Counsel for Movant The KL Kamholz*
*Joint Revocable Trust and Proposed*
*Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. MATTHEWS, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>COMPASS GROUP DIVERSIFIED HOLDINGS, LLC., COMPASS DIVERSIFIED HOLDINGS, MORDECHAI HAIM FERDER, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER,<br><br>        Defendants. | Case No. 8:25-cv-00981-JDE<br><br>**DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF THE KL KAMHOLZ JOINT REVOCABLE TRUST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>DATE:  August 7, 2025<br>TIME:  10:00 a.m.<br>JUDGE:  John D. Early<br>CTRM:  6A |

DECLARATION - 8:25-cv-00981-JDE; 8:25-cv-01003-DOC-JDE; 2:25-cv-05777-JAK-MAR

TODD AUGENBAUM, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiff,

    vs.

COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER,

                    Defendants.

Case No. 8:25-cv-01003-DOC-JDE

KEVIN TAN, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiff,

    v.

COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, STEPHEN KELLER, and PATRICK A. MACIARIELLO,

                    Defendants.

Case No. 2:25-cv-05777-JAK-MAR

DECLARATION - 8:25-cv-00981-JDE; 8:25-cv-01003-DOC-JDE; 2:25-cv-05777-JAK-MAR

I, Jennifer Pafiti, hereby declare as follows:

1.      I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of The KL Kamholz Joint Revocable Trust (the "Trust"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the Trust's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class in the consolidated action, and approval of the Trust's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:  Chart setting forth the Trust's financial interest in this litigation;

Exhibit B:  Press release published via *Business Wire* on May 9, 2025, announcing the pendency of the first-filed of the Related Actions;

Exhibit C:  Shareholder Certification executed by Kenneth Kamholz on behalf of the Trust;

Exhibit D:  Declaration executed by Kenneth Kamholz on behalf of the Trust; and

Exhibit E:  Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 8, 2025.              */s/ Jennifer Pafiti*
                                        Jennifer Pafiti

CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti