# EXHIBIT A

**Compass Group Diversified Holdings LLC (CODI)**
**Class Period: February 24, 2022 to May 7, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | | 61-Days* Mean Price | |
|---|---|---|---|
| | | $16.8655 | CODI-C |
| | | $6.8103 | CODI |

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The KL Kamholz Joint Revocable Trust | CODI-C | 7/1/2024 | 259 | $24.5700 | ($6,364) | | | | | | | |
| The KL Kamholz Joint Revocable Trust | CODI-C | 7/8/2024 | 245 | $24.5400 | ($6,012) | | | | | | | |
| The KL Kamholz Joint Revocable Trust | CODI-C | 9/27/2024 | 35 | $24.4999 | ($857) | | | | | | | |
| The KL Kamholz Joint Revocable Trust | CODI-C | 9/30/2024 | 219 | $24.5800 | ($5,383) | | | | | | | |
| The KL Kamholz Joint Revocable Trust | CODI-C | 12/16/2024 | 224 | $23.5000 | ($5,264) | | | | | | | |
| The KL Kamholz Joint Revocable Trust | CODI-C | 12/17/2024 | 426 | $23.5000 | ($10,011) | | | | | | | |
| The KL Kamholz Joint Revocable Trust | CODI-C | 12/31/2024 | 99 | $24.0278 | ($2,379) | | | | | | | |
| The KL Kamholz Joint Revocable Trust | CODI-C | 1/3/2025 | 19 | $24.5175 | ($466) | | | | | | | |
| The KL Kamholz Joint Revocable Trust | CODI-C | 1/15/2025 | 187 | $24.8399 | ($4,645) | | | | | | | |
| The KL Kamholz Joint Revocable Trust | CODI-C | 3/3/2025 | 200 | $23.9700 | ($4,794) | | | | | | | |
| The KL Kamholz Joint Revocable Trust | CODI-C | 3/3/2025 | 300 | $23.9950 | ($7,199) | | | | | | | |
| The KL Kamholz Joint Revocable Trust | CODI-C | 3/17/2025 | 103 | $22.7800 | ($2,346) | | | | | | | |
| The KL Kamholz Joint Revocable Trust | CODI-C | 4/8/2025 | 200 | $21.6700 | ($4,334) | | | | | | | |
| **The KL Kamholz Joint Revocable Trust** | **CODI-C** | | **2,516** | | **($60,054)** | | **0** | | **$0** | **2,516** | **$42,434** | **($17,620)** |

*Avg Closing Prices from May 8, 2025 to July 7, 2025