# EXHIBIT C

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Kenneth Kamholz, on behalf of The KL Kamholz Joint Revocable Trust (the "Trust"), as Trustee, with authority to bind the Trust and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995:

1.      I have reviewed a complaint against Compass Diversified Holdings and Compass Group Diversified Holdings LLC (together, "CODI"), and other defendants, and authorized the filing of a motion for appointment as lead plaintiff on behalf of the Trust.

2.      The Trust did not purchase or acquire CODI securities that are the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

3.      The Trust is willing to serve as a representative party on behalf of the class specified in the complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

4.      The attached chart lists all of the Trust's transactions in CODI securities that are the subject of the complaint during the class period specified in the complaint.

5.      During the three-year period preceding the date on which this Certification is signed, the Trust has not sought to serve nor served as a representative party on behalf of a class in an action filed under the federal securities laws with the exception of serving as lead plaintiff in *In re B. Riley Financial, Inc. Securities Litigation*, No. 2:24-cv-00662-SPG-AJR (C.D. Cal.).

Docusign Envelope ID: BF350945-95F5-4784-B610-D39904E437DE

6.      The Trust will not accept any payment for serving as a representative party on behalf of the class specified in the complaint beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class specified in the complaint as ordered or approved by the Court.

7.      I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

Executed on: 6/30/2025

Signed by:

*ken kamholz*

FBC0580C31CC472...

Kenneth Kamholz
Trustee
The KL Kamholz Joint Revocable Trust

**Compass Group Diversified Holdings LLC (CODI)**                              **The KL Kamholz Joint Revocable Trust**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase/Acquisition | CODI-C | 7/1/2024 | 259 | $24.5700 |
| Purchase/Acquisition | CODI-C | 7/8/2024 | 245 | $24.5400 |
| Purchase/Acquisition | CODI-C | 9/27/2024 | 35 | $24.4999 |
| Purchase/Acquisition | CODI-C | 9/30/2024 | 219 | $24.5800 |
| Purchase/Acquisition | CODI-C | 12/16/2024 | 224 | $23.5000 |
| Purchase/Acquisition | CODI-C | 12/17/2024 | 426 | $23.5000 |
| Purchase/Acquisition | CODI-C | 12/31/2024 | 99 | $24.0278 |
| Purchase/Acquisition | CODI-C | 1/3/2025 | 19 | $24.5175 |
| Purchase/Acquisition | CODI-C | 1/15/2025 | 187 | $24.8399 |
| Purchase/Acquisition | CODI-C | 3/3/2025 | 200 | $23.9700 |
| Purchase/Acquisition | CODI-C | 3/3/2025 | 300 | $23.9950 |
| Purchase/Acquisition | CODI-C | 3/17/2025 | 103 | $22.7800 |
| Purchase/Acquisition | CODI-C | 4/8/2025 | 200 | $21.6700 |