# EXHIBIT D

## DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION

I, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I, Kenneth Kamholz, as Trustee of The KL Kamholz Joint Revocable Trust (the "Trust"), respectfully submit this Declaration in support of the Trust's motion for consolidation, appointment as Lead Plaintiff, and approval of the Trust's selection of Pomerantz LLP ("Pomerantz") as Lead Counsel in the instant class action securities litigation on behalf of investors in the securities of Compass Diversified Holdings and Compass Group Diversified Holdings LLC (together, "CODI") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). In addition to Pomerantz, the Trust is also represented by Wohl & Fruchter LLP ("Wohl & Fruchter") in this litigation. I am informed of and understand the requirements and duties imposed by the PSLRA. I have personal knowledge about the information and statements in this Declaration, and could competently testify thereto if called upon to do so.

2.      I, Kenneth Kamholz, as Trustee of the Trust, am authorized to make this declaration on behalf of the Trust. I am also authorized to bind the Trust in connection with this litigation and I will be the main contact for the Trust in this litigation. I live in Cherry Hill, New Jersey. I have a PhD in chemical engineering from New York University and am a retired chemical engineer. I am 81 years old and have decades of experience investing in the securities markets. I also have some prior experience investing in real estate.

3.      I have prior experience retaining and working with Pomerantz and Wohl & Fruchter in connection with the Trust's service as the Court-appointed lead plaintiff in *In re B. Riley Financial, Inc. Securities Litigation*, Case No. 2:24-cv-00662-SPG-AJR (C.D. Cal.) ("*Riley Action*").

1

4.      The Trust was formed in January 2022 under the laws of the State of New Jersey, and the situs of the Trust is the State of New Jersey. The Trust has been investing in the securities markets since its formation. As reflected in the Certification I signed on behalf of the Trust, the Trust purchased CODI securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this litigation.

5.      On June 30, 2025, I participated in a phone call with attorneys from Pomerantz and Wohl & Fruchter to discuss this litigation, and the Trust's forthcoming application to serve as Lead Plaintiff in this litigation. Accordingly, I am aware of the current status of this litigation. I understand that (i) in addition to the Trust, other investors in CODI securities may file motions seeking appointment as Lead Plaintiff in this litigation; (ii) on July 8, 2025, Pomerantz will file a motion on behalf of the Trust for appointment as Lead Plaintiff in this litigation; and (iii) this Declaration and other supporting submissions prepared by Pomerantz will be filed concurrently with the Trust's motion. I further understand that (i) the Lead Plaintiff's role will include evaluating the strengths and weaknesses of this litigation and prospects for its resolution; and (ii) the Lead Plaintiff's responsibility will include directing counsel with respect to this litigation, after receiving the benefit of counsel's advice.

6.      I approve Pomerantz as the Trust's designated Lead Counsel, and the filing of a motion on behalf of the Trust seeking its appointment as Lead Plaintiff.

7.      I attest to, among other things, the Trust's belief in the merits of this litigation; the Trust's desire to achieve the best possible result for the Class in this litigation; the Trust's interest in prosecuting this litigation; my understanding of the fiduciary obligations of a Lead Plaintiff; and my preparedness to supervise counsel on the Trust's behalf, as well as undertake all actions necessary on the Trust's behalf, to ensure that the Class's claims will be zealously and efficiently

litigated.  I hereby affirm that the foregoing statements, as well as all other statements set forth in this Declaration, are true and correct statements of the Trust's views and intentions with respect to this litigation.

8.      Given the Trust's significant financial interest in the claims against the defendants, the Trust is strongly motivated to recover the significant losses that it and the Class suffered as a result of defendants' violations of the federal securities laws.  The Trust's principal goal in seeking to serve as Lead Plaintiff in this litigation is to achieve the best possible recovery for the Class from all culpable parties.  The Trust is committed to ensuring that this litigation is litigated as zealously and efficiently as possible, in accordance with its duties under the PSLRA.

9.      If the Trust is appointed Lead Plaintiff, the Trust will satisfy its fiduciary obligations to the Class by, among other steps, having its personnel, namely myself, confer with counsel regarding the prosecution of this litigation, including, without limitation, providing testimony as necessary at deposition and trial, and participating in discussions regarding resolution of this litigation.  Through these and other measures, the Trust will ensure that the litigation will be vigorously prosecuted consistent with the obligations of a Lead Plaintiff under the PSLRA to protect the best interests of the Class, and to obtain the greatest possible recovery for the Class.

10.     After reviewing the allegations pleaded in a complaint against CODI and other defendants, and consulting with counsel for the Trust, I determined to seek the Trust's appointment as Lead Plaintiff, and subsequently approved the filing of a motion seeking the Trust's appointment as Lead Plaintiff.

11.     I understand that the Lead Plaintiff's share of any recovery in this litigation will be the same as every other potential Class member.  As the Certification I signed on behalf of the Trust states, the Trust will not accept any payment for serving as a representative party beyond its

*pro rata* share of any recovery in this litigation, except for any reasonable costs and expenses directly related to the Class representation as ordered or approved by the Court pursuant to the PSLRA.

12.    I understand that the PSLRA and courts throughout the country, including courts in this District, have endorsed the appointment of investors to serve as Lead Plaintiff when investors establish that they can oversee the litigation and their proposed Lead Counsel in an independent and vigorous manner.  The Trust intends to oversee the prosecution of this litigation in such an independent and vigorous manner.

13.    I also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the litigation to ensure it is prosecuted efficiently and cost-effectively.  The Trust has fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation.  In the instant litigation, the Trust has selected Pomerantz to serve as Lead Counsel.  Based on Pomerantz's experience in achieving substantial recoveries in securities class actions, and my positive experience working with Pomerantz in the pending *Riley* Action, I believe that the firm is well-qualified to represent the Class as Lead Counsel.

14.    I also understand that, in addition to Pomerantz, the Trust is also represented in this litigation by Wohl & Fruchter, with whom I am presently working on behalf of the Trust in the pending *Riley* Action, and with whom I previously worked in an individual capacity as a proposed co-class representative in a class action that is no longer pending captioned *In re Cedar Realty Trust, Inc. Preferred Shareholder Litig.*, Case No. 8:22-cv-1103-GLR (D. Md.) asserting exclusively claims under Maryland state law. I have had positive experiences working with Wohl & Fruchter, and understand that it has a successful track record of achieving substantial recoveries

4

Docusign Envelope ID: BF350945-05E4-4784-B610-D39904E437DE

in securities class actions; has successfully worked together with Pomerantz to achieve successful outcomes in past securities actions; and in this case, would assign no more than one attorney (i.e., partner Joshua E. Fruchter) to perform discrete senior-level tasks at the direction and under the supervision of Pomerantz if Pomerantz is appointed Lead Counsel.

15.    I will continue to supervise counsel and actively oversee the prosecution of the instant litigation to ensure that it is litigated in an efficient and cost-effective manner while obtaining the best possible result for the Class.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Executed on: 6/30/2025

Signed by:

*ken kamholz*

FBC0580C31CC472...

Kenneth Kamholz
Trustee
The KL Kamholz Joint Revocable Trust