John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508

*Attorneys for Lead Plaintiff Movant Compass Investors*

[Additional Counsel on Signature Page.]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. MATTHEWS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> COMPASS GROUP DIVERSIFIED HOLDINGS, LLC., COMPASS DIVERSIFIED HOLDINGS, MORDECHAI HAIM FERDER, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER, <br><br> Defendants. | Case No.: 2:24-cv-00959-FLA-DFM <br><br> **NOTICE OF MOTION AND MOTION OF LEAD PLAINTIFF MOVANT COMPASS INVESTORS FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF CO-LEAD COUNSEL** <br><br> Judge: Hon. John D. Early <br> Date: August 7, 2025 <br> Time: 10:00 a.m. <br> Courtroom: 6A <br><br> Complaint Filed:  May 9, 2025 |
| TODD AUGENBAUM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, <br><br> Defendants. | Case No.: 8:25-cv-01003-DOC-KES <br><br><br> Complaint Filed:  May 12, 2025 |

NOTICE OF MOTION AND MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND
APPROVAL OF SELECTION OF CO-LEAD COUNSEL
CASE NO. 8:25-cv-00981-JDE

| | |
|---|---|
| KEVIN TAN, Individually and on Behalf of All Others Similarly Situated, | Case No.: 2:25-cv-05777-JAK-MAR |
| Plaintiff, | Complaint Filed:  June 25, 2025 |
| v. | |
| COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, STEPHEN KELLER, and PATRICK A. MACIARIELLO, | |
| Defendants. | |

## NOTICE OF MOTION AND MOTION

TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff movant and putative Class member Erie County Employees' Retirement System ("Erie County") and Olson 7 Management, LLC ("Olson7") (collectively, "Compass Investors" or "Movant"), by and through its undersigned counsel, hereby moves this Court in Courtroom 6A of the U.S. District Court for the Central District of California, 411 W. Fourth St., Santa Ana, California, 92701, on August 7, 2025, at 10:00 a.m. PT, or as soon thereafter as the matter may be heard, for the entry of an order: (1) consolidating the above-captioned securities class actions (the "Related Actions"); (2) appointing Compass Investors as Lead Plaintiff pursuant to §21D of the Securities and Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the PSLRA; and (3) approving Compass Investors' selection of Scott+Scott Attorneys at Law LLP ("Scott+Scott") and Bleichmar Fonti & Auld LLP ("BFA") to serve as Co-Lead Counsel for the proposed Class.

This Motion is made on the grounds that Compass Investors timely filed this Motion, and that it is the most adequate plaintiff under the PSLRA.  Based on the information presently available, Compass Investors believes it has the largest financial interest in the relief sought by the putative Class among the qualified applicants, and satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23") for purposes of this Motion.  In addition, Compass Investors has selected and retained Scott+Scott and BFA, law firms with substantial experience in prosecuting securities class actions, to serve as Co-Lead Counsel for the proposed Class.  Scott+Scott and BFA have done significant work to advance the claims alleged and prosecute this action on behalf of Class members.

NOTICE OF MOTION AND MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL
CASE NO. 8:25-cv-00981-JDE

This Motion is based on this notice of motion, the memorandum of law filed concurrently herewith and in support hereof, the Declaration of John T. Jasnoch in Support of Motion of Lead Plaintiff Movant Compass Investors for Consolidation, Appointment of Lead Plaintiff, and Approval of Co-Lead Counsel ("Jasnoch Decl."), with attached exhibits thereto, filed concurrently herewith and in support hereof, the pleadings and other files and records previously entered in this action, and such other written or oral argument as may be presented to the Court.

DATED: July 8, 2025          Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
*/s/ John T. Jasnoch*
John T. Jasnoch (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
jjasnoch@scott-scott.com

Thomas L. Laughlin, IV (*pro hac vice*)
Matthew A. Peller (*pro hac vice*)
Nicholas S. Bruno (*pro hac vice*)
The Helmsley Building
230 Park Ave., 24th Fl.
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
tlaughlin@scott-scott.com
mpeller@scott-scott.com
nbruno@scott-scott.com

**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (CA 191305)
Anne K. Davis (CA 267909)
Adam McCall (CA 302130)
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: 415-445-4003
Facsimile: 415-445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
amccall@bfalaw.com

*Counsel for Lead Plaintiff Movant Compass Investors and Proposed Co-Lead Counsel for the Class*

2
NOTICE OF MOTION AND MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL
CASE NO. 8:25-cv-00981-JDE

## STATEMENT OF COMPLIANCE WITH LOCAL RULE 7-3

Local Civil Rule 7-3 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Compass Investors will not know which other class members may move for appointment as Lead Plaintiff until after all the movants have filed their respective motions. Under these circumstances, Compass Investors respectfully requests that the conferral requirement of Rule 7-3 be waived.

DATED: July 8, 2025

/s/ John T. Jasnoch
John T. Jasnoch

3

NOTICE OF MOTION AND MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL
CASE NO. 8:25-cv-00981-JDE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 8, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of this filing via electronic means to all counsel of record.

DATED: July 8, 2025

*/s/ John T. Jasnoch*
John T. Jasnoch

4