John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508

*Attorney for Lead Plaintiff Movant
Compass Investors*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. MATTHEWS, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>COMPASS GROUP DIVERSIFIED HOLDINGS, LLC., COMPASS DIVERSIFIED HOLDINGS, MORDECHAI HAIM FERDER, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER,<br><br>                    Defendants. | Case No.: 8:25-cv-00981-JDE<br><br>**DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF MOTION OF LEAD PLAINTIFF MOVANT COMPASS INVESTORS FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF CO-LEAD COUNSEL**<br><br>Judge: Hon. John D. Early<br>Date: August 7, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6A<br><br>Complaint Filed:  May 9, 2025 |
| TODD AUGENBAUM, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM,<br><br>                    Defendants. | Case No.: 8:25-cv-01003-DOC-KES<br><br><br><br>Complaint Filed:  May 12, 2025 |

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLTF, AND APPROVAL OF CO-LEAD COUNSEL
CASE NO. 8:25-cv-00981-JDE

| | |
|---|---|
| KEVIN TAN, Individually and on Behalf of All Others Similarly Situated, | Case No.: 2:25-cv-05777-JAK-MAR |
| Plaintiff, | Complaint Filed: June 25, 2025 |
| v. | |
| COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, STEPHEN KELLER, and PATRICK A. MACIARIELLO, | |
| Defendants. | |

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLTF, AND APPROVAL OF CO-LEAD COUNSEL
CASE NO. 8:25-cv-00981-JDE

I, John T. Jasnoch, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and am a member of this Court.  I am a Partner with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott").  I have personal knowledge of the matters stated herein and if called upon, I could, and would, competently testify thereto.

2.      I make this Declaration in Support of the motion of Lead Plaintiff movant and putative Class member Erie County Employees' Retirement System ("Erie County") and Olson 7 Management, LLC ("Olson7") (collectively, "Compass Investors" or "Movant"), for an order: (1) consolidating the above-captioned actions; (2) appointing Compass Investors as Lead Plaintiff; and (3) approving Compass Investors' selection of Scott+Scott and Bleichmar Fonti & Auld LLP ("BFA") as Co-Lead Counsel.

3.      Attached are true and correct copies of the following:

- Exhibit A:  Amended Complaint, *Moreno v. Compass Group Diversified Holdings LLC*, No. 3:25-cv-00785 (D. Conn.), ECF No. 13;

- Exhibit B:  *Matthews* Notice published on May 9, 2025, via *Business Wire*;

- Exhibit C:  *Moreno* Notice published on June 24, 2025, via *Globe Newswire*;

- Exhibit D:  *Tan* Notice published on June 25, 2025, via *Business Wire*;

- Exhibit E:  The Movant's Certifications pursuant to the Private Securities Litigation Reform Act of 1995;

- Exhibit F:  Chart of Movant's Financial Interest Prepared by Scott+Scott and BFA;

1

- Exhibit G:    Movant's Joint Declaration;
- Exhibit H:    Scott+Scott's Firm Résumé; and
- Exhibit I:    BFA's Firm Résumé.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on the 8th day of July 2025, in San Diego, California.

/s/ John T. Jasnoch
John T. Jasnoch (CA 281605)

2

## STATEMENT OF COMPLIANCE WITH LOCAL RULE 7-3

Local Civil Rule 7-3 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Compass Investors will not know which other class members may move for appointment as Lead Plaintiff until after all the movants have filed their respective motions.  Under these circumstances, Compass Investors respectfully requests that the conferral requirement of Rule 7-3 be waived.

DATED: July 8, 2025

*/s/ John T. Jasnoch*
John T. Jasnoch

3

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLTF, AND APPROVAL OF CO-LEAD COUNSEL
CASE NO. 8:25-cv-00981-JDE

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of this filing via electronic means to all counsel of record.

DATED: July 8, 2025

/s/ John T. Jasnoch
John T. Jasnoch

4