# EXHIBIT C



Newsroom

Services

Contact Us

English

Sign In    Register



# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed an Amended Complaint to Recover Losses Suffered by Purchasers of Compass Group Diversified Holdings LLC Securities and Sets a Lead Plaintiff Deadline of July 8, 2025

June 24, 2025
21:40 ET

| Source: Levi & Korsinsky, LLP

Follow

Share



NEW YORK, June 24, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Compass Group Diversified Holdings LLC ("Compass" or the "Company") (NYSE: CODI) between February 24, 2022, to May 7, 2025, both dates inclusive. You are hereby notified** that the class action lawsuit *Nicholas Moreno v. Compass Group Diversified Holdings LLC, et al.* (Case No. 3:25-cv-00758) has been amended in the United States District Court for the District of Connecticut. To get more information **go to:**

https://zlk.com/pslra-1/compass-diversified-lawsuit-submission-form

## Company Profile

**Levi & Korsinsky, LLP**

**Industry:** Specialized Consumer Services

**Website:** https://zlk.com

## Press Release Actions

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript



controls over its financial reporting; that Compass failed to disclose critical information regarding Lugano Holding, Inc. ("Lugano") which kept undisclosed financing arrangements and exhibited irregularities in its sales, cost of sales, inventory and accounts receivable; and that, as a result of the foregoing, defendants' positive statements about the Company's financial reporting were materially misleading.

The truth emerged on May 7, 2025, after the market closed, the Company announced that its financial statements for fiscal 2024 could no longer be relied upon due to an ongoing internal investigation into its subsidiary, Lugano. Specifically, Compass reported that its Audit Committee launched an investigation over "concerns about how Lugano was potentially financing inventory." The Company also announced that it intends to delay the filing of its first quarter 2025 Form 10-Q. Further, effective May 7, 2025, Lugano's founder and CEO, Moti Ferder, resigned from Lugano and will not receive any severance compensation.

Following this news, the price of Compass' common stock declined dramatically. From a closing market price of $17.25 per share on May 7, 2025 to $6.55 per share on May 8, 2025.

**If you suffered a loss in CODI securities, you have until July 8, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com