# EXHIBIT D

Jun 25, 2025 4:09 PM Eastern Daylight Time

# Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Compass Diversified Holdings (NYSE: CODI)

Share

NEW YORK--(BUSINESS WIRE)--Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities class action lawsuit in the United States District Court for the Central District of California against Compass Diversified Holdings ("Compass" or the "Company") (NYSE: CODI), and certain of its former and current officers and/or directors (collectively, "Defendants"). The Class Action asserts claims under §§10(b) and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§78j(b) and 78t(a)) and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5) on behalf of all persons other than Defendants who purchased or otherwise acquired Compass securities between March 1, 2023 and May 7, 2025, inclusive (the "Class Period"), and were damaged thereby (the "Class"). The Class Action filed by Scott+Scott is captioned: *Kevin Tan. v. Compass Diversified Holdings, et al.*, Case No. 2:25-cv-5777.

### LEAD PLAINTIFF DEADLINE ON JULY 8, 2025

Compass owns and manages a diverse set of middle-market businesses, including Lugano Holdings, Inc. ("Lugano"), which designs, manufactures, and markets luxury jewelry.

The Class Action alleges that, during the Class Period, Defendants made misleading statements and omissions regarding the Company's business, financial condition, and prospects. Specifically, Defendants failed to warn investors and consumers that: (1) Defendants knew (or recklessly disregarded) that Compass's internal control over financial reporting was patently defective, resulting in the issuance of

6/25/25, 4:30 PM    ScottScott, Attorneys at Law LLP Files Securities Class Action Against Compass Diversified Holdings (NYSE:CODI)

Case 8:25-cv-00981-MRA-KES   Document 33-4   Filed 07/08/25   Page 3 of 8   Page ID #:721

financial statements that contained material errors; (2) Lugano had violated applicable accounting rules and acceptable industry practices with respect to its financing, accounting, and inventory practices during the Company's 2022-2024 fiscal years; (3) Lugano's 2022-2024 financial results had been artificially distorted by these irregularities; (4) Compass had failed to implement effective internal controls over the Company's financial reporting; and (5) as a result of (1)-(4) above, Compass's reported 2022-2024 financial results did not reflect the actual financial results of the Company and such reported results were materially misstated.

The market began to learn the truth on May 7, 2025, after market hours, when the Company issued a press release disclaiming "reliance on its financial statements for fiscal 2024 amid an ongoing internal investigation" into Lugano, and that the Company intends to delay the filing of its 1Q25 Form 10-Q. The press release also revealed that an ongoing investigation, led by outside counsel and a forensic accounting firm, "preliminarily identified irregularities in Lugano's [non-Compass] financing, accounting, and inventory practices." Lugano's founder and Chief Executive Officer resigned following the disclosure of the investigation's preliminary findings. On this news, the price of the Company's stock fell $10.70, or nearly 62%, to close at $6.55 on May 8, 2025, on unusually high volume.

### LEAD PLAINTIFF DEADLINE ON JULY 8, 2025

If you purchased Compass securities during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as lead plaintiff.

**If you wish to apply to be lead plaintiff, a motion on your behalf must be filed with the U.S. District Court for the Central District of California no later than July 8, 2025.** The lead plaintiff is a court-appointed representative for absent class members of the Class. You do not need to seek appointment as lead plaintiff to share in any Class recovery in the Class Action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member.

If you wish to apply to be lead plaintiff, **please contact attorney Nicholas Bruno at (888) 398-9312 or at nbruno@scott-scott.com**.

### What Can You Do?

You may contact an attorney to discuss your rights regarding the appointment of lead plaintiff or your interest in the Class Action. You may retain counsel of your choice to represent you in the Class Action.

**About Scott+Scott**

Scott+Scott is an international law firm known for its expertise in representing corporate clients, institutional investors, businesses, and individuals harmed by anticompetitive conduct or other forms of wrongdoing, including securities law and shareholder violations. With more than 100 attorneys in eight offices in the United States, as well as three offices in Europe, our advocacy has resulted in significant monetary settlements on behalf of our clients, along with other forms of relief. Our highly experienced attorneys have been recognized for being among the top financial lawyers in 2024 by Lawdragon, WWL: Commercial Litigation 2024, and Legal 500 in Antitrust Civil Litigation, and have received top Chambers 2024 rankings. In addition, we have been repeatedly recognized by the American Antitrust Institute for the successful litigation of high-stakes anticompetitive claims in the United States.

To learn more about Scott+Scott, our attorneys, or complex case resolution, please visit www.scott-scott.com.

This may be considered Attorney Advertising.

## Contacts

**Nicholas S. Bruno**

**Scott+Scott Attorneys at Law LLP**

**230 Park Avenue, 24th Floor, New York, NY 10169**

**(888) 398-9312**

**nbruno@scott-scott.com**

**Industry:**        Class Action Lawsuit    Professional Services    Legal



## SCOTT+SCOTT ATTORNEYS AT LAW LLP

⬈ NYSE:CODI

## RELEASE VERSIONS

English

## CONTACTS

**Nicholas S. Bruno**
**Scott+Scott Attorneys at Law LLP**
**230 Park Avenue, 24th Floor, New York, NY 10169**
**(888) 398-9312**
[nbruno@scott-scott.com](mailto:nbruno@scott-scott.com)

# More News From Scott+Scott Attorneys at Law LLP

🔊 Get RSS Feed

6/25/25, 4:30 PM Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Compass Diversified Holdings (NYSE: CODI)

Case 8:25-cv-00981-MRA-KES Document 33-4 Filed 07/08/25 Page 6 of 8 Page ID
#:724

## KOHL'S INVESTOR ALERT: Scott+Scott Attorneys at Law LLP Investigates Kohl's Corporation's Directors and Officers for Breach of Fiduciary Duties – KSS

NEW YORK--(BUSINESS WIRE)--Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international securities and consumer rights litigation firm, is investigating whether the leadership of Kohl's Corporation ("Kohl's") (NYSE: KSS), breached their fiduciary duties to Kohl'...

## MOBILEYE GLOBAL INVESTOR ALERT: Scott+Scott Attorneys at Law LLP Investigates Mobileye Global Inc.'s Directors and Officers for Breach of Fiduciary Duties – MBLY

NEW YORK--(BUSINESS WIRE)--Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international securities and consumer rights litigation firm, is investigating whether Intel Corporation ("Intel"), as well as the leadership of Mobileye Global Inc. ("Mobileye") (NASDAQ:...

## Capital One Financial Investor Alert: Scott+Scott Attorneys at Law LLP Investigates Capital One Financial Corporation's Directors and Officers for Breach of Fiduciary Duties – COF

NEW YORK--(BUSINESS WIRE)--Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international securities and consumer rights litigation firm, is investigating whether the leadership of Capital One Financial Corporation ("Capital One") (NYSE: COF) breached their...

Back to Newsroom →

# Wish your news had this kind of reach?

Sign Up →

Case 8:25-cv-00981-MRA-KES    Document 33-4    Filed 07/08/25    Page 7 of 8    Page ID #:725

Learn About Business Wire    →



## Company

About Business Wire

Careers

Media Center

## Services

News Release Distribution

News Release Optimization

Investor Communications

Reporting & Analytics

## Solutions

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

## Newsroom

Industries

Subjects

Languages

## Resources

## Blog

## For Journalists

## Sign Up



© 2025 Business Wire, Inc.

Privacy Policy      Cookie Policy      Copyright      Accessibility Statement      Terms of Use

