# EXHIBIT E

**CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Kyle Foust, on behalf of Erie County Employees' Retirement System ("Erie County") hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Board Secretary of Erie County. I am authorized to make legal decisions on behalf of Erie County.

2. I have reviewed the Class Action Complaints filed in the matters captioned *Tan v. Compass Diversified Holdings*, No. 2:25-cv-05777 (C.D. Cal.); *Moreno v. Compass Diversified Holdings, LLC*, No. 3:25-00758 (D. Conn.); *Augenbaum v. Compass Diversified Holdings*, No. 8:25-cv-01003 (C.D. Cal.); *Matthews v. Compass Diversified Holdings, LLC*, No. 8:25-cv-00981 (C.D. Cal.) (the "Complaints"), and authorize the filing of this Certification and a comparable Complaint and/or motion for appointment as Lead Plaintiff.

3. Erie County is willing to serve as a representative party on behalf of the Class (as defined in the Complaints), including providing testimony at deposition and trial, if necessary.

4. During the Class Period (as defined in the Complaints), Erie County purchased and/or sold the security that is the subject of the Complaints as set forth on the attached Schedule A.

5. Erie County did not engage in the foregoing transactions at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

6. During the three-year period preceding the date on which this Certification is signed, Erie County has either served or sought to serve as a representative party on behalf of a class in the following private actions arising under the Securities Act or the Exchange Act:

- *In re AdaptHealth Corp. Sec. Litig.*, No. 2:23-cv-04104 (E.D Pa.)
- *City of Southfield Fire & Police Retirement System v. Hayward Holdings, Inc.*, No. 2:23-cv-4146 (D.N.J.)
- *Erie County Employees' Retirement System v. Cutera, Inc.*, No. 4:23-cv-02560 (N.D. Cal.)

7. Erie County will not accept any payment for serving as a representative party on behalf of the Class beyond its *pro rata* share of any recovery, except for such reasonable costs and expenses

(including lost wages) directly relating to the representation of the Class as ordered or approved by the

Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this $1st$ day of July,
2025.

**ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM**

Kyle Foust
Board Secretary

# Schedule A

**COMPASS DIVERSIFIED HOLDINGS**              **Ticker:**   **CODI**      **Cusip:**      **20451Q104**

<span style="color:red">Class Period: 02/24/2022 to 05/07/2025</span>

**ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM**

| | DATE | SHARES | PRICE |
|---|---|---|---|
| Purchases: | 12/22/2023 | 400 | $22.23 |
| | 12/28/2023 | 500 | $22.60 |
| | 12/28/2023 | 400 | $22.60 |
| | 12/29/2023 | 300 | $22.45 |
| | 1/2/2024 | 100 | $22.62 |
| | 1/3/2024 | 400 | $22.16 |
| | 1/11/2024 | 100 | $21.83 |
| | 1/16/2024 | 300 | $21.69 |
| | 1/17/2024 | 500 | $21.23 |
| | 1/17/2024 | 300 | $21.15 |
| | 1/18/2024 | 100 | $21.37 |
| | 1/22/2024 | 200 | $22.33 |
| | 1/24/2024 | 600 | $22.18 |
| | 1/30/2024 | 200 | $22.63 |
| | 1/31/2024 | 100 | $22.49 |
| | 1/31/2024 | 100 | $22.18 |
| | 2/6/2024 | 100 | $21.76 |
| | 2/6/2024 | 100 | $21.66 |
| | 2/7/2024 | 100 | $21.58 |
| | 2/7/2024 | 100 | $21.47 |
| | 2/13/2024 | 100 | $21.96 |
| | 2/13/2024 | 200 | $22.31 |
| | 2/27/2024 | 100 | $22.64 |
| | 2/28/2024 | 200 | $22.56 |

| Date | Quantity | Price |
|---|---|---|
| 3/1/2024 | 100 | $23.01 |
| 3/12/2024 | 100 | $23.95 |
| 3/13/2024 | 100 | $23.76 |
| 3/13/2024 | 100 | $23.56 |
| 3/14/2024 | 200 | $23.33 |
| 3/15/2024 | 100 | $23.50 |
| 3/18/2024 | 100 | $23.43 |
| 3/18/2024 | 100 | $23.48 |
| 3/21/2024 | 100 | $24.12 |
| 3/21/2024 | 200 | $24.12 |
| 3/25/2024 | 100 | $23.87 |
| 3/26/2024 | 100 | $23.70 |
| 3/26/2024 | 200 | $23.52 |
| 4/5/2024 | 100 | $23.67 |
| 4/10/2024 | 200 | $23.27 |
| 5/2/2024 | 100 | $21.05 |
| 5/2/2024 | 100 | $21.07 |
| 5/9/2024 | 300 | $21.99 |
| 5/9/2024 | 400 | $22.01 |
| 5/16/2024 | 100 | $22.12 |
| 5/23/2024 | 100 | $21.78 |
| 5/29/2024 | 100 | $21.90 |
| 6/6/2024 | 1,000 | $22.34 |
| 7/9/2024 | 300 | $21.34 |
| 7/16/2024 | 200 | $23.43 |
| 7/18/2024 | 100 | $23.48 |
| 7/19/2024 | 63 | $23.19 |
| 7/22/2024 | 6 | $23.07 |
| 7/29/2024 | 100 | $23.60 |
| 8/1/2024 | 200 | $22.27 |
| 8/1/2024 | 100 | $21.59 |
| 8/1/2024 | 200 | $21.78 |
| 8/2/2024 | 100 | $21.12 |
| 8/2/2024 | 200 | $21.25 |

| Date | Shares | Price |
|---|---|---|
| 8/5/2024 | 200 | $20.28 |
| 8/7/2024 | 100 | $20.00 |
| 9/12/2024 | 100 | $20.35 |
| 9/20/2024 | 300 | $21.77 |
| 9/26/2024 | 100 | $21.96 |
| 9/30/2024 | 100 | $22.04 |
| 10/1/2024 | 100 | $21.91 |
| 10/3/2024 | 100 | $21.44 |
| 10/7/2024 | 100 | $21.37 |
| 10/8/2024 | 100 | $21.26 |
| 10/8/2024 | 100 | $21.18 |
| 10/9/2024 | 100 | $20.94 |
| 10/9/2024 | 100 | $21.14 |
| 10/10/2024 | 100 | $20.84 |
| 10/11/2024 | 100 | $20.93 |
| 10/21/2024 | 100 | $21.39 |
| 10/22/2024 | 100 | $21.05 |
| 10/23/2024 | 100 | $20.74 |
| 10/25/2024 | 100 | $20.57 |
| 11/5/2024 | 100 | $21.22 |
| 12/6/2024 | 400 | $23.21 |
| 1/16/2025 | 100 | $21.42 |
| 1/16/2025 | 200 | $21.34 |
| 1/17/2025 | 200 | $21.57 |
| 2/13/2025 | 300 | $20.65 |
| 2/13/2025 | 200 | $20.78 |
| 2/24/2025 | 200 | $20.72 |
| 2/24/2025 | 100 | $20.61 |
| 2/24/2025 | 100 | $20.65 |
| 2/25/2025 | 100 | $20.73 |
| 2/26/2025 | 100 | $20.46 |
| 5/6/2025 | 300 | $17.24 |
| **Sales:** 3/6/2025 | 1,000 | $20.19 |

## <u>CERTIFICATION</u>

I, Timothy G. Olson, on behalf of Olson 7 Management, LLC ("Olson7"), and as sole Manager of Olson7, hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Olson7.

2.      I have reviewed a class action complaint filed in this matter alleging violations of the federal securities laws.

3.      Olson7 did not purchase or sell securities that are the subject of this matter at the direction of counsel, or in order to participate in any private action under the federal securities laws.

4.      Olson7 is willing to serve as a representative party on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary.

5.      Olson7's transactions in the securities that are the subject of the complaint during the class period of February 24, 2022 through May 7, 2025 are reflected in Schedule A, attached hereto.

6.      Olson7 owned and held legal title to the securities that are the subject of this litigation at all relevant times.

7.      Other than in the instant action, Olson7 has not sought to serve as a representative party in a class action filed under the federal securities laws in the last three years.

8.      Beyond its *pro rata* share of any recovery, Olson7 will not accept payment for serving as a representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

1

I declare under penalty of perjury that the foregoing is true and correct.


Dated: 7/7/2025

DocuSigned by:

F5B7D3ABF77B476...

Timothy G. Olson
Sole Manager
Olson 7 Management, LLC

2

**SCHEDULE A**
TRANSACTIONS IN
COMPASS DIVERSIFIED

**Preferred Series B**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 04/02/2025 | 4,452.00 | 22.46 | ($99,991.92) |
| Purchase | 04/16/2025 | 2,026.00 | 21.88 | ($44,328.88) |
| Purchase | 04/22/2025 | 2,784.00 | 22.59 | ($62,889.77) |
| Purchase | 04/24/2025 | 1,293.00 | 23.18 | ($29,966.76) |
| Purchase | 04/24/2025 | 5,108.00 | 22.99 | ($117,426.51) |

**Preferred Series C**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 01/25/2024 | 1,924.00 | 25.20 | ($48,484.80) |
| Purchase | 01/25/2024 | 795.00 | 25.10 | ($19,954.50) |
| Purchase | 01/25/2024 | 725.00 | 25.12 | ($18,208.38) |
| Purchase | 01/25/2024 | 311.00 | 25.19 | ($7,834.09) |
| Purchase | 01/25/2024 | 300.00 | 25.18 | ($7,554.00) |
| Purchase | 08/09/2024 | 100.00 | 24.80 | ($2,480.00) |
| Purchase | 08/13/2024 | 900.00 | 24.80 | ($22,320.00) |
| Purchase | 08/14/2024 | 1,389.00 | 24.80 | ($34,447.15) |
| Purchase | 08/21/2024 | 450.00 | 25.30 | ($11,385.00) |
| Purchase | 08/22/2024 | 3,450.00 | 25.35 | ($87,457.50) |
| Purchase | 08/22/2024 | 125.00 | 25.30 | ($3,162.50) |
| Purchase | 02/25/2025 | 1,328.00 | 23.93 | ($31,779.04) |
| Purchase | 02/26/2025 | 2,851.00 | 23.93 | ($68,221.43) |
| Purchase | 04/02/2025 | 4,465.00 | 22.40 | ($100,016.00) |