# EXHIBIT F

**Financial Interest Analysis for Compass Investors**
**Class Period: February 24, 2022 - May 7, 2025**

**Erie County Employees' Retirement System - Compass Diversified Holdings Common Stock (FIFO/LIFO)**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 2/24/2022 | 0.0000 | | |
| Purchase | 12/22/2023 | 400.0000 | $22.2300 | ($8,892.00) |
| Purchase | 12/28/2023 | 500.0000 | $22.6000 | ($11,300.00) |
| Purchase | 12/28/2023 | 100.0000 | $22.6000 | ($2,260.00) |
| Purchase | 12/28/2023 | 300.0000 | $22.6000 | ($6,780.00) |
| Purchase | 12/29/2023 | 300.0000 | $22.4500 | ($6,735.00) |
| Purchase | 1/2/2024 | 100.0000 | $22.6200 | ($2,262.00) |
| Purchase | 1/3/2024 | 400.0000 | $22.1600 | ($8,864.00) |
| Purchase | 1/11/2024 | 100.0000 | $21.8300 | ($2,183.00) |
| Purchase | 1/16/2024 | 300.0000 | $21.6900 | ($6,507.00) |
| Purchase | 1/17/2024 | 500.0000 | $21.2300 | ($10,615.00) |
| Purchase | 1/17/2024 | 300.0000 | $21.1500 | ($6,345.00) |
| Purchase | 1/18/2024 | 100.0000 | $21.3700 | ($2,137.00) |
| Purchase | 1/22/2024 | 200.0000 | $22.3300 | ($4,466.00) |
| Purchase | 1/24/2024 | 600.0000 | $22.1800 | ($13,308.00) |
| Purchase | 1/30/2024 | 200.0000 | $22.6300 | ($4,526.00) |
| Purchase | 1/31/2024 | 100.0000 | $22.4900 | ($2,249.00) |
| Purchase | 1/31/2024 | 100.0000 | $22.1800 | ($2,218.00) |
| Purchase | 2/6/2024 | 100.0000 | $21.7600 | ($2,176.00) |
| Purchase | 2/6/2024 | 100.0000 | $21.6600 | ($2,166.00) |
| Purchase | 2/7/2024 | 100.0000 | $21.5800 | ($2,158.00) |
| Purchase | 2/7/2024 | 100.0000 | $21.4700 | ($2,147.00) |
| Purchase | 2/13/2024 | 100.0000 | $21.9600 | ($2,196.00) |
| Purchase | 2/13/2024 | 200.0000 | $22.3100 | ($4,462.00) |
| Purchase | 2/27/2024 | 100.0000 | $22.6400 | ($2,264.00) |
| Purchase | 2/28/2024 | 200.0000 | $22.5600 | ($4,512.00) |
| Purchase | 3/1/2024 | 100.0000 | $23.0100 | ($2,301.00) |
| Purchase | 3/12/2024 | 100.0000 | $23.9500 | ($2,395.00) |
| Purchase | 3/13/2024 | 100.0000 | $23.7600 | ($2,376.00) |
| Purchase | 3/13/2024 | 100.0000 | $23.5600 | ($2,356.00) |
| Purchase | 3/14/2024 | 200.0000 | $23.3300 | ($4,666.00) |
| Purchase | 3/15/2024 | 100.0000 | $23.5000 | ($2,350.00) |
| Purchase | 3/18/2024 | 100.0000 | $23.4300 | ($2,343.00) |
| Purchase | 3/18/2024 | 100.0000 | $23.4800 | ($2,348.00) |
| Purchase | 3/21/2024 | 100.0000 | $24.1200 | ($2,412.00) |
| Purchase | 3/21/2024 | 200.0000 | $24.1200 | ($4,824.00) |
| Purchase | 3/25/2024 | 100.0000 | $23.8700 | ($2,387.00) |
| Purchase | 3/26/2024 | 100.0000 | $23.7000 | ($2,370.00) |
| Purchase | 3/26/2024 | 200.0000 | $23.5200 | ($4,704.00) |
| Purchase | 4/5/2024 | 100.0000 | $23.6700 | ($2,367.00) |
| Purchase | 4/10/2024 | 200.0000 | $23.2700 | ($4,654.00) |
| Purchase | 5/2/2024 | 100.0000 | $21.0500 | ($2,105.00) |
| Purchase | 5/2/2024 | 100.0000 | $21.0700 | ($2,107.00) |
| Purchase | 5/9/2024 | 300.0000 | $21.9900 | ($6,597.00) |
| Purchase | 5/9/2024 | 400.0000 | $22.0100 | ($8,804.00) |
| Purchase | 5/16/2024 | 100.0000 | $22.1200 | ($2,212.00) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 5/23/2024 | 100.0000 | $21.7800 | ($2,178.00) |
| Purchase | 5/29/2024 | 100.0000 | $21.9000 | ($2,190.00) |
| Purchase | 6/6/2024 | 1,000.0000 | $22.3400 | ($22,340.00) |
| Purchase | 7/9/2024 | 300.0000 | $21.3400 | ($6,402.00) |
| Purchase | 7/16/2024 | 200.0000 | $23.4300 | ($4,686.00) |
| Purchase | 7/18/2024 | 100.0000 | $23.4800 | ($2,348.00) |
| Purchase | 7/19/2024 | 63.0000 | $23.1900 | ($1,460.97) |
| Purchase | 7/22/2024 | 6.0000 | $23.0700 | ($138.42) |
| Purchase | 7/29/2024 | 100.0000 | $23.6000 | ($2,360.00) |
| Purchase | 8/1/2024 | 200.0000 | $22.2700 | ($4,454.00) |
| Purchase | 8/1/2024 | 100.0000 | $21.5900 | ($2,159.00) |
| Purchase | 8/1/2024 | 200.0000 | $21.7800 | ($4,356.00) |
| Purchase | 8/2/2024 | 100.0000 | $21.1200 | ($2,112.00) |
| Purchase | 8/2/2024 | 200.0000 | $21.2500 | ($4,250.00) |
| Purchase | 8/5/2024 | 200.0000 | $20.2800 | ($4,056.00) |
| Purchase | 8/7/2024 | 100.0000 | $20.0000 | ($2,000.00) |
| Purchase | 9/12/2024 | 100.0000 | $20.3500 | ($2,035.00) |
| Purchase | 9/20/2024 | 300.0000 | $21.7700 | ($6,531.00) |
| Purchase | 9/26/2024 | 100.0000 | $21.9600 | ($2,196.00) |
| Purchase | 9/30/2024 | 100.0000 | $22.0400 | ($2,204.00) |
| Purchase | 10/1/2024 | 100.0000 | $21.9100 | ($2,191.00) |
| Purchase | 10/3/2024 | 100.0000 | $21.4400 | ($2,144.00) |
| Purchase | 10/7/2024 | 100.0000 | $21.3700 | ($2,137.00) |
| Purchase | 10/8/2024 | 100.0000 | $21.2600 | ($2,126.00) |
| Purchase | 10/8/2024 | 100.0000 | $21.1800 | ($2,118.00) |
| Purchase | 10/9/2024 | 100.0000 | $20.9400 | ($2,094.00) |
| Purchase | 10/9/2024 | 100.0000 | $21.1400 | ($2,114.00) |
| Purchase | 10/10/2024 | 100.0000 | $20.8400 | ($2,084.00) |
| Purchase | 10/11/2024 | 100.0000 | $20.9300 | ($2,093.00) |
| Purchase | 10/21/2024 | 100.0000 | $21.3900 | ($2,139.00) |
| Purchase | 10/22/2024 | 100.0000 | $21.0500 | ($2,105.00) |
| Purchase | 10/23/2024 | 100.0000 | $20.7400 | ($2,074.00) |
| Purchase | 10/25/2024 | 100.0000 | $20.5700 | ($2,057.00) |
| Purchase | 11/5/2024 | 100.0000 | $21.2200 | ($2,122.00) |
| Purchase | 12/6/2024 | 400.0000 | $23.2100 | ($9,284.00) |
| Purchase | 1/16/2025 | 100.0000 | $21.4200 | ($2,142.00) |
| Purchase | 1/16/2025 | 200.0000 | $21.3400 | ($4,268.00) |
| Purchase | 1/17/2025 | 200.0000 | $21.5700 | ($4,314.00) |
| Purchase | 2/13/2025 | 100.0000 | $20.6500 | ($2,065.00) |
| Purchase | 2/13/2025 | 200.0000 | $20.6500 | ($4,130.00) |
| Purchase | 2/13/2025 | 200.0000 | $20.7800 | ($4,156.00) |
| Purchase | 2/24/2025 | 200.0000 | $20.7200 | ($4,144.00) |
| Purchase | 2/24/2025 | 100.0000 | $20.6100 | ($2,061.00) |
| Purchase | 2/24/2025 | 100.0000 | $20.6500 | ($2,065.00) |
| Purchase | 2/25/2025 | 100.0000 | $20.7300 | ($2,073.00) |
| Purchase | 2/26/2025 | 100.0000 | $20.4600 | ($2,046.00) |
| Purchase | 5/6/2025 | 300.0000 | $17.2400 | ($5,172.00) |
| *Total Class Period Purchases* | | 15,869.0000 | | ($348,380.39) |
| | | | | |
| Sale | 3/6/2025 | -1,000.0000 | $20.1900 | $20,190.00 |
| *Total Class Period Sales Matching to Class Period Purchases* | | -1,000.0000 | | $20,190.00 |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Retained Shares [1] | | 14,869.0000 | $6.8039 | $101,167.23 |

| Erie County Employees' Retirement System - Compass Diversified Holdings Common Stock FIFO/LIFO Gain/(Loss): | ($227,023.16) |
|---|---|

**Olson 7 Management, LLC - Compass Diversified Holdings Series B Preferred Shares (FIFO/LIFO)**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 2/24/2022 | 0.0000 | | |
| Purchase | 4/2/2025 | 4,452.0000 | $22.4600 | ($99,991.92) |
| Purchase | 4/16/2025 | 2,026.0000 | $21.8800 | ($44,328.88) |
| Purchase | 4/22/2025 | 2,784.0000 | $22.5897 | ($62,889.77) |
| Purchase | 4/24/2025 | 1,293.0000 | $23.1761 | ($29,966.76) |
| Purchase | 4/24/2025 | 5,108.0000 | $22.9887 | ($117,426.51) |
| *Total Class Period Purchases* | | 15,663.0000 | | ($354,603.84) |
| Retained Shares [1] | | 15,663.0000 | $16.9065 | $264,806.09 |

| Olson 7 Management, LLC - Compass Diversified Holdings Series B Preferred Shares FIFO/LIFO Gain/(Loss): | ($89,797.75) |
|---|---|

**Olson 7 Management, LLC - Compass Diversified Holdings Series C Preferred Shares (FIFO/LIFO)**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 2/24/2022 | 0.0000 | | |
| Purchase | 1/25/2024 | 1,924.0000 | $25.2000 | ($48,484.80) |
| Purchase | 1/25/2024 | 795.0000 | $25.1000 | ($19,954.50) |
| Purchase | 1/25/2024 | 725.0000 | $25.1150 | ($18,208.38) |
| Purchase | 1/25/2024 | 311.0000 | $25.1900 | ($7,834.09) |
| Purchase | 1/25/2024 | 300.0000 | $25.1800 | ($7,554.00) |
| Purchase | 8/9/2024 | 100.0000 | $24.8000 | ($2,480.00) |
| Purchase | 8/13/2024 | 900.0000 | $24.8000 | ($22,320.00) |
| Purchase | 8/14/2024 | 1,389.0000 | $24.8000 | ($34,447.15) |
| Purchase | 8/21/2024 | 450.0000 | $25.3000 | ($11,385.00) |
| Purchase | 8/22/2024 | 3,450.0000 | $25.3500 | ($87,457.50) |
| Purchase | 8/22/2024 | 125.0000 | $25.3000 | ($3,162.50) |
| Purchase | 2/25/2025 | 1,328.0000 | $23.9300 | ($31,779.04) |
| Purchase | 2/26/2025 | 2,851.0000 | $23.9289 | ($68,221.43) |
| Purchase | 4/2/2025 | 4,465.0000 | $22.4000 | ($100,016.00) |
| *Total Class Period Purchases* | | 19,113.0000 | | ($463,304.39) |
| Retained Shares [1] | | 19,113.0000 | $16.9344 | $323,666.96 |

| Olson 7 Management, LLC - Compass Diversified Holdings Series C Preferred Shares FIFO/LIFO Gain/(Loss): | ($139,637.43) |
|---|---|

| Compass Investors Total FIFO/LIFO Gain/(Loss): | ($456,458.34) |
|---|---|

[1] *Retained shares are valued at the average price from 5/8/2025 to 7/8/2025.*