**GIRARD SHARP LLP**
Sean P. Greene (Bar No. 328718)
(sgreene@girardsharp.com)
222 Pacific Coast Highway, 10th Floor
El Segundo, CA 90245
Telephone: (415) 544-6453
Facsimile: (415) 981-4846

*Counsel for Proposed Lead Plaintiff EAS Carpenters, and Proposed Liaison Counsel for the Class*

Steven J. Toll
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Counsel for Proposed Lead Plaintiff EAS Carpenters, and Proposed Lead Counsel for the Class*

[Additional counsel in signature block]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. MATTHEWS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS DIVERSIFIED HOLDINGS, MORDECHAI HAIM FERDER, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER,<br><br>Defendants. | Case No.: 8:25-cv-00981-JDE<br><br>CLASS ACTION<br><br>**CORRECTED NOTICE OF MOTION AND CORRECTED MOTION OF EAS CARPENTERS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**<br><br>Date:  August 7, 2025<br>Time:  10:00 a.m.<br>Courtroom:  6A<br>Judge:  Hon. John D. Early |

***Captions continued on next page.***

CORRECTED NOTICE OF MOTION
Case No. 8:25-cv-00981-JDE

| | |
|---|---|
| TODD AUGENBAUM, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>    v.<br><br>COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER,<br><br>       Defendants. | Case No.: 8:25-cv-01003-DOC-JDE<br><br>CLASS ACTION |
| KEVIN TAN, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>    v.<br><br>COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, STEPHEN KELLER, and PATRICK A. MACIARIELLO,<br><br>       Defendants. | Case No.: 2:25-cv-05777-JAK-MAR<br><br>CLASS ACTION |

CORRECTED NOTICE OF MOTION
Case No. 8:25-cv-00981-JDE

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on August 7, 2025 at 10:00 a.m., or as soon thereafter as the matter can be heard in the courtroom of the Honorable John D. Early situated at the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Courtroom 6A, Santa Ana, California, Movant Eastern Atlantic States Carpenters Benefit Funds ("EAS Carpenters"), by and through its counsel, will and hereby does move this Court, under Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for entry of an order: (i) appointing EAS Carpenters as Lead Plaintiff; (ii) approving EAS Carpenters' selection of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as Lead Counsel for the proposed Class; (iii) approving EAS Carpenters' selection of Girard Sharp LLP ("Girard Sharp") for Liaison Counsel; (iv) consolidating the above-captioned securities class actions (the "Related Actions") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"); and (v) granting such other and further relief as the Court may deem just and proper.[1]

This Motion is made on the grounds that EAS Carpenters—an institutional investor with securities litigation experience—is the "most adequate plaintiff" under the PSLRA and is therefore entitled to be appointed as Lead Plaintiff. Specifically, EAS Carpenters believes that it has the "largest financial interest" in the relief sought by the proposed Class in this action by virtue of, among other things, the substantial losses that it incurred on its investments in the common stock of Compass Group Diversified

---

[1] This Motion has been filed pursuant to Section 21D(a)(3)(B) of the Exchange Act, as amended by the PSLRA, which provides that within 60 days after publication of the required notice, any member of the proposed Class may apply to the Court to be appointed as Lead Plaintiff. Consequently, counsel for EAS Carpenters will not know which other Class members, if any, will seek appointment as Lead Plaintiff until after motions are filed on July 8, 2025. As a result, proposed Lead Counsel have been unable to confer with opposing counsel as prescribed in Local Rule 7-3, and respectfully request that the requirement be waived for this Motion.

Holdings LLC ("Compass Group") between March 1, 2023, and May 7, 2025, inclusive. EAS Carpenters also satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims and because it will fairly and adequately represent the interests of the Class.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Declaration of Sean P. Greene filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, EAS Carpenters respectfully requests that the Court enter an order: (i) appointing EAS Carpenters as Lead Plaintiff in the Action pursuant to the PSLRA; (ii) approving its selection of Cohen Milstein to serve as Lead Counsel for the Class; (iii) approving its selection of Girard Sharp as Liaison Counsel; (iv) consolidating the Related Actions pursuant to Rule 42(a) and recaptioning it *In re Compass Diversified Holdings Securities Litigation*; and (v) granting any such further relief as the Court may deem just and proper.

Dated: July 9, 2025

Respectfully submitted,

**GIRARD SHARP LLP**

By: */s/ Sean P. Greene*
Sean P. Greene (Bar No. 328718)
(sgreene@girardsharp.com)
222 Pacific Coast Highway, 10th Floor
El Segundo, CA 90245
Tel.: (415) 544-6453

Adam E. Polk (Bar No. 273000)
(apolk@girardsharp.com)
601 California St., Suite 1400
San Francisco, CA 94108
Tel.: (415) 544-6280

*Counsel for Proposed Lead Plaintiff
EAS Carpenters, and Proposed Liaison
Counsel for the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll (*pro hac vice* forthcoming)
(stoll@cohenmilstein.com)
Brendan Schneiderman (*pro hac vice* forthcoming)
(bschneiderman@cohenmilstein.com)
1100 New York Ave., N.W., Suite 800
Washington, D.C. 20005
Tel.: (202) 406-4600

-and-

Christina D. Saler (*pro hac vice* forthcoming)
(csaler@cohenmilstein.com)
100 N. 18th Street, Suite 1820
Philadelphia, PA 19103
Tel.: (267) 479-5707

*Counsel for Proposed Lead Plaintiff EAS Carpenters, and Proposed Lead Counsel for the Class*

CORRECTED NOTICE OF MOTION
Case No. 8:25-cv-00981-JDE                    3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 9, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

**GIRARD SHARP LLP**

By: */s/ Sean P. Greene*
Sean P. Greene (Bar No. 328718)
(sgreene@girardsharp.com)
222 Pacific Coast Highway, 10th Floor
El Segundo, CA 90245
Tel.: (415) 544-6453

CORRECTED NOTICE OF MOTION
Case No. 8:25-cv-00981-JDE

4