**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT J. MATTHEWS, Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS DIVERSIFIED HOLDINGS, MORDECHAI HAIM FERDER, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER,<br><br>          Defendants. | Case No.: 8:25-cv-00981-JDE<br><br>CLASS ACTION<br><br>**[PROPOSED CORRECTED] ORDER GRANTING THE CORRECTED MOTION OF EAS CARPENTERS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS** |

*Captions continued on next page.*

[PROPOSED CORRECTED] ORDER GRANTING CORRECTED MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 8:25-cv-00981-JDE

| TODD AUGENBAUM, Individually and on Behalf of All Others Similarly Situated, | Case No.: 8:25-cv-01003-DOC-JDE |
| Plaintiff, | CLASS ACTION |
| v. | |
| COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER, | |
| Defendants. | |
| KEVIN TAN, Individually and On Behalf of All Others Similarly Situated, | Case No.: 2:25-cv-05777-JAK-MAR |
| Plaintiff, | CLASS ACTION |
| v. | |
| COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, STEPHEN KELLER, and PATRICK A. MACIARIELLO, | |
| Defendants. | |

[PROPOSED CORRECTED] ORDER GRANTING CORRECTED MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 8:25-cv-00981-JDE

2

Movant Eastern Atlantic States Carpenters Benefit Funds ("EAS Carpenters") filed a motion ("Motion") for its appointment as Lead Plaintiff and for approval of its selection of Cohen Milstein Sellers & Toll PLLC as Lead Counsel and Girard Sharp LLP as Liaison Counsel for the proposed class and for consolidation of the above-captioned related actions ("Related Actions").

After having considered the Motion, and for good cause appearing therefor, **IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Motion is GRANTED;

2.     EAS Carpenters is APPOINTED as Lead Plaintiff under Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action;

3.     EAS Carpenters' selection of Lead Counsel is APPROVED and Cohen Milstein Sellers & Toll PLLC is APPOINTED as Lead Counsel for the proposed class;

4.     EAS Carpenters' selection of Liaison Counsel is APPROVED and Girard Sharp LLP is APPOINTED as Liaison Counsel for the proposed class;

5.     Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), *Kevin Tan v. Compass Diversified Holdings*, No. 2:25-cv-05777-JAK-MAR (C.D. Cal.) and *Todd Augenbaum v. Compass Diversified Holdings*, No. 8:25-cv-01003-DOC-JDE (C.D. Cal.) are CONSOLIDATED with *Robert J. Matthews v. Compass Group Diversified Holdings LLC*, No. 8:25-cv-00981-JDE (C.D. Cal.) (collectively, the "Consolidated Action");

6.     Under Rule 42(a), any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions, are CONSOLIDATED with the Consolidated Action; and

7.     The Clerk of Court is DIRECTED to recaption the Consolidated Action "*In re Compass Diversified Holdings Securities Litigation*".

[PROPOSED CORRECTED] ORDER GRANTING CORRECTED MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 8:25-cv-00981-JDE

**IT IS SO ORDERED.**


 Dated: July __, 2025

_____
Honorable John D. Early
United States Magistrate Judge