**GIRARD SHARP LLP**
Sean P. Greene (Bar No. 328718)
(sgreene@girardsharp.com)
222 Pacific Coast Highway, 10th Floor
El Segundo, CA 90245
Telephone: (415) 544-6453
Facsimile: (415) 981-4846

*Counsel for Proposed Lead Plaintiff EAS Carpenters, and Proposed Liaison Counsel for the Class*

Steven J. Toll
**COHEN MILSTEIN SELLERS**
 **& TOLL PLLC**
1100 New York Avenue, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Counsel for Proposed Lead Plaintiff EAS Carpenters, and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. MATTHEWS, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS DIVERSIFIED HOLDINGS, MORDECHAI HAIM FERDER, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER,<br><br>        Defendants. | Case No.: 8:25-cv-00981-JDE<br><br><u>CLASS ACTION</u><br><br>**CORRECTED DECLARATION OF SEAN P. GREENE IN SUPPORT OF THE CORRECTED MOTION OF EAS CARPENTERS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**<br><br>Date:  August 7, 2025<br>Time:  10:00 a.m.<br>Courtroom:  6A<br>Judge:  Hon. John D. Early |

*Captions continued on next page.*

CORRECTED DECLARATION OF SEAN P. GREENE
ISO CORRECTED MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 8:25-cv-00981-JDE

| | |
|---|---|
| TODD AUGENBAUM, Individually and on Behalf of All Others Similarly Situated, | Case No.: 8:25-cv-01003-DOC-JDE |
| Plaintiff, | CLASS ACTION |
| v. | |
| COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER, | |
| Defendants. | |
| KEVIN TAN, Individually and On Behalf of All Others Similarly Situated, | Case No.: 2:25-cv-05777-JAK-MAR |
| Plaintiff, | CLASS ACTION |
| v. | |
| COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, STEPHEN KELLER, and PATRICK A. MACIARIELLO, | |
| Defendants. | |

CORRECTED DECLARATION OF SEAN P. GREENE
ISO CORRECTED MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 8:25-cv-00981-JDE

I, Sean P. Greene, declare as follows:

1.    I am a member in good standing of the bar of the State of California and am admitted to practice before this Court. I am an associate of Girard Sharp LLP ("Girard Sharp"), proposed Liaison Counsel for the Class. I submit this Declaration in support of the motion of Eastern Atlantic States Carpenters Benefit Funds ("EAS Carpenters") pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for entry of an Order: (i) appointing it as Lead Plaintiff; (ii) approving its selection of Cohen Milstein Sellers & Toll PLLC as Lead Counsel for the Class and Girard Sharp as Liaison Counsel; (iii) consolidating the above-captioned Related Actions ("Related Actions") and captioning it *In re Compass Diversified Holdings Securities Litigation*; and (iv) granting such other and further relief as the Court may deem just and proper.

2.    Attached as Exhibits A through E are true and correct copies of the following documents:

Exhibit A:    Certification of EAS Carpenters;

Exhibit B:    Chart setting forth calculations of EAS Carpenters' losses;

Exhibit C:    Notice of pendency of *Matthews v. Compass Group Diversified Holdings, LLC, et al.,* No. 8:25-cv-00981-JDE (C.D. Cal.), published on *Business Wire* on May 9, 2025;

Exhibit D:    Cohen Milstein Sellers & Toll PLLC's firm resume; and

Exhibit E:    Girard Sharp's firm resume.

3.    On July 8, 2025, Movant EAS Carpenters filed a Motion for Appointment as Lead Plaintiff, Approval of Its Selection of Counsel, and Consolidation of Related Actions in the actions captioned *Augenbaum v. Compass Diversified Holdings, et al.*, No. 8:25-cv-01003-DOC-JDE (C.D. Cal.) and *Tan v. Compass Diversified Holdings, et al.*, No. 2:25-cv-05777-JAK-MAR (C.D. Cal.), and in an out-of-district action captioned *Moreno v.*

CORRECTED DECLARATION OF SEAN P. GREENE
ISO CORRECTED MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 8:25-cv-00981-JDE

1

*Compass Grp. Diversified Holdings LLC*, No. 3:25-cv-00758-AWT (D. Conn.). Due to an administrative oversight, Movant EAS Carpenters did not file its Motion for Appointment as Lead Plaintiff in this action, *Matthews v. Compass Group Diversified Holdings, LLC, et al.*, No. 8:25-cv-00981-JDE (C.D. Cal.).

4.    Movant EAS Carpenters accordingly files a corrected motion, submitted herewith, in *Matthews v. Compass Group Diversified Holdings, LLC, et al.*, No. 8:25-cv-00981-JDE (C.D. Cal.), *Augenbaum v. Compass Diversified Holdings, et al.*, No. 8:25-cv-01003-DOC-JDE (C.D. Cal.), and *Tan v. Compass Diversified Holdings, et al.*, No. 2:25-cv-05777-JAK-MAR (C.D. Cal.), seeking the relief outlined in paragraph 1 above.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of July, 2025.

/s/ Sean P. Greene
Sean P. Greene

CORRECTED DECLARATION OF SEAN P. GREENE
ISO CORRECTED MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 8:25-cv-00981-JDE

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

**GIRARD SHARP LLP**

By: */s/ Sean P. Greene*
Sean P. Greene (Bar No. 328718)
(sgreene@girardsharp.com)
222 Pacific Coast Highway, 10th Floor
El Segundo, CA 90245
Tel.: (415) 544-6453

CORRECTED DECLARATION OF SEAN P. GREENE
ISO CORRECTED MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 8:25-cv-00981-JDE

3

# EXHIBIT A

**CERTIFICATION OF JOSEPH OBUCHOWICZ IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR THE APPROVAL OF SELECTION OF COUNSEL**

The Eastern Atlantic States Carpenters Pension Fund and Eastern Atlantic States Carpenters Annuity Fund (hereinafter Eastern Atlantic States Carpenters Benefit Funds ("EASC")) declare as to the claims asserted under the federal securities laws, that:

1.  I, Joseph Obuchowicz, Fund Director at EASC, am authorized to make legal decisions on behalf of EASC with regard to this action.

2.  EASC did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

3.  EASC is willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

4.  During the Class Period (as defined in the Complaint), EASC purchased and/or sold the securities that are the subject of the Complaint as set forth on the attached Schedule A.

5.  EASC has full power and authority to bring suit to recover for its investment losses.

6.  EASC has fully reviewed the facts and allegations of a complaint filed in this action.

7.  EASC has authorized the filing of a motion for appointment as lead plaintiff on its behalf in this action.

8.  EASC intends to actively monitor and vigorously pursue this action for the benefit of the Class.

9.  EASC will strive to provide fair and adequate representation and work directly with Class counsel to obtain the largest recovery for the Class consistent with good faith and meritorious judgment.

10. EASC was appointed to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in the following cases:

    a.  *In re Viatris Inc. Securities Litigation*, No. 2:23-cv-00812 (W.D. Pa.)

11. Except as listed above, EASC has not sought to serve (but was not appointed or not yet appointed) as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

12. EASC will not accept any payment for serving as a class representative on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the Class or approved by the court.

EXHIBIT A
Page 2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this <u>7TH</u> day of July, 2025.

**Eastern Atlantic States Carpenters Benefit Funds**

By: _____

Joseph Obuchowicz, CEBS
Fund Director

EXHIBIT A
Page 3

## SCHEDULE A

**Eastern Atlantic States Carpenters Annuity Fund**

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 6/5/2023 | Purchase | 9,430 | 20.30 |
| 2/8/2024 | Purchase | 8,041 | 21.86 |
| 2/8/2024 | Purchase | 1,358 | 21.78 |
| 2/8/2024 | Purchase | 807 | 21.80 |
| 2/9/2024 | Purchase | 204 | 22.31 |
| 2/12/2024 | Purchase | 407 | 22.82 |
| 2/12/2024 | Purchase | 567 | 22.91 |
| 2/13/2024 | Purchase | 1,350 | 22.18 |
| 2/13/2024 | Purchase | 563 | 21.97 |
| 2/14/2024 | Purchase | 756 | 22.21 |
| 2/15/2024 | Purchase | 432 | 22.74 |
| 2/15/2024 | Purchase | 270 | 22.79 |
| 2/16/2024 | Purchase | 979 | 23.00 |
| 2/20/2024 | Purchase | 458 | 22.80 |
| 2/21/2024 | Purchase | 270 | 22.64 |
| 2/21/2024 | Purchase | 135 | 22.66 |
| 2/22/2024 | Purchase | 519 | 22.48 |
| 2/22/2024 | Purchase | 675 | 22.59 |
| 2/22/2024 | Purchase | 270 | 22.61 |
| 2/23/2024 | Purchase | 235 | 22.63 |
| 2/26/2024 | Purchase | 451 | 22.54 |
| 2/27/2024 | Purchase | 555 | 22.70 |
| 2/27/2024 | Purchase | 246 | 22.63 |
| 2/28/2024 | Purchase | 27 | 22.62 |
| 3/1/2024 | Purchase | 454 | 23.01 |
| 3/4/2024 | Purchase | 17 | 22.98 |

EXHIBIT A

Page 4

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 3/4/2024 | Purchase | 169 | 23.14 |
| 3/6/2024 | Purchase | 371 | 23.67 |
| 3/6/2024 | Purchase | 1,199 | 23.56 |
| 3/6/2024 | Purchase | 352 | 23.76 |
| 3/7/2024 | Purchase | 418 | 24.21 |
| 3/7/2024 | Purchase | 386 | 24.30 |
| 3/7/2024 | Purchase | 593 | 24.40 |
| 3/8/2024 | Purchase | 304 | 24.79 |
| 3/8/2024 | Purchase | 290 | 24.57 |
| 4/26/2024 | Purchase | 430 | 22.83 |
| 5/16/2024 | Purchase | 661 | 22.13 |
| 5/16/2024 | Purchase | 522 | 22.10 |
| 5/17/2024 | Purchase | 222 | 22.35 |
| 5/20/2024 | Purchase | 567 | 22.42 |
| 5/21/2024 | Purchase | 588 | 22.40 |
| 5/21/2024 | Purchase | 76 | 22.29 |
| 5/22/2024 | Purchase | 301 | 22.29 |
| 5/22/2024 | Purchase | 582 | 22.23 |
| 5/23/2024 | Purchase | 380 | 21.84 |
| 5/23/2024 | Purchase | 417 | 21.87 |
| 5/24/2024 | Purchase | 204 | 22.10 |
| 5/28/2024 | Purchase | 1,007 | 22.35 |
| 5/29/2024 | Purchase | 584 | 21.95 |
| 5/29/2024 | Purchase | 219 | 22.08 |
| 5/30/2024 | Purchase | 271 | 22.45 |
| 5/30/2024 | Purchase | 15 | 22.24 |
| 5/31/2024 | Purchase | 44 | 22.60 |
| 5/31/2024 | Purchase | 56 | 22.88 |

EXHIBIT A
Page 5

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 5/31/2024 | Purchase | 292 | 22.79 |
| 6/21/2024 | Purchase | 693 | 21.71 |
| 11/25/2024 | Purchase | 745 | 23.83 |
| 1/21/2025 | Purchase | 283 | 21.60 |
| 2/13/2025 | Sale | 137 | 20.63 |
| 3/17/2025 | Purchase | 391 | 19.59 |
| 4/24/2025 | Purchase | 775 | 17.11 |
| 5/7/2025 | Sale | 40 | 16.14 |

**Eastern Atlantic States Carpenters Pension Fund**

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 7/7/2022 | Purchase | 13,227 | 23.51 |
| 4/28/2023 | Purchase | 4,460 | 19.06 |
| 2/8/2024 | Purchase | 16,634 | 21.86 |
| 2/8/2024 | Purchase | 2,810 | 21.78 |
| 2/8/2024 | Purchase | 1,670 | 21.80 |
| 2/9/2024 | Purchase | 422 | 22.31 |
| 2/12/2024 | Purchase | 842 | 22.82 |
| 2/12/2024 | Purchase | 1,173 | 22.91 |
| 2/13/2024 | Purchase | 2,793 | 22.18 |
| 2/13/2024 | Purchase | 1,164 | 21.97 |
| 2/14/2024 | Purchase | 1,564 | 22.21 |
| 2/15/2024 | Purchase | 894 | 22.74 |
| 2/15/2024 | Purchase | 559 | 22.79 |
| 2/16/2024 | Purchase | 2,026 | 23.00 |
| 2/20/2024 | Purchase | 948 | 22.80 |
| 2/21/2024 | Purchase | 559 | 22.64 |

EXHIBIT A

Page 6

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 2/21/2024 | Purchase | 279 | 22.66 |
| 2/22/2024 | Purchase | 1,075 | 22.48 |
| 2/22/2024 | Purchase | 1,396 | 22.59 |
| 2/22/2024 | Purchase | 558 | 22.61 |
| 2/23/2024 | Purchase | 486 | 22.63 |
| 2/26/2024 | Purchase | 933 | 22.54 |
| 2/27/2024 | Purchase | 1,151 | 22.70 |
| 2/27/2024 | Purchase | 508 | 22.63 |
| 2/28/2024 | Purchase | 55 | 22.62 |
| 3/1/2024 | Purchase | 940 | 23.01 |
| 3/4/2024 | Purchase | 35 | 22.98 |
| 3/4/2024 | Purchase | 349 | 23.14 |
| 3/6/2024 | Purchase | 767 | 23.67 |
| 3/6/2024 | Purchase | 2,481 | 23.56 |
| 3/6/2024 | Purchase | 727 | 23.76 |
| 3/7/2024 | Purchase | 798 | 24.30 |
| 3/7/2024 | Purchase | 1,228 | 24.40 |
| 3/7/2024 | Purchase | 865 | 24.21 |
| 3/8/2024 | Purchase | 629 | 24.79 |
| 3/8/2024 | Purchase | 600 | 24.57 |
| 4/26/2024 | Purchase | 892 | 22.83 |
| 5/16/2024 | Purchase | 1,079 | 22.10 |
| 5/16/2024 | Purchase | 1,366 | 22.13 |
| 5/17/2024 | Purchase | 459 | 22.35 |
| 5/20/2024 | Purchase | 1,173 | 22.42 |
| 5/21/2024 | Purchase | 1,218 | 22.40 |
| 5/21/2024 | Purchase | 157 | 22.29 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 5/22/2024 | Purchase | 622 | 22.29 |
| 5/22/2024 | Purchase | 1,204 | 22.23 |
| 5/23/2024 | Purchase | 785 | 21.84 |
| 5/23/2024 | Purchase | 864 | 21.87 |
| 5/24/2024 | Purchase | 423 | 22.10 |
| 5/28/2024 | Purchase | 2,083 | 22.35 |
| 5/29/2024 | Purchase | 1,207 | 21.95 |
| 5/29/2024 | Purchase | 453 | 22.08 |
| 5/30/2024 | Purchase | 562 | 22.45 |
| 5/30/2024 | Purchase | 30 | 22.24 |
| 5/31/2024 | Purchase | 90 | 22.60 |
| 5/31/2024 | Purchase | 117 | 22.88 |
| 5/31/2024 | Purchase | 604 | 22.79 |
| 6/21/2024 | Purchase | 1,430 | 21.71 |
| 11/25/2024 | Purchase | 1,541 | 23.83 |
| 1/21/2025 | Purchase | 582 | 21.60 |
| 3/17/2025 | Purchase | 807 | 19.59 |
| 4/24/2025 | Purchase | 1,603 | 17.11 |

EXHIBIT A
Page 8

# EXHIBIT B

**EASC LIFO Losses**

Compass Diversified Holdings
Class Period: 3/1/2023 - 5/7/2025

**Eastern Atlantic States Carpenters Pension Fund**

| Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|
| 4/28/2023 | Purchase | 4,460 | 19.0600 | 4,460 | - | - | $ 85,007.60 | |
| 2/8/2024 | Purchase | 16,634 | 21.8603 | 16,634 | - | - | $ 363,624.21 | |
| 2/8/2024 | Purchase | 2,810 | 21.7764 | 2,810 | - | - | $ 61,191.68 | |
| 2/8/2024 | Purchase | 1,670 | 21.7982 | 1,670 | - | - | $ 36,402.99 | |
| 2/9/2024 | Purchase | 422 | 22.3102 | 422 | - | - | $ 9,414.90 | |
| 2/12/2024 | Purchase | 842 | 22.8185 | 842 | - | - | $ 19,213.18 | |
| 2/12/2024 | Purchase | 1,173 | 22.9101 | 1,173 | - | - | $ 26,873.55 | |
| 2/13/2024 | Purchase | 2,793 | 22.1776 | 2,793 | - | - | $ 61,942.04 | |
| 2/13/2024 | Purchase | 1,164 | 21.9680 | 1,164 | - | - | $ 25,570.75 | |
| 2/14/2024 | Purchase | 1,564 | 22.2138 | 1,564 | - | - | $ 34,742.38 | |
| 2/15/2024 | Purchase | 894 | 22.7373 | 894 | - | - | $ 20,327.15 | |
| 2/15/2024 | Purchase | 559 | 22.7900 | 559 | - | - | $ 12,739.61 | |
| 2/16/2024 | Purchase | 2,026 | 22.9991 | 2,026 | - | - | $ 46,596.18 | |
| 2/20/2024 | Purchase | 948 | 22.7990 | 948 | - | - | $ 21,613.45 | |
| 2/21/2024 | Purchase | 559 | 22.6447 | 559 | - | - | $ 12,658.39 | |
| 2/21/2024 | Purchase | 279 | 22.6598 | 279 | - | - | $ 6,322.08 | |
| 2/22/2024 | Purchase | 1,075 | 22.4758 | 1,075 | - | - | $ 24,161.49 | |
| 2/22/2024 | Purchase | 1,396 | 22.5900 | 1,396 | - | - | $ 31,535.64 | |
| 2/22/2024 | Purchase | 558 | 22.6133 | 558 | - | - | $ 12,618.22 | |
| 2/23/2024 | Purchase | 486 | 22.6252 | 486 | - | - | $ 10,995.85 | |
| 2/26/2024 | Purchase | 933 | 22.5377 | 933 | - | - | $ 21,027.67 | |
| 2/27/2024 | Purchase | 1,151 | 22.7016 | 1,151 | - | - | $ 26,129.54 | |
| 2/27/2024 | Purchase | 508 | 22.6323 | 508 | - | - | $ 11,497.21 | |
| 2/28/2024 | Purchase | 55 | 22.6151 | 55 | - | - | $ 1,243.83 | |
| 3/1/2024 | Purchase | 940 | 23.0085 | 940 | - | - | $ 21,627.99 | |
| 3/4/2024 | Purchase | 35 | 22.9800 | 35 | - | - | $ 804.30 | |
| 3/4/2024 | Purchase | 349 | 23.1443 | 349 | - | - | $ 8,077.36 | |
| 3/6/2024 | Purchase | 767 | 23.6700 | 767 | - | - | $ 18,154.89 | |
| 3/6/2024 | Purchase | 2,481 | 23.5600 | 2,481 | - | - | $ 58,452.36 | |
| 3/6/2024 | Purchase | 727 | 23.7566 | 727 | - | - | $ 17,271.05 | |
| 3/7/2024 | Purchase | 798 | 24.2950 | 798 | - | - | $ 19,387.41 | |
| 3/7/2024 | Purchase | 1,228 | 24.3986 | 1,228 | - | - | $ 29,961.48 | |
| 3/7/2024 | Purchase | 865 | 24.2121 | 865 | - | - | $ 20,943.47 | |
| 3/8/2024 | Purchase | 629 | 24.7887 | 629 | - | - | $ 15,592.09 | |
| 3/8/2024 | Purchase | 600 | 24.5748 | 600 | - | - | $ 14,744.88 | |
| 4/26/2024 | Purchase | 892 | 22.8320 | 892 | - | - | $ 20,366.14 | |
| 5/16/2024 | Purchase | 1,079 | 22.1010 | 1,079 | - | - | $ 23,846.98 | |
| 5/16/2024 | Purchase | 1,366 | 22.1348 | 1,366 | - | - | $ 30,236.14 | |
| 5/17/2024 | Purchase | 459 | 22.3544 | 459 | - | - | $ 10,260.67 | |
| 5/20/2024 | Purchase | 1,173 | 22.4207 | 1,173 | - | - | $ 26,299.48 | |
| 5/21/2024 | Purchase | 1,218 | 22.4033 | 1,218 | - | - | $ 27,287.22 | |
| 5/21/2024 | Purchase | 157 | 22.2938 | 157 | - | - | $ 3,500.13 | |
| 5/22/2024 | Purchase | 622 | 22.2944 | 622 | - | - | $ 13,867.12 | |

| Damage Summary | |
|---|---|
| Class Period Purchases: | 75,729 |
| Class Period Sales: | - |
| Sales on Class Period Purchases: | (75,729) |
| Class Period Shares Retained: | 75,729 |
| 61-Day Lookback Price: | $ 6.8108 |
| | |
| Class Period Purchases Cost: | $ 1,674,701.47 |
| Class Period Matched Sales Proceeds: | $ - |
| Post-Class Period Sales on Class Period Purchases Proceeds: | $ (527,594.08) |
| Retained/Remaining Value: | $ - |
| | |
| **LIFO Loss:** | **$ 1,147,107.39** |

EXHIBIT B
Page 10

**EASC LIFO Losses**

| Date | Type | Shares | Price | Col4 | Col5 | Col6 | | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| 5/22/2024 | Purchase | 1,204 | 22.2334 | 1,204 | - | - | $ | 26,769.01 | |
| 5/23/2024 | Purchase | 785 | 21.8378 | 785 | - | - | $ | 17,142.67 | |
| 5/23/2024 | Purchase | 864 | 21.8736 | 864 | - | - | $ | 18,898.79 | |
| 5/24/2024 | Purchase | 423 | 22.1009 | 423 | - | - | $ | 9,348.68 | |
| 5/28/2024 | Purchase | 2,083 | 22.3506 | 2,083 | - | - | $ | 46,556.30 | |
| 5/29/2024 | Purchase | 1,207 | 21.9520 | 1,207 | - | - | $ | 26,496.06 | |
| 5/29/2024 | Purchase | 453 | 22.0798 | 453 | - | - | $ | 10,002.15 | |
| 5/30/2024 | Purchase | 562 | 22.4527 | 562 | - | - | $ | 12,618.42 | |
| 5/30/2024 | Purchase | 30 | 22.2400 | 30 | - | - | $ | 667.20 | |
| 5/31/2024 | Purchase | 90 | 22.6000 | 90 | - | - | $ | 2,034.00 | |
| 5/31/2024 | Purchase | 117 | 22.8845 | 117 | - | - | $ | 2,677.49 | |
| 5/31/2024 | Purchase | 604 | 22.7946 | 604 | - | - | $ | 13,767.94 | |
| 6/21/2024 | Purchase | 1,430 | 21.7145 | 1,430 | - | - | $ | 31,051.74 | |
| 11/25/2024 | Purchase | 1,541 | 23.8318 | 1,541 | - | - | $ | 36,724.80 | |
| 1/21/2025 | Purchase | 582 | 21.5965 | 582 | - | - | $ | 12,569.16 | |
| 3/17/2025 | Purchase | 807 | 19.5929 | 807 | - | - | $ | 15,811.47 | |
| 4/24/2025 | Purchase | 1,603 | 17.1147 | 1,603 | - | - | $ | 27,434.86 | |

***Post-Class Period Sales on Retained Shares***

| Date | Type | Shares | Price | Col4 | Col5 | Col6 | | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| 5/8/2025 | Sale | 2,775 | 7.1238 | - | - | (2,775) | $ | (19,768.55) | |
| 5/8/2025 | Sale | 1,117 | 6.6755 | - | - | (1,117) | $ | (7,456.53) | |
| 5/8/2025 | Sale | 4,020 | 7.1261 | - | - | (4,020) | $ | (28,646.92) | |
| 5/8/2025 | Sale | 4,773 | 6.5744 | - | - | (4,773) | $ | (31,379.61) | |
| 5/8/2025 | Sale | 16,976 | 7.0361 | - | - | (16,976) | $ | (119,444.82) | |
| 5/8/2025 | Sale | 12,716 | 7.2496 | - | - | (12,716) | $ | (92,185.90) | |
| 5/8/2025 | Sale | 851 | 9.4500 | - | - | (851) | $ | (8,041.95) | |
| 5/8/2025 | Sale | 13,886 | 6.5500 | - | - | (13,886) | $ | (90,953.30) | |
| 5/8/2025 | Sale | 977 | 6.5500 | - | - | (977) | $ | (6,399.35) | |
| 5/9/2025 | Sale | 2,233 | 7.0519 | - | - | (2,233) | $ | (15,746.89) | |
| 5/9/2025 | Sale | 3,351 | 6.9794 | - | - | (3,351) | $ | (23,387.97) | |
| 5/9/2025 | Sale | 7,594 | 6.8261 | - | - | (7,594) | $ | (51,837.40) | |
| 6/3/2025 | Sale | 4,460 | 7.2522 | - | - | (4,460) | $ | (32,344.91) | |

*Pursuant to the PSLRA, post-class period sales are priced at the higher of the sale price and the average price from the beginning of the 90-day period through the sale date.*

EXHIBIT B
Page 11

**EASC LIFO Losses**

Compass Diversified Holdings
Class Period: 3/1/2023 - 5/7/2025

**Eastern Atlantic States Carpenters Annuity Fund**

| Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|
| 6/5/2023 | Purchase | 9,430 | 20.3000 | 9,430 | - | - | $ 191,429.00 | |
| 2/8/2024 | Purchase | 8,041 | 21.8603 | 8,041 | - | - | $ 175,778.66 | |
| 2/8/2024 | Purchase | 1,358 | 21.7764 | 1,358 | - | - | $ 29,572.35 | |
| 2/8/2024 | Purchase | 807 | 21.7982 | 807 | - | - | $ 17,591.15 | |
| 2/9/2024 | Purchase | 204 | 22.3102 | 204 | - | - | $ 4,551.28 | |
| 2/12/2024 | Purchase | 407 | 22.8185 | 407 | - | - | $ 9,287.13 | |
| 2/12/2024 | Purchase | 567 | 22.9101 | 567 | - | - | $ 12,990.03 | |
| 2/13/2024 | Purchase | 1,350 | 22.1776 | 1,350 | - | - | $ 29,939.76 | |
| 2/13/2024 | Purchase | 563 | 21.9680 | 563 | - | - | $ 12,367.98 | |
| 2/14/2024 | Purchase | 756 | 22.2138 | 756 | - | - | $ 16,793.63 | |
| 2/15/2024 | Purchase | 432 | 22.7373 | 432 | - | - | $ 9,822.51 | |
| 2/15/2024 | Purchase | 270 | 22.7900 | 270 | - | - | $ 6,153.30 | |
| 2/16/2024 | Purchase | 979 | 22.9991 | 979 | - | - | $ 22,516.12 | |
| 2/20/2024 | Purchase | 458 | 22.7990 | 458 | - | - | $ 10,441.94 | |
| 2/21/2024 | Purchase | 270 | 22.6447 | 270 | - | - | $ 6,114.07 | |
| 2/21/2024 | Purchase | 135 | 22.6598 | 135 | - | - | $ 3,059.07 | |
| 2/22/2024 | Purchase | 519 | 22.4758 | 519 | - | - | $ 11,664.94 | |
| 2/22/2024 | Purchase | 675 | 22.5900 | 675 | - | - | $ 15,248.25 | |
| 2/22/2024 | Purchase | 270 | 22.6133 | 270 | - | - | $ 6,105.59 | |
| 2/23/2024 | Purchase | 235 | 22.6252 | 235 | - | - | $ 5,316.92 | |
| 2/26/2024 | Purchase | 451 | 22.5377 | 451 | - | - | $ 10,164.50 | |
| 2/27/2024 | Purchase | 555 | 22.7016 | 555 | - | - | $ 12,599.39 | |
| 2/27/2024 | Purchase | 246 | 22.6323 | 246 | - | - | $ 5,567.55 | |
| 2/28/2024 | Purchase | 27 | 22.6152 | 27 | - | - | $ 610.61 | |
| 3/1/2024 | Purchase | 454 | 23.0085 | 454 | - | - | $ 10,445.86 | |
| 3/4/2024 | Purchase | 17 | 22.9800 | 17 | - | - | $ 390.66 | |
| 3/4/2024 | Purchase | 169 | 23.1443 | 169 | - | - | $ 3,911.39 | |
| 3/6/2024 | Purchase | 371 | 23.6700 | 371 | - | - | $ 8,781.57 | |
| 3/6/2024 | Purchase | 1,199 | 23.5600 | 1,199 | - | - | $ 28,248.44 | |
| 3/6/2024 | Purchase | 352 | 23.7566 | 352 | - | - | $ 8,362.32 | |
| 3/7/2024 | Purchase | 418 | 24.2121 | 418 | - | - | $ 10,120.66 | |
| 3/7/2024 | Purchase | 386 | 24.2950 | 386 | - | - | $ 9,377.87 | |
| 3/7/2024 | Purchase | 593 | 24.3986 | 593 | - | - | $ 14,468.37 | |
| 3/8/2024 | Purchase | 304 | 24.7887 | 304 | - | - | $ 7,535.76 | |
| 3/8/2024 | Purchase | 290 | 24.5748 | 290 | - | - | $ 7,126.69 | |
| 4/26/2024 | Purchase | 430 | 22.8320 | 430 | - | - | $ 9,817.76 | |
| 5/16/2024 | Purchase | 661 | 22.1348 | 661 | - | - | $ 14,631.10 | |
| 5/16/2024 | Purchase | 522 | 22.1010 | 522 | - | - | $ 11,536.72 | |
| 5/17/2024 | Purchase | 222 | 22.3544 | 222 | - | - | $ 4,962.68 | |
| 5/20/2024 | Purchase | 567 | 22.4207 | 567 | - | - | $ 12,712.54 | |
| 5/21/2024 | Purchase | 588 | 22.4033 | 588 | - | - | $ 13,173.14 | |
| 5/21/2024 | Purchase | 76 | 22.2938 | 76 | - | - | $ 1,694.33 | |
| 5/22/2024 | Purchase | 301 | 22.2944 | 301 | - | - | $ 6,710.61 | |

| Damage Summary | |
|---|---|
| Class Period Purchases: | 43,883 |
| Class Period Sales: | (177) |
| Sales on Class Period Purchases: | (43,883) |
| Class Period Shares Retained: | 43,706 |
| 61-Day Lookback Price: | $ 6.8108 |

| | |
|---|---|
| Class Period Purchases Cost: | $ 959,914.36 |
| Class Period Matched Sales Proceeds: | $ (3,472.04) |
| Post-Class Period Sales on Class Period Purchases Proceeds: | $ (306,530.58) |
| Retained/Remaining Value: | $ - |

| | |
|---|---|
| **LIFO Loss:** | **$ 649,911.73** |

EXHIBIT B
Page 12

**EASC LIFO Losses**

Compass Diversified Holdings
Class Period: 3/1/2023 - 5/7/2025

| Date | Type | Shares | Price | | | | | Amount |
|------|------|-------|-------|---|---|---|---|-------|
| 5/22/2024 | Purchase | 582 | 22.2334 | 582 | - | - | $ | 12,939.84 | |
| 5/23/2024 | Purchase | 380 | 21.8378 | 380 | - | - | $ | 8,298.36 | |
| 5/23/2024 | Purchase | 417 | 21.8736 | 417 | - | - | $ | 9,121.29 | |
| 5/24/2024 | Purchase | 204 | 22.1009 | 204 | - | - | $ | 4,508.58 | |
| 5/28/2024 | Purchase | 1,007 | 22.3506 | 1,007 | - | - | $ | 22,507.05 | |
| 5/29/2024 | Purchase | 584 | 21.9520 | 584 | - | - | $ | 12,819.97 | |
| 5/29/2024 | Purchase | 219 | 22.0798 | 219 | - | - | $ | 4,835.48 | |
| 5/30/2024 | Purchase | 271 | 22.4527 | 271 | - | - | $ | 6,084.68 | |
| 5/30/2024 | Purchase | 15 | 22.2400 | 15 | - | - | $ | 333.60 | |
| 5/31/2024 | Purchase | 44 | 22.6000 | 44 | - | - | $ | 994.40 | |
| 5/31/2024 | Purchase | 56 | 22.8845 | 56 | - | - | $ | 1,281.53 | |
| 5/31/2024 | Purchase | 292 | 22.7946 | 292 | - | - | $ | 6,656.02 | |
| 6/21/2024 | Purchase | 693 | 21.7145 | 693 | - | - | $ | 15,048.15 | |
| 11/25/2024 | Purchase | 745 | 23.8318 | 745 | - | - | $ | 17,754.69 | |
| 1/21/2025 | Purchase | 283 | 21.5965 | 283 | - | - | $ | 6,111.81 | |
| 2/13/2025 | Sale | 137 | 20.6321 | - | (137) | (137) | | | $ | (2,826.60) |
| 3/17/2025 | Purchase | 391 | 19.5929 | 391 | - | - | $ | 7,660.82 | |
| 4/24/2025 | Purchase | 775 | 17.1147 | 775 | - | - | $ | 13,263.89 | |
| 5/7/2025 | Sale | 40 | 16.1360 | - | (40) | (40) | | | $ | (645.44) |

***Post-Class Period Sales on Retained Shares***

| Date | Type | Shares | Price | | | | | Amount |
|------|------|-------|-------|---|---|---|---|-------|
| 5/8/2025 | Sale | 1,943 | 7.1268 | - | - | (1,943) | | $ | (13,847.37) |
| 5/8/2025 | Sale | 6,706 | 6.5500 | - | - | (6,706) | | $ | (43,924.30) |
| 5/8/2025 | Sale | 1,341 | 7.1238 | - | - | (1,341) | | $ | (9,553.02) |
| 5/8/2025 | Sale | 539 | 6.6755 | - | - | (539) | | $ | (3,598.09) |
| 5/8/2025 | Sale | 2,305 | 6.5744 | - | - | (2,305) | | $ | (15,153.99) |
| 5/8/2025 | Sale | 472 | 6.5500 | - | - | (472) | | $ | (3,091.60) |
| 5/8/2025 | Sale | 411 | 9.4517 | - | - | (411) | | $ | (3,884.65) |
| 5/8/2025 | Sale | 6,138 | 7.2493 | - | - | (6,138) | | $ | (44,496.20) |
| 5/8/2025 | Sale | 8,195 | 7.0361 | - | - | (8,195) | | $ | (57,660.84) |
| 5/9/2025 | Sale | 1,079 | 7.0519 | - | - | (1,079) | | $ | (7,609.00) |
| 5/9/2025 | Sale | 1,617 | 6.9794 | - | - | (1,617) | | $ | (11,285.69) |
| 5/9/2025 | Sale | 3,667 | 6.8260 | - | - | (3,667) | | $ | (25,030.94) |
| 6/3/2025 | Sale | 9,293 | 7.2522 | - | - | (9,293) | | $ | (67,394.90) |

*Pursuant to the PSLRA, post-class period sales are priced at the higher of the sale price and the average price from the beginning of the 90-day period through the sale date.*

EXHIBIT B
Page 13

# EXHIBIT C

EXHIBIT C
Page 14

May 9, 2025 11:42 AM Eastern Daylight Time

# EQUITY ALERT: Rosen Law Firm Files Securities Fraud Class Action Lawsuit Against Compass Diversified Holdings – CODI

**Share**

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of securities of Compass Diversified Holdings (NYSE: CODI) between May 1, 2024, and May 7, 2025, both dates inclusive (the "Class Period"). The lawsuit seeks to recover damages for Compass investors under the federal securities laws.

To join the Compass class action, go to https://rosenlegal.com/submit-form/?case_id=39216 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on the class action.

According to the lawsuit, defendants made false and/or misleading statements and/or failed to disclose that: (1) the Company's subsidiary, Lugano Holdings, Inc., maintained unrecorded financing arrangements and irregularities in its sales, cost of sales, inventory, and accounts receivable; (2) the irregularities and undisclosed details in Lugano Holdings, Inc.'s financial statements rendered the financial statements of the Company as a whole unreliable, and would require restatement; (3) the Company failed to maintain adequate internal controls related to its financial statements; and (4) as a result, defendants' public statements were materially false and/or misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than July 8, 2025**. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to https://rosenlegal.com/submit

EXHIBIT C
Page 15

form/?case_id=39216 or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at case@rosenlegal.com.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013. Rosen Law Firm achieved the largest ever securities class action settlement against a Chinese Company at the time. Rosen Law Firm's attorneys are ranked and recognized by numerous independent and respected sources. Rosen Law Firm has secured hundreds of millions of dollars for investors.

Attorney Advertising. Prior results do not guarantee a similar outcome.

## Contacts

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

case@rosenlegal.com

www.rosenlegal.com

**Industry:**      Class Action Lawsuit     Professional Services     Legal      EXHIBIT C



**THE ROSEN LAW FIRM, P.A.**

⬈ NYSE:CODI

---

**RELEASE VERSIONS**

English

---

**CONTACTS**

Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
case@rosenlegal.com
www.rosenlegal.com

EXHIBIT C
Page 17

# More News From The Rosen Law Firm, P.A.

🔊 Get RSS Feed

## Rosen Law Firm Urges Western Asset Management Company, LLC Mutual Fund Investors with Large Losses to Contact the Firm for Information About Their Rights

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces that an investor filed a class action lawsuit on behalf of purchasers of the "Western Asset US Core Bond Fund" mutual fund classes – Class I (ticker: "WATFX"), Class A (ticker: "WABAX"),...

## Rosen Law Firm Urges iRobot Corporation (NASDAQ: IRBT) Stockholders with Large Losses to Contact the Firm for Information About Their Rights

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces that a shareholder filed a class action lawsuit on behalf of purchasers and acquirers of iRobot Corporation (NASDAQ: IRBT) securities between January 29, 2024 and March 11, 2025, both...

## CODI Deadline Today: Rosen Law Firm Encourages Compass Diversified Holdings Investors with Losses in Excess of $100K to Secure Counsel Before Important Deadline in Securities Class Action First Filed by the Firm - CODI

NEW YORK--(BUSINESS WIRE)--Why: Rosen Law Firm, a global investor rights law firm, reminds purchasers of securities of Compass Diversified Holdings (NYSE: CODI) between March 1, 2023, and May 7, 2025, both dates inclusive (the "Class Period"), of the important July...

Back to Newsroom →

EXHIBIT C
Page 18

# Wish your news had this kind of reach?

Sign Up                    →

**Learn About Business Wire**        →



## Company

About Business Wire

Careers

Media Center

## Services

News Release Distribution

News Release Optimization

Investor Communications

Reporting & Analytics

## Solutions

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

## Newsroom

Industries

Subjects

EXHIBIT C
Page 19

Languages

**Resources**

**Blog**

**For Journalists**

**Sign Up**



© 2025 Business Wire, Inc.

Privacy Policy     Cookie Policy     Copyright     Accessibility Statement     Terms of Use

    

EXHIBIT C
Page 20

# EXHIBIT D

COHENMILSTEIN

**COHEN**MILSTEIN

# | About the Firm

## We are trailblazers in plaintiff-side and class action litigation, handling groundbreaking cases resulting in landmark decisions involving antitrust, securities, consumer rights, civil rights, and other far-reaching matters.

We fight corporate abuse by pursuing litigation on behalf of individuals, investors, whistleblowers, small businesses, and other institutions in lawsuits that have raised significant and often novel legal issues.

With more than 100 attorneys in 10 practice areas in eight offices across the country, including Boston, Chicago, Minneapolis, New York, Palm Beach Gardens, Philadelphia, Raleigh, and Washington, we are recognized as one of the largest and most diversified plaintiffs' firms in the country.

We regularly litigate complex matters across a wide range of practice areas:

- Antitrust
- Civil Rights & Employment
- Complex Tort Litigation
- Consumer Protection
- Employee Benefits / ERISA
- Ethics and Fiduciary Counseling

- Human Rights
- Public Client
- Securities Litigation & Investor Protection
- Whistleblower/False Claims Act

In 2025, *Law360* recognized our Antitrust and Employment practices as "2024 Practice of the Year." In 2024, *The National Law Journal* also named Cohen Milstein's Securities Litigation and Mass Torts practices "Practice of the Year." *Chambers USA* and *Legal 500* have also consistently ranked Cohen Milstein as a "Top Tier Firm" and "Leading Firm" in Antitrust, Securities Litigation, Product Liability, Mass Torts, ERISA, and Employment Law.  Likewise, the firm is consistently named among the "Best Law Firms for Female Attorneys" by *Law360's* "Glass Ceiling Report," including in 2024.

Our attorneys, individually, are heralded as among the best in their practices by industry surveys and organizations, such as American Antitrust Institute, *The American Lawyer, Benchmark Litigation, Chambers USA, Global Competition Review, Law360, Lawdragon, Legal 500,* and *The National Law Journal.*

cohenmilstein.com

EXHIBIT D
Page 23

**COHEN**MILSTEIN

# Securities Litigation & Investor Protection

## We are a powerful ally for institutional investors seeking to recover assets lost due to securities fraud and other unlawful behavior.

We have earned national recognition for using innovative strategies to hold defendants accountable and obtain favorable rulings for our clients, which include some of the country's largest public employee and Taft-Hartley pension funds. Our attorneys are strong advocates with a demonstrated willingness to take cases to trial and appeal adverse rulings to obtain the best possible results.

## Making An Impact

For four decades, we have prevailed against corporate defendants.

- **Mortgage-Backed Securities (MBS) Class Actions:** Since 2013, we recovered more than $2.5 billion for investors. Those results include landmark settlements of $500 million each on behalf of the Iowa Public Employees Retirement System and Oregon Public Employees Retirement System in the Countrywide and Bear Stearns MBS cases, two of a dozen MBS cases in which we successfully represented pension funds as plaintiffs.

- **Groundbreaking Shareholder Derivative Lawsuits:** We represented shareholders in a series of groundbreaking derivative lawsuits that alleged corporate leaders turned a blind eye to pervasive workplace sexual harassment, discrimination, or abuse that put shareholder value at risk. Four derivative settlements, Alphabet ($310M) and Wynn Resorts ($90M), L Brands ($100M), and Pinterest ($50M) resulted in sweeping governance and policy changes and unlocked over half a billion dollars in commitments to diversity, equity, and inclusion programs.

- **Groundbreaking Financial Market Manipulation Class Actions:** We are leading proprietary class actions attempting to break big banks' stranglehold over multi-trillion-dollar markets for interest rate swaps and securities lending. These far-reaching lawsuits seek to modernize antiquated markets and recover billions of dollars investors were improperly forced to pay because of investment banks' collusive and unlawful conduct. Thus far, we have achieved more than $650 million in settlements.

cohenmilstein.com

EXHIBIT D
Page 24

**COHEN**MILSTEIN

## Industry Recognitions

Victories in the courtroom have earned us accolades, including *Law 360's* Practice Group of the Year for both Securities and Class Actions, and its Most Feared Plaintiffs Law Firm honors. Our work on behalf of investors has won thanks from our pension fund clients, respect from opposing counsel, and praise from judges.

- Of the *RALI MBS Securities Litigation,* Judge Katherine Failla of the U.S. District Court for the Southern District of New York, said: *"Plaintiffs' counsel took on an enormous amount of risk and stuck with it for nearly seven years."*

- In approving the *Alphabet Shareholder Derivative Litigation,* California Superior Court Judge Brian C. Walsh, U.S. District Court Judge said the *"groundbreaking"* agreement stands as *"a credit to what your profession can do to solve a problem."*

## Our People

- Our attorneys have served in leadership roles for state pension funds and as regulators in both state and federal government. Their experience helps us understand the demands placed on, and needs of, institutional investors.

- Our partners are frequently asked to speak to institutional investor groups; some serve as leaders of legal organizations and publications or teach and lecture at law schools.

- Our partners regularly appear on prestigious rankings, such as *The National Law Journal's* Elite Women of the Plaintiffs Bar; *Law360's* MVPs, Rising Stars, Titans of the Plaintiffs' Bar, and Most Influential Women in Securities Law; *Crain's* Notable Women in Law; *Legal 500's* Leading Attorneys; Lawdragon's 500 Leading Lawyers; and Benchmark Plaintiff's Litigation Stars.

## Leaders in Diversity, Equity & Inclusion

In addition to our groundbreaking working in shareholder derivative litigation, we are proud of the firm's culture of equality and diversity.

- *Law360's* 2024 "Glass Ceiling Report," for example, named us a "ceiling smasher" and ranked the firm No. 2 for having the highest representation of women in the equity partnership."

- Seven of our firm's 10 practice groups are led or co-led by female partners, including women of color. The firm's executive committee also includes a woman of color.

Our Securities Litigation & Investor Protection practice is no different: half the attorneys and half the partners, including the practice co-chair, Julie Goldsmith Reiser, are women.

cohenmilstein.com

EXHIBIT D
Page 25

**COHEN**MILSTEIN

## Accolades – Securities Litigation & Investor Protection

**Practice Achievement:** Our Securities Litigation & Investor Protection practice is recognized as among the most preeminent in the United States:

| | |
|---|---|
| *The National Law Journal* "Elite Trial Lawyers Practice of the Year – Securities Litigation – Winner" (2024) | *Legal 500* "Leading Practices - Securities Litigation: Mainly Plaintiff" (2018 - 2025) |
| *Law360* "Practice Group of the Year – Securities" (2020, 2022, 2023) | *The National Law Journal* "Elite Trial Lawyers Practice of the Year – Securities Litigation - Finalist" (2018, 2019, 2021, 2024) |
| *Chambers USA* "Securities Litigation: Plaintiffs – Nationwide" (2021 - 2025) | *Law360* "Practice Group of the Year - Class Action" (2020, 2021) |
| *Chambers USA* "Securities Litigation: Plaintiffs – New York" (2024, 2025) | *Benchmark Litigation* "Top Plaintiffs Firm" (2021) |

**Individual Achievement:** Our litigators are recognized as among the best in the industry:

| | |
|---|---|
| *New York Law Journal* "Attorney of the Year - Winner" (2024) – Laura Posner | *The National Law Journal* & *The Trial Lawyer* "America's 50 Most Influential Trial Lawyers" (2020) - Steve Toll |
| *Chambers USA* "Securities Litigation: Plaintiffs – New York" (2024, 2025) – Laura Posner | *Law360* "25 Most Influential Women in Securities Law" (2018) - Julie Reiser |
| *The National Law Journal* "Elite Women of the Plaintiffs Bar" (2018, 2021, 2024) - Julie Reiser, Laura Posner, Molly Bowen | *Legal 500* "Leading Lawyers" (Since 2020) - Steve Toll, Julie Reiser |
| *Law360* "Titans of the Plaintiffs Bar" (2018, 2021) - Steve Toll, Julie Reiser | *Lawdragon* "500 Leading Lawyers in America" (2011-2024) - Steve Toll, Julie Reiser, Laura Posner, Chris Lometti |
| *Law360* "MVP - Securities" (2015, 2023) - Steve Toll, Laura Posner | *Lawdragon* "500 Global Plaintiff Lawyers" (2024, 2025) - Steve Toll, Julie Reiser, Doug Bunch |
| *Lawdragon* "Legend" (2019, 2025) – Steve Toll, Julie Reiser | *Lawdragon* "500 Leading Plaintiff Financial Lawyers" (2018-2025) - Steve Toll, Julie |
| *Lawdragon* "Hall of Fame" (2021) - Steve Toll | |

COHENMILSTEIN

Reiser, Dan Sommers, Molly Bowen, Doug Bunch, Suzanne Dugan, Michael Eisenkraft, Carol Gilden, Chris Lometti, Laura Posner, Christina Saler

Benchmark Litigation "Litigation Stars" (2023 – 2025) – Steve Toll, Julie Reiser, Dan Sommers

Benchmark Litigation "Top 250 Women in Litigation" (2022 – 2025) – Julie Reiser

*Super Lawyers Magazine* "Super Lawyers" (2005 – 2024) - Steve Toll, Julie Reiser, Dan Sommers, Laura Posner, Carol Gilden, Michael Eisenkraft, Doug Bunch, Chris Lometti

*The National Law Journal,* "Attorney of the Year" – Finalist (2024) – Steve Toll

*Attorney Intel* "Top 25 Attorneys in Illinois" (2024) – Carol Gilden

*Crain's Chicago Business* "Notable Leader: Accounting, Consulting & Law" (2024) – Carol Gilden

*The National Law Journal* "Plaintiffs' Attorney Trailblazer" (2023) - Carol Gilden

*American Lawyer* "Litigator of the Week-Runner Up" (2023) - Michael Eisenkraft

*Crain's New York* "Notable Women in Law" (2022) - Laura Posner

*American Lawyer* "Trailblazer - Midwest" (2022) - Carol Gilden

*American Lawyer* "Litigator of the Week" (2020) - Julie Reiser

Crain's Chicago Business "Notable Women in Law" (2020) - Carol Gilden

*Legal 500* "Next Generation Partners" (Since 2019) - Laura Posner, Michael Eisenkraft

Benchmark Litigation "Future Stars" - Michael Eisenkraft, Laura Posner

*Bloomberg Law* "They've Got Next: 40 Under 40" (2024) – Molly Bowen

*Law360* "Rising Stars" (2017, 2018, 2022) - Doug Bunch, Michael Eisenkraft, Molly Bowen

*The National Law Journal* "Rising Stars" (2021, 2022) - Molly Bowen, Jan Messerschmidt

*Super Lawyers Magazine* "Rising Stars" (2021 - 2024) – Benjamin Jackson

EXHIBIT D
Page 27

**COHEN**MILSTEIN

# | Judicial Recognition – Securities Litigation & Investor Protection

We have been honored to receive enthusiastic praise from courts for our work in securities class actions and shareholder derivative litigation.

*In re Wells Fargo Securities Litigation was a case "of substantial magnitude, including complex and disputed issues of truth on the market, privilege issues, loss causation, and damages."*

*"Lead Counsel conducted the litigation and achieved the settlement with skill, perseverance and diligent advocacy."*

*"Had Lead Counsel not achieved the settlement there would remain a significant risk that [investors] may have recovered less or nothing from Defendants."*

~ Hon. Jennifer L. Rochon U.S. District Court for the Southern District of New York (*In re Wells Fargo & Company Securities Litigation*)

*""This litigation is particularly complex. . . . Plaintiffs' counsel really had to begin at the ground level, because there was no investigation or academic treatise or anything sort of giving them a leg up on the facts of this case; they had to find it out themselves. . . . There were very complicated issues and great lawyers on both sides."*

~ Hon. Katherine Polk Failla, U.S. District Court for the Southern District of New York (*Iowa Public Employees Retirement System, et al. v. Bank of America Corp., et al.*)

*The In re Alphabet settlement is "groundbreaking." It codifies a "best in class approach . . . to address sexual harassment, sexual misconduct, discrimination, retaliation, inequity and inclusion in the workplace." Achieving such a settlement, is "a credit to what . . . your profession can do to solve a problem."*

~ Hon. Brian C. Walsh, California Superior Court Judge (*In re Alphabet Shareholder Derivative Litigation*)

EXHIBIT D
Page 28

COHENMILSTEIN

*"Before we adjourn, I just want to thank all of you really for the excellent lawyering. It's a pleasure, as I think I said at the motion to dismiss stage, to get lawyering of this caliber.... It's my pleasure to have presided over this case."*

~ Hon. Paul A. Engelmayer, U.S. District Court for the Southern District of New York (*Braskem S.A. Securities Litigation*)

*"this hard-fought settlement which is very beneficial to the members of the classes, [is] impressive."*

~ Hon. Laura Taylor Swain, U.S. District Court for the Southern District of New York (*In re Bear Stearns Mortgage PassThrough Certificates Litigation.*)

*"Lead Counsel successfully obtained the first derivative demand futility decision in the country in a case involving claims of sexual misconduct, and after significant litigation, numerous hearings and substantial discovery, negotiated the largest derivative settlement in Nevada history …. At all times throughout the litigation, Lead Counsel's work was professional and of exceptionally high quality. What the settlement achieved is a testament to their hard work throughout the litigation."*

~ Hon. Timothy Williams, Nevada State Court (*Thomas P. DiNapoli v. Stephen A. Wynn*)

*"I think it is the most striking factor here, that in 2008 no one else seemed to want to take this particular tack with litigation, and in 2011 they seemed to be proven correct, but here we are with a rather substantial settlement. I don't want to demean this by saying that fortune favors the brave, but that is what happened here. Plaintiffs' counsel took on an enormous amount of risk and stuck with it for nearly seven years."*

~ Hon. Katherine P. Failla, U.S. District Court for the Southern District of New York (*New Jersey Carpenters Health Fund v. Residential Capital, LLC*)

*". . . one of the most interesting and different class actions I've seen."*

~ Hon. Loretta A. Preska, U.S. District Court for the Southern District of New York (*New Jersey Carpenters Health Fund v. The Royal Bank of Scotland Group, PLC*)

# COHENMILSTEIN

> *"[T]his is a very, very good result for the plaintiffs … the vigorously fought class action here and well represented class action is something of which plaintiff[s'] counsel can be proud …"*
>
> ~ Hon. Katherine B. Forrest, U.S. District Court for the Southern District of New York (*Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of America, N.A. and U.S. Bank Nat'l Association*)

> *". . . the efforts undertaken by [counsel] were more generative and exceeded the investigative work of the other applicants by an order of magnitude."*
>
> ~ Hon. Paul A. Engelmayer, U.S. District Court for the Southern District of New York (*Public School Teachers' Pension and retirement Fund of Chicago v. Bank of America Corp.*)

> *"Let me also say, this has been a long process, I know, more than six years, and I want to reiterate how fortunate I feel to have … worked with such able lawyers on both sides. It's been one of the highlights of my career as a judge. We had difficult issues and even some novel issues, and through it all you provided me with the highest standards both of scholarship and of advocacy and I am grateful."*
>
> ~ Hon. Keith P. Ellison, U.S. District Court for the Southern District of Texas (*In re BP plc Securities Litigation*)

> *". . . people who run corporations are generally deterred by the fact that there are … Cohen Milsteins out there."*
>
> ~ Hon. T.S. Ellis III, U.S. District Court for the Southern District of New York (*In re Bearing Point Securities Litigation*)

> *"[Cohen Milstein] did a wonderful job here for the class and were in all respects totally professional and totally prepared. I wish I had counsel this good in front of me in every case."*
>
> ~ Hon. Lewis A. Kaplan, U.S. District Court for the Southern District of New York (*In re Parmalat Securities Litigation*)

cohenmilstein.com

8 of 31

EXHIBIT D
Page 30

**COHEN**MILSTEIN

# | Representative Matters – Securities Litigation & Investor Protection

## We have recovered billions of dollars in settlements for our institutional investor clients.

## Recent Settlements

- *In re Wells Fargo & Company Securities Litigation* (S.D.N.Y.): Cohen Milstein, as Co-Lead Counsel, represented the Public Employees' Retirement System of Mississippi and the Employees Retirement System of Rhode Island in this securities class action, which alleged that Wells Fargo and certain former executives misrepresented the Bank's compliance with a series of 2018 consent orders with the CFPB, OCC, and the Federal Reserve arising from the Bank's widespread consumer fraud banking scandal. On September 8, 2023, the court granted final approval of a historic $1 billion settlement, which is the 17th largest securities class action settlement ever, the sixth largest in the last decade, the ninth largest ever in the Second Circuit, and the largest ever without a restatement or related actions by the Securities Exchange Commission or U.S. Department of Justice.

- *Iowa Public Employees Retirement System, et al. v. Bank of America Corp., et al.* (S.D.N.Y.): Cohen Milstein is co-counsel in this groundbreaking putative class action, in which investors accuse Wall Street banks of engaging in a group boycott and conspiring to thwart the modernization of and preserve their dominance over the $1.7 trillion stock loan market. On September 4, 2024, the court granted final approval of a historic $580 million cash settlement and significant injunctive relief against defendants Morgan Stanley, Goldman Sachs, UBS, JP Morgan, Credit Suisse, and EquiLend. Litigation against Bank of America continues.

- *In re Alphabet Shareholder Derivative Litigation* (Sup. Crt. Cal., Santa Clara Cnty.): Cohen Milstein, as Co-Lead Counsel, represented Northern California Pipe Trades Pension Plan and Teamsters Local 272 Labor Management Pension Fund in a shareholder derivative lawsuit against Alphabet, Inc.'s Board of Directors. Shareholders alleged that the Board allowed powerful executives to sexually harass and discriminate against women without consequence. In November 2020, the court granted final approval of a historic settlement, including a $310 million commitment to fund diversity, equity, and inclusion initiatives and robust reforms including limiting

EXHIBIT D
Page 31

COHENMILSTEIN

non-disclosure agreements and ending mandatory arbitration in sexual harassment, gender discrimination, and retaliation-related disputes.

- *FirstEnergy Shareholder Derivative Litigation* (S.D. Ohio; N.D. Ohio): We represented shareholders of FirstEnergy Corp. in related derivative lawsuits, filed in two U.S. District courts in Ohio.  In both cases, plaintiffs sought to hold against certain current and former FirstEnergy officers and directors accountable for orchestrating one of Ohio's largest public bribery schemes, which resulted in a deferred prosecution agreement with the U.S. Department of Justice in which the company agreed to pay a fine of $230 million and admitted it had paid more than $60 million in illegal contributions to an elected official in return for his pursuit of favorable legislation. In August 2022, the court granted final approval of a $180 million global settlement, ending all shareholder derivative cases.

- *NovaStar Mortgage-Backed Securities Litigation* (S.D.N.Y.): We were lead counsel in this certified MBS class action filed on behalf of unionized workers and other individual and institutional investors in connection with losses incurred from securities issued by NovaStar Mortgage Inc., a major subprime lender that specialized in authorizing risky residential mortgage loans. In March 2019, the court granted final approval of a $165 million all-cash settlement, which was affirmed by the 2nd U.S. Circuit Court of Appeals in March 2022.  With the NovaStar settlement, we closed a chapter in which we successfully represented named plaintiffs in a dozen financial-crisis-era MBS class actions.

- *Boeing Derivative Shareholder Litigation* (N.D. Ill.): Cohen Milstein served as sole lead counsel in a federal derivative case brought by the Seafarers Pension Plan against The Boeing Company's directors and officers arising out of the 737 MAX crashes and alleging federal proxy statement violations in connection with director elections. After the case was dismissed on forum non conveniens grounds, Plaintiffs successfully argued before the U.S. Court of Appeals for the Seventh Circuit, obtaining a 2-to1, precedent-setting decision reversing the district court's dismissal of the case based on enforcement of Boeing's forum selection bylaw. The derivative action ultimately settled, along with a companion class action filed by the Seafarers in Delaware Chancery Court after the district court's dismissal and challenging the bylaw under Delaware law, for corporate governance reforms valued in excess of $100 million and a $6.25 million payment by the Directors' insurers to the company.

cohenmilstein.com

EXHIBIT D
Page 32

**COHEN**MILSTEIN

- *Wynn Resorts, Ltd. Derivative Litigation* (Eighth Jud. Dist. Crt., Clark Cnty., Nev.): Cohen Milstein represented the New York State Common Retirement Fund and the New York City Pension Funds as Lead Counsel in a derivative shareholder lawsuit against certain officers and directors of Wynn Resorts, Ltd., arising out of their failure to hold Mr. Wynn, the former CEO and Chairman of the Board, accountable for his longstanding pattern of sexual abuse and harassment of company employees. In March 2020, the court granted final approval of a $90 million settlement in the form of cash payments and landmark corporate governance reforms, placing it among the largest, most comprehensive derivative settlements in history.

- *L Brands, Inc. Derivative Litigation* (S.D. Ohio): In partnership with the State of Oregon, the Oregon Public Employees Retirement Fund, and other shareholders, Cohen Milstein helped resolve allegations that officers and directors of L Brands, Inc., previous owners of Victoria's Secret, breached their fiduciary duties by maintaining ties with alleged sex offender and pedophile Jeffrey Epstein and fostering a culture of discrimination and misogyny at the company. Following a Delaware General Corporate Law Section 220 books and records demand and an extensive, proprietary investigation, L Brands and the now-standalone company, Victoria's Secret, agreed to stop enforcing non-disclosure agreements that prohibit the discussion of a sexual harassment claim's underlying facts; stop using forced arbitration agreements; implement sweeping reforms to their codes of conduct, policies and procedures related to sexual misconduct and retaliation; and to invest $45 million each, for a total of $90 million, in diversity, equity and inclusion initiatives and DEI Advisory Councils. On May 16, 2022, the court granted final approval of the settlement.

- *In re Interest Rate Swaps Antitrust Litigation* (S.D.N.Y.): Cohen Milstein serves as Co-Lead Counsel and represents the Public School Teachers' Pension and Retirement Fund of Chicago and other proposed buy-side investor class members in this ground breaking putative antitrust class action against numerous Wall Street investment banks. Plaintiffs allege that the defendants conspired to prevent class members from trading IRS on modern electronic trading platforms and from trading with each other, all to protect the banks' trading profits from inflated bid/ask spreads. On July 11, 2024, in two separate orders, the court granted preliminary approval of $71 million in total cash settlements against Credit Suisse, Bank of America, JP Morgan Chase, Deutsche Bank, and all remaining defendants.

- *Pinterest Derivative Litigation* (N.D. Cal.): Cohen Milstein represented the Employees Retirement System of Rhode Island and other Pinterest shareholders in a shareholder

cohenmilstein.com

EXHIBIT D
Page 33

**COHEN**MILSTEIN

derivative lawsuit against certain Board members and executives. Shareholders alleged that Defendants personally engaged in and facilitated a systematic practice of illegal discrimination of employees on the basis of race and sex. On June 9, 2022, the court granted final approval of a settlement including a $50 million funding commitment and holistic workplace and Board-level reforms.

- *Bayer Securities Litigation* (N.D. Cal.): Cohen Milstein is Lead Counsel in this certified securities class action, in which Plaintiffs allege that in connection with its $63 billion acquisition of Monsanto, Bayer misrepresented the rigor of its due diligence and the nature of the legal risk presented by Monsanto's flagship product, the herbicide Roundup. Bayer investors incurred significant losses after bellwether jury trials in toxic tort cases repeatedly found in favor of the plaintiffs against Monsanto, including finding that Roundup was a "substantial factor" in causing the plaintiffs' non-Hodgkin's lymphoma, and leading to jury awards totaling hundreds of millions of dollars. On June 27, 2025, the court preliminarily approved a $38 million settlement.

- *Lewis Cosby et al. v. KPMG, LLP* (E.D. Tenn.):  As Co-Lead Counsel, Cohen Milstein settled for $35 million investors' claims that KPMG perpetuated a massive fraud by signing off on Miller Energy's $480 million valuation of Alaskan oil reserve assets that were largely worthless. The alleged fraud, plaintiffs claim, caused millions of dollars in investor damages and led to Miller Energy's bankruptcy. In July 2022, the court granted final approval of the settlement.

- *GreenSky Securities Litigation* (S.D.N.Y.): Cohen Milstein, as Co-Lead Counsel, negotiated a $27.5 million settlement in a securities class action against fintech startup GreenSky, its directors and officers, as well as its underwriters, including Goldman Sachs, J.P. Morgan, Morgan Stanley, Citigroup Global Markets, Credit Suisse Securities. The case alleged that defendants made false and misleading statements in GreenSky's Initial Public Offering documents in violation of the Securities Act of 1933. On October 22, 2021, the court granted final approval of a $27.5 million settlement.

- *Tradex Global Master Fund SPC Ltd. et al. v. Lancelot Investment Management, LLC, et al.* (Crc. Crt., Cook Cnty., Ill.): In August 2018, the court granted final approval of a $27.5 million settlement, concluding a nearly decade-old putative investor class action against McGladrey & Pullen LLP, an accounting firm, for its alleged fraud and negligence arising out of the Tom Petters' Ponzi scheme, one of the largest Ponzi schemes in U.S. history.

EXHIBIT D
Page 34

**COHENMILSTEIN**

- *El Paso Firemen & Policemen's Pension Fund, et al. v. InnovAge Holding Corp. et al.* (D. Colo.): Cohen Milstein is Class Counsel in this certified securities class action that alleges InnovAge "substantially failed" to "provide to its participants medically necessary items and services" as required by government regulation. As a result, CMS and the State of Colorado suspended enrollment at InnovAge's Colorado facilities. InnovAge's stock price declined 78% just nine months after its IPO, giving InnovAge the distinction of being one of 2021's five worst performing stocks. On June 17, 2025, the court granted preliminary approval of the parties' settlement of this action for $27 million.

- *Pluralsight, Inc. Securities Litigation* (D. Utah): Cohen Milstein is sole Lead Counsel in this securities class action, alleging that Pluralsight, a provider of cloud-based and video training courses, and its senior officers misrepresented and omitted material information from investors concerning the company's sales force before a $37 million stock cash-out by Pluralsight insiders and in an over $450 million secondary public offering orchestrated by those insiders. On August 2, 2024, the court granted Lead Plaintiffs' unopposed motion for preliminary approval of a $20 million settlement.

- *City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Credit Suisse Group AG, et al.* (S.D.N.Y.): Cohen Milstein, as Co-Lead Counsel, represented plaintiffs in this class action against Credit Suisse Group AG, regarding its misrepresentations of its trading limits and risk controls and resulting in accumulation of billions of dollars in extremely risky, highly illiquid investments, including the surreptitious accumulation of nearly $3 billion in distressed debt and U.S. collateralized loan obligations ("CLOs"). On December 16, 2020, the court granted final approval of a $15.5 million settlement.

- *Plumbers & Pipefitters National Pension Fund v. Davis* (S.D.N.Y.): Cohen Milstein was Lead Counsel in this high-profile, putative securities class action involving Performance Sports Group's failure to disclose that its purported financial success was not based on sustainable, "organic" growth as represented, but was driven by the company's manipulative and coercive sales practices, which included pulling orders forward to earlier quarters and pressuring customers to increase their orders without regard for market demand. The SEC and Canadian authorities subsequently initiated investigations, and PSG filed for bankruptcy. On November 22, 2022, the court granted final approval of a $13 million settlement, which is in addition to the $1.15 million settlement plaintiff obtained in Performance Sports Group's 2016 bankruptcy proceedings through the prior approval of the U.S. Bankruptcy Court for the District of Delaware and the Ontario Superior Court in Canada.

COHENMILSTEIN

## Other High-Profile Settlements

- *In re BP Securities Litigation* (S.D. Tex.): Cohen Milstein served as Co-Lead Counsel, representing the New York State Common Retirement Fund in this certified securities class action, stemming from the Deepwater Horizon oil spill. Plaintiffs allege that after the Deepwater Horizon explosion, BP and two of its senior executives misled investors about the severity of the oil spill in the Gulf of Mexico which impeded investors' ability to assess the financial implications of the spill on BP. The case settled for $175 million a few weeks before trial was set to begin. Final approval was granted in February 2017.

- *HEMT MBS Litigation* (S.D.N.Y.): In May 2016, the court granted final approval of a $110 million settlement in this mortgage-backed securities class action brought by investors against Credit Suisse AG and its affiliates. This settlement ends claims brought by the New Jersey Carpenters Health Fund and other investors who claimed that the offering documents for the mortgage-backed securities at issue violated the Securities Act as they contained false and misleading misstatements concerning compliance with underwriting standards.

- *RALI MBS Litigation* (S.D.N.Y.): Cohen Milstein was Lead counsel in a securities class action alleging RALI and its affiliates sold shoddy MBS securities that did not meet the standards of their underwriters. In July 2015, the court granted final approval to a global settlement totaling $335 million, marking an end to a long and complicated class action that took seven years of intense litigation to resolve.

- *In re: Bear Stearns Mortgage Pass-Through Certificates Litigation* (S.D.N.Y.): In May 2015, the court granted final approval of this securities class action settlement with JPMorgan Chase & Co., which agreed to pay $500 million and up to an additional $5 million in litigation-related expenses to resolve claims arising from the sale of $27.2 billion of mortgage-backed securities issued by Bear Stearns & Co. during 2006 and 2007 in 22 separate public offerings.

- *Harborview MBS Litigation* (S.D.N.Y.): In February 2014, Cohen Milstein reached a settlement with the Royal Bank of Scotland (RBS) in the Harborview MBS Litigation, resolving claims that RBS duped investors into buying securities backed by shoddy home loans.  The $275 million settlement is the fifth largest class action settlement in a federal MBS case.  This case is one of eight significant MBS actions for which we had been named lead or co-lead counsel by courts and one of three that were nearly thrown out by the court, only to be revived in 2012.

# COHENMILSTEIN

- *Countrywide MBS Litigation* (C.D. Cal.): Cohen Milstein represented Iowa Public Employees' Retirement System (IPERS) and other plaintiffs in a securities class action against Countrywide Financial Corporation and others for misstatements and omissions involving the packaging and sale of mortgage-backed securities (MBS). On December 5, 2013, the court granted final approval to a landmark $500 million settlement – the nation's largest MBS-federal securities class action settlement at the time and the largest (top 20) class action securities settlements of all time.

- *In re Parmalat Securities Litigation* (S.D.N.Y.): Cohen Milstein, as co-lead counsel, successfully negotiated several settlements totaling approximately $90 million, including two settlements with Parmalat's outside auditors. Judge Lewis A. Kaplan remarked that plaintiffs' counsel "did a wonderful job here for the class and were in all respects totally professional and totally prepared.  I wish I had counsel this good in front of me in every case."  Parmalat's bankruptcy filing was the biggest corporate bankruptcy in Europe, and in December 2003, the U.S. Securities and Exchange Commission filed a suit charging Parmalat with "one of the largest and most brazen corporate financial frauds in history." During the litigation, the company subsequently emerged from bankruptcy, as a result we added "New Parmalat" as a defendant because of the egregious fraud committed by the now-bankrupt old Parmalat.  New Parmalat strenuously objected and the ruled in the class plaintiffs' favor, a ruling which was affirmed on appeal.  This innovative approach of adding New Parmalat enabled the class to obtain an important additional source of compensation, as we subsequently settled with New Parmalat for shares worth approximately $26 million.

- *Rubin v. MF Global, Ltd.* (S.D.N.Y.): Acting as co-lead counsel in this class action, Cohen Milstein represented the Central States, Southeast and Southwest Areas Pension Fund as one of the co- lead plaintiffs in the case.  In September 2010, as a result of Plaintiffs' decision to appeal, the U.S. Second Circuit Court of Appeals vacated in part the lower court's dismissal of the case and remanded the case for further proceedings.  In overturning the district court decision, the Second Circuit issued a decision which differentiated between a forecast or a forward-looking statement accompanied by cautionary language -- which the Appellate Court said would be insulated from liability under the bespeaks caution doctrine -- from a factual statement, or non-forward-looking statement, for which liability may exist.  Importantly, the Second Circuit accepted Plaintiffs' position that where a statement is mixed, the court can sever the forward-looking aspect of the statement from the non-forward-looking aspect.  The court further stated that statements or omissions as to existing operations (and present intentions as to future operations) are not protected by the

EXHIBIT D
Page 37

**COHEN**MILSTEIN

bespeaks caution doctrine. Mediation followed this decision and resulted in a
settlement comprised of $90 million in cash.

- *Hughes v. Huron Consulting Group* (N.D. Ill.):  Cohen Milstein represented lead plaintiffs,
  Public School Teachers' Pension & Retirement Fund of Chicago and the Arkansas
  Public Employees Retirement System ("APERS") in this case against Huron Consulting
  Group, founded by former Arthur Anderson personnel following its collapse in the wake
  of the Enron scandal.   In August 2010, the court denied defendants' motions to dismiss
  in their entirety and upheld plaintiffs' allegations that defendants intentionally
  improperly accounted for acquisition- related payments, which allowed plaintiffs to
  move forward with discovery.  The case was settled for $40 million, comprised of $27
  million in cash and 474,547 shares in Huron common stock, with an aggregate value
  at the time of final approval in 2011 of approximately $13 million.

- *In re Lucent Technologies Securities Litigation* (D.N.J.):  A settlement in this massive
  securities fraud class action was reached in late March 2003. The class portion of the
  settlement amounts to over $500 million in cash, stock and warrants and ranks as the
  second largest securities class action settlement ever completed.  We represented
  one of the co-lead plaintiffs in this action, a private mutual fund.



# Steven J. Toll

Partner

**WASHINGTON, DC**
**T** 202.408.4600
**stoll@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection

**ADMISSIONS**

District of Columbia | Virginia

**EDUCATION**

Georgetown University Law Center, J.D., 1975 | University of Pennsylvania, B.S., cum laude, 1972

## Overview

Steven J. Toll, co-chair of the Securities Litigation & Investor Protection practice, has built a distinguished career and reputation as a fierce advocate for the rights of shareholders and has guided the strategy and mediation efforts on the firm's largest and most important matters -- both securities fraud and other consumer cases. His skill and steadiness have earned the trust of mediators and the respect of defense counsel.

Steve also serves as a model inside the law firm. For nearly three decades, Cohen Milstein prospered under his leadership as managing partner and a member of the executive committee.

Steve has been lead or principal counsel on some of the most high-profile stock fraud lawsuits in the past 30 years, arguing important matters before the highest courts in the country. He was involved in settling some of the most important mortgage-backed securities (MBS) class-action lawsuits in the aftermath of the financial crisis, including: Countrywide Financial Corp., which settled for $500 million in 2013; Residential Accredited Loans Inc. (RALI), which settled for $335 million in 2014; Harborview MBS, which settled for $275 million, also in 2014; and Novastar MBS, which settled for $165 million in 2019.

Most recently, Steve was involved in the landmark $1 billion settlement with Wells Fargo, ending a three-year securities fraud class action lawsuit brought on behalf of investors nationwide. The settlement is the 17th largest securities class action settlement of all time.

cohenmilstein.com

EXHIBIT D
Page 39

COHENMILSTEIN

Among Steve's most important wins is the Harman class action suit, where he argued and won an important ruling from the U.S. Court of Appeals for the District of Columbia Circuit. The Circuit Court reinstated the suit against electronics maker Harman International Industries; the ruling is significant in that it places limits on the protection allowed by the safe harbor rule for forward-looking statements. A $28.25 million settlement was achieved in this action in 2017.

Steve was co-lead counsel in the BP Securities class action securities fraud lawsuit that arose from the devastating Deepwater oil spill in the Gulf of Mexico. The Fifth Circuit Court of Appeals affirmed the certification of the class of investors alleged to have been injured by BP's misrepresentation of the amount of oil spilling into the Gulf of Mexico, and thus minimizing the extent of the cost and financial impact to BP of the clean-up and resulting damages. In 2017, the court granted final approval to a $175 million settlement reached between BP and lead plaintiffs for the "post-explosion" class.

Steve was co-lead counsel in the consumer class action suit against Lumber Liquidators, a lawsuit that alleged the nationwide retailer sold Chinese-made laminate flooring containing hazardous levels of the carcinogen formaldehyde while falsely labeling their products as meeting or exceeding California emissions standards, a story that was profiled twice on 60 Minutes in 2015. In 2018, the court granted final approval of a settlement of $36 million between Lumber Liquidators and plaintiffs.

## Current Cases

### In re Abbott Laboratories Infant Formula Shareholder Derivative Litigation

In re Abbott Laboratories Infant Formula Shareholder Derivative Litigation (N.D. Ill.): Cohen Milstein is Co-Lead Counsel in this shareholder derivative lawsuit against Abbott's board of directors for breaching their fiduciary duties related to the company's manufacture and sale of infant formula products, prompting a major recall and nationwide infant formula shortage and allegedly causing billions of dollars of damage to Abbott. Plaintiffs also allege claims of insider trading, corporate waste, and unjust enrichment, as well as violations of the federal securities laws.

### Bayer Securities Litigation

Bayer Securities Litigation (N.D. Cal.): Cohen Milstein is Lead Counsel in this certified securities class action, in which Plaintiffs allege that in connection with its $63 billion acquisition of Monsanto, Bayer misrepresented the rigor of its due diligence and the nature of the legal risk presented by Monsanto's flagship product, the herbicide Roundup. Bayer investors incurred significant losses after bellwether jury trials in toxic tort cases repeatedly found in favor of the plaintiffs against Monsanto, including finding that Roundup was a "substantial factor" in causing the plaintiffs' non-Hodgkin's lymphoma, and leading to jury awards totaling hundreds of millions of dollars. On June 27, 2025, the court preliminarily approved a $38 million settlement.

cohenmilstein.com

EXHIBIT D
Page 40

### In re Interest Rate Swaps Antitrust Litigation

In re Interest Rate Swaps Antitrust Litigation (S.D.N.Y.): Cohen Milstein serves as Co-Lead Counsel and represents the Public School Teachers' Pension and Retirement Fund of Chicago and other proposed buy-side investor class members in this ground breaking putative antitrust class action against numerous Wall Street investment banks. Plaintiffs allege that the defendants conspired to prevent class members from trading IRS on modern electronic trading platforms and from trading with each other, all to protect the banks' trading profits from inflated bid/ask spreads. On July 11, 2024, in two separate orders, the court granted preliminary approval of $71 million in total cash settlements against Credit Suisse, Bank of America, JP Morgan Chase, Deutsche Bank, and all remaining defendants.

### IBEW Local 98 Pension Fund v. Deloitte

IBEW Local 98 Pension Fund v. Deloitte (D.S.C.): Cohen Milstein is sole Lead Counsel in this putative securities class action against Deloitte for allegedly breaching its external auditor duties related to SCANA's multi-billion-dollar nuclear energy expansion project in South Carolina - the largest fraud in South Carolina history.

### In re EQT Corporation Securities Litigation

In re EQT Corporation Securities Litigation (W.D. Pa.): Cohen Milstein is Co-Lead Counsel in this securities class action, in which Plaintiffs allege that EQT misrepresented the "substantial synergies" that were expected to arise from a planned merger with rival natural gas producer Rice Energy due to "the contiguous and complementary nature of Rice's asset base with EQT's."

### In re Bed Bath & Beyond Corporation Securities Litigation

In re Bed Bath & Beyond Corporation Securities Litigation (D.D.C.): Cohen Milstein is Liaison Counsel in this securities class action against Ryan Cohen, RC Ventures LLC, and Bed Bath & Beyond, alleging that Cohen, an influential activist investor and purported leader of the "meme stock" movement, manipulated the market for Bed Bath & Beyond's securities by orchestrating a massive "pump and dump" scheme, based on insider information.

### In re Silvergate Capital Corporation Securities Litigation

In re Silvergate Capital Corporation Securities Litigation (S.D. Cal.): Cohen Milstein, as Co-Lead Counsel, represents shareholders in this securities class action, alleging that Silvergate, a holding company for Silvergate Bank, a federally regulated depository and lender for major cryptocurrency platforms, including Coinbase, Genesis, and FTX, made materially false and misleading statements about the bank's compliance framework, as well as its anti-money laundering and customer identification programs. Plaintiffs also assert claims against the underwriters and Silvergate's directors and executives in connection with the sale of $1.3 billion of securities.

cohenmilstein.com

EXHIBIT D
Page 41

COHENMILSTEIN

### In Re Nike, Inc. Securities Litigation

In Re Nike, Inc. Securities Litigation (D. Or.): Cohen Milstein represents investors in a securities class action against Nike and certain directors and officers for making misstatements and omissions about the success of a key corporate strategy called "Consumer Direct Acceleration," which had the purpose and effect of propelling long-term sustainable financial growth for the benefit of Nike and its shareholders. However, when Nike's alleged fraud was finally revealed Nike's stock collapsed nearly 20%—the largest stock price drop in Nike's history, wiping out billions of dollars in shareholder value.

## Past Cases

### In re Wells Fargo & Company Securities Litigation

In re Wells Fargo & Company Securities Litigation (S.D.N.Y.): Cohen Milstein, as Co-Lead Counsel, represented Public Employees' Retirement System of Mississippi and the Employees Retirement System of Rhode Island in this securities fraud class action. Plaintiffs alleged that Wells Fargo and certain former executives misrepresented its compliance with a series of 2018 consent orders with the CFPB, OCC, and the Federal Reserve arising from the Bank's widespread consumer fraud banking scandal. On September 8, 2023, the Court granted final approval of a historic $1 billion settlement, which is the largest securities class action settlement in 2023, the sixth largest in the last decade, the ninth largest ever in the Second Circuit, and the 17th largest ever. It is also the largest settlement ever without a restatement or related actions by the Securities Exchange Commission or U.S. Department of Justice.

### Boeing Derivative Shareholder Litigation

Boeing Derivative Shareholder Litigation (N.D. Ill.): Cohen Milstein served as sole lead counsel in a federal derivative case brought by the Seafarers Pension Plan against The Boeing Company's directors and officers arising out of the 737 MAX crashes and alleging federal proxy statement violations in connection with director elections. After the case was dismissed on forum non conveniens grounds, Plaintiffs successfully argued before the U.S. Court of Appeals for the Seventh Circuit, obtaining a 2-to-1, precedent-setting decision reversing the district court's dismissal of the case based on enforcement of Boeing's forum selection bylaw. The derivative action ultimately settled on December 14, 2022, along with a companion class action January 13, 2023, which was filed by the Seafarers in Delaware Chancery Court after the district court's dismissal and challenging the bylaw under Delaware law, for corporate governance reforms valued in excess of $100 million and a $6.25 million payment by the Directors' insurers to the Company.

### FirstEnergy Shareholder Derivative Litigation

FirstEnergy Shareholder Derivative Litigation (S.D. Ohio; N.D. Ohio): Cohen Milstein represented the Massachusetts Laborers Pension Fund in two shareholder derivative actions against certain officers and directors and nominal defendant FirstEnergy related to the Company's involvement in Ohio's

cohenmilstein.com

COHENMILSTEIN

largest public bribery schemes. On August 23, 2022, the Court granted final approval of a $180 million global settlement. Law360 ranked this case as one of the top 10 securities litigation settlements in 2022.

## Pluralsight, Inc. Securities Litigation

Pluralsight, Inc. Securities Litigation (D. Utah): Cohen Milstein is sole Lead Counsel in this securities class action, alleging that Pluralsight, a provider of cloud-based and video training courses, and its senior officers misrepresented and omitted material information from investors concerning the company's sales force before a $37 million stock cash-out by Pluralsight insiders and in an over $450 million secondary public offering orchestrated by those insiders. On February 4, 2025, the court granted final approval of a $20 million settlement.

## In re GreenSky Securities Litigation

In re GreenSky Securities Litigation (S.D.N.Y.): Cohen Milstein was Co-Lead Counsel in this securities class action involving fintech company GreenSky's failure to disclose in its Initial Public Offering documents significant facts about the Company's decision to pivot away from its most profitable line of business. This failure led to its stock plummeting and causing significant investor harm. In October 2021, the Court granted final approval of a $27.5 million settlement.

## Lewis Cosby, et al. v. KPMG, LLP

Lewis Cosby et al. v. KPMG, LLP (E.D. Tenn.): As Co-Lead Counsel, Cohen Milstein settled for $35 million investors' claims that KPMG perpetuated a massive fraud by signing off on Miller Energy's $480 million valuation of Alaskan oil reserve assets that were largely worthless. The alleged fraud, plaintiffs claim, caused millions of dollars in investor damages and led to Miller Energy's bankruptcy. In July 2022, the Court granted final approval of the settlement.

## Plumbers & Pipefitters National Pension Fund v. Davis

Plumbers & Pipefitters National Pension Fund v. Davis (S.D.N.Y.): Cohen Milstein was sole Lead Counsel in this high-profile securities class action involving Performance Sports Group's failure to disclose that its purported financial success was not based on sustainable, "organic" growth as represented, but was driven by the company's manipulative and coercive sales practices, which included pulling orders forward to earlier quarters and pressuring customers to increase their orders without regard for market demand. The SEC and Canadian authorities subsequently initiated investigations, and PSG filed for bankruptcy. On November 22, 2022, the Court granted final approval of a $13 million settlement, which is in addition to the $1.15 million settlement plaintiff obtained in Performance Sports Group's 2016 bankruptcy proceedings through the prior approval of the U.S. Bankruptcy Court for the District of Delaware and the Ontario Superior Court in Canada.

cohenmilstein.com

EXHIBIT D
Page 43

COHENMILSTEIN

## BP Securities Litigation

BP Securities Litigation (S.D. Tex.): Cohen Milstein served as Co-Lead Counsel, representing the New York State Common Retirement Fund in this certified securities class action, stemming from the Deepwater Horizon oil spill. Plaintiffs allege that after the Deepwater Horizon explosion, BP and two of its senior executives misled investors about the severity of the oil spill in the Gulf of Mexico which impeded investors' ability to assess the financial implications of the spill on BP. The case settled for $175 million a few weeks before trial was set to begin. Final approval was granted in February 2017.

## Commonwealth of Pennsylvania v. International Business Machines Corp.

Commonwealth of Pennsylvania v. International Business Machines Corp. (Crt. Common Pleas, Dauphin Cnty., Penn.):  Cohen Milstein represented the Commonwealth of Pennsylvania, Department of Labor and Industry in a breach of contract dispute against IBM related to the modernization of an unemployment compensation delivery system for the Commonwealth. On August 24, 2021, the parties announced, after extensive discovery and the exchange of expert reports, that they had reached a confidential settlement.

## In re Woodbridge Investments Litigation

In re Woodbridge Investments Litigation (C.D. Cal.): Cohen Milstein is a part of the executive leadership team in a consolidated securities class action against Comerica Bank for violating California statutory law and breaching its fiduciary duties by aiding and abetting an elaborate multi-billion-dollar Ponzi-scheme fraud committed by Robert H. Shapiro and the Woodbridge Group of Companies, a real estate investment company that transacted the scheme through Comerica bank accounts. On September 3, 2021, the Court granted preliminary approval of a $54.2 million settlement between Woodbridge investors and Comerica Bank.

## In re Harman International Industries, Inc. Securities Litigation

In re Harman International Industries, Inc. Securities Litigation (D.D.C.): Cohen Milstein obtained a precedent-setting ruling by the U.S. Court of Appeals for the D.C. Circuit, reversing the dismissal of the case by the lower court, protecting investors by limiting the scope of protection afforded by the so-called "safe-harbor" for forward-looking statements in the Private Securities Litigation Reform Act of 1995.

## Countrywide Mortgage Backed Securities (MBS) Litigation

Countrywide Mortgage Backed Securities (MBS) Litigation (C.D. Cal.): Cohen Milstein represented Iowa Public Employees' Retirement System (IPERS) and other plaintiffs in a securities class action against Countrywide Financial Corporation and others for misstatements and omissions involving the packaging and sale of mortgage-backed securities (MBS). On December 5, 2013, the court granted

cohenmilstein.com

EXHIBIT D
Page 44

COHENMILSTEIN

final approval to a landmark $500 million settlement – the nation's largest MBS-federal securities class action settlement at the time and the largest (top 20) class action securities settlements of all time.

### Bear Stearns Mortgage Pass-Through Certificates Litigation

In re Bear Stearns Mortgage Pass-Through Litigation (S.D.N.Y.): Cohen Milstein, as co-lead counsel, represented the New Jersey Carpenters Health Fund, Oregon Public Employees Retirement System, and Iowa Public Employees Retirement System in a securities class action suit alleging that Bear Stearns violated securities laws in the sale of mortgage-backed securities to investors. On May 27, 2015, the court granted final approval of a landmark settlement of $505 million in cash (including a $5 million expense fund). This is the largest recovery ever obtained in a securities class action on behalf of investors in mortgage-backed securities.

### In re Lumber Liquidators Chinese-Manufactured Laminate Flooring Products Marketing, Sales Practices and Products Liability Litigation

In re Lumber Liquidators Chinese-Manufactured Laminate Flooring Products Marketing, Sales Practices and Products Liability Litigation (E.D. Va.): Cohen Milstein is co-lead counsel in a consumer class action lawsuit, alleging the nationwide retailer sold Chinese-made laminate flooring containing hazardous levels of the carcinogen formaldehyde while falsely labeling their products as meeting or exceeding California emissions standards, a story that was profiled twice on 60 Minutes in 2015. On October 9, 2018, the Court granted final approval of a $36 million settlement. Mr. McNamara was involved in all aspects of the litigation, including discovery, writing and arguing pleadings, and settlement.

### RALI MBS Litigation

RALI MBS Litigation (S.D.N.Y.): Cohen Milstein was Lead counsel in a securities class action alleging RALI and its affiliates sold shoddy MBS securities that did not meet the standards of their underwriters. In July 2015, the court granted final approval to a global settlement totaling $335 million, marking an end to a long and complicated class action that took seven years of intense litigation to resolve.

### Harborview MBS Litigation

New Jersey Carpenters Health Fund, et al., v. The Royal Bank of Scotland Group, PLC (S.D.N.Y.): Cohen Milstein was lead counsel in this a certified MBS class action against the Royal Bank of Scotland involving certain Harborview Mortgage Loan Pass-Through Certificates. On November 4, 2014, the court granted final approval a $275 million settlement. Presiding Judge Loretta A. Preska of the U.S. District Court for the Southern District of New York commended the Cohen Milstein team on a "job well done."

cohenmilstein.com

EXHIBIT D
Page 45

COHENMILSTEIN

### In re China Mediaexpress Holding, Inc. Shareholder Litigation

In re China Mediaexpress Holding, Inc. Shareholder Litigation (S.D.N.Y.): Cohen Milstein was Co-Lead Counsel in this certified securities fraud class action and represented investors against U.S. listed China Mediaexpress, one of China's largest TV advertising networks in an alleged "pump and dump" scheme. Investors further alleged that Deloitte Touche Tohmatsu, its independent auditor, misled investors about its client's financial health. In January 2014, the Court ordered a default judgment and $535 million settlement against CME and in May 2015 a $12 million settlement against DTT. The Court issued a final judgment in September 2015.

### In re Lucent Technologies Securities Litigation

In re Lucent Technologies Securities Litigation (D.N.J.): Cohen Milstein represented The Parnassus Fund, one of the co-lead plaintiffs, in this massive securities fraud class action. Allegedly, Lucent made false and misleading statements regarding its financial results and failed to disclose serious problems in its optical networking business. On December 15, 2003, the court granted final approval of a historic settlement against Lucent of $500 million in cash, stock and warrants, ranking it one of the largest securities class action settlements of all time.

cohenmilstein.com

EXHIBIT D
Page 46



# Christina D. Saler

Partner

**PHILADELPHIA**
**T** 267.479.5707
**csaler@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection | Public Client

**ADMISSIONS**

New Jersey | Pennsylvania

**EDUCATION**

Rutgers University Law School, J.D., with honors, 2003 | Fairfield University, B.A., 1995

## Overview

Christina Donato Saler focuses primarily on shareholder litigation, representing public pension funds and other institutional investors as plaintiffs in class actions against publicly traded corporations and their officers and directors for securities fraud or breaches of fiduciary duty. In recent years, Christina has expanded her representation to serving as outside counsel to state attorneys general and, in working with those state enforcement offices, has recovered over $1 billion from pharmacy benefit managers that were overcharging state funded health plans, including Medicaid plans.

Christina also advises clients on regulatory trends and legal decisions that may impact the management of their funds. In this capacity, she is the editor of the *Shareholder Advocate*, a quarterly publication focused on legal issues relevant to public and Taft-Hartley pension funds and the institutional investor community.

Prior to joining Cohen Milstein in 2017, Christina was a securities class action litigator at a nationally recognized plaintiffs law firm, where she distinguished herself as a skilled litigator and trusted client counselor of public pension funds and other institutional investors. She also has substantial trial experience prosecuting First Amendment cases involving individual plaintiffs against media defendants.

In 2023, Governor Josh Shapiro of Pennsylvania reappointed Christina to the board of the Pennsylvania Humanities, whose mission is to find ways of using the humanities to help people take action for positive change in their lives and communities, and to demonstrate this effectiveness to

cohenmilstein.com

EXHIBIT D
Page 47

leaders and organizations invested in making Pennsylvania a better place to live. Ms. Saler is a member of the executive committee and chairs the Government Advocacy Committee.

In law school, Christina was selected for the *Rutgers University Law Review* and served as the lead articles editor.

Christina started her professional career in advertising where she managed various advertising campaigns and Verizon's spokesperson contract with James Earl Jones.

## Current Cases

### In re EQT Corporation Securities Litigation

In re EQT Corporation Securities Litigation (W.D. Pa.): Cohen Milstein is Co-Lead Counsel in this securities class action, in which Plaintiffs allege that EQT misrepresented the "substantial synergies" that were expected to arise from a planned merger with rival natural gas producer Rice Energy due to "the contiguous and complementary nature of Rice's asset base with EQT's."

### In re Silvergate Capital Corporation Securities Litigation

In re Silvergate Capital Corporation Securities Litigation (S.D. Cal.): Cohen Milstein, as Co-Lead Counsel, represents shareholders in this securities class action, alleging that Silvergate Bank, a federally regulated depository and lender for major cryptocurrency platforms, including Coinbase, Genesis, and FTX, made materially false and misleading statements about the bank's compliance and anti-money laundering and customer identification programs. Plaintiffs also assert claims against Silvergate's underwriters and certain directors and executives related to the sale of $1.3 billion of securities.

### In re Orthofix Medical, Inc. Securities Litigation

In re Orthofix Medical, Inc. Securities Litigation (E.D. Tex.): Cohen Milstein, as sole Lead Counsel, represents investors in a securities fraud class action against Orthofix Medical Inc. and SeaSpine Holdings Corporation and certain senior executives for entering a merger without conducting thorough due diligence. The newly appointed CEO, CFO, and CLO of Orthofix, formerly with SeaSpine, had allegedly fostered a hostile and misogynistic workplace at SeaSpine and were defendants in a California state court gender discrimination class action, which settled in 2021 — information that was publicly available. When the market learned that Orthofix terminated the executives, the stock plummeted by more than 30%.

### Illumina Stockholder Derivative Litigation

The Pavers and Road Builders Benefit Funds v. deSouza, et al. (Del. Ch.): Cohen Milstein represents stockholders in a derivative lawsuit against the board of directors of Illumina, Inc., a biotech company, for flagrant breaches of fiduciary duty and positive law related to Illumina's $8 billion reacquisition of GRAIL, a healthcare company. Stockholders claim that the board's decision to close the merger

COHEN MILSTEIN

violated binding standstill obligations under Article 7(1) of the European Union Merger Regulation and flouted U.S. antitrust law, exposing Illumina to regulatory scrutiny and massive fines.

### Viatris Inc. Securities Litigation

In re Viatris Inc. Securities Litigation (W.D. Pa.): Cohen Milstein represents investors in a securities fraud class action against Viatris Inc., a biosimilars company, its CEO, and other directors. Viatris was formed in 2020 through a combination of Mylan, one of the world's largest generic drug makers, and Upjohn, Pfizer's off-patent brands division. After touting their business model and commitment to the biosimilars market, investors were shocked and confused by the defendants' news less than a year after the combination to sell Viatris's biosimilar business and "reshape the entire company" without an obvious or known replacement. Upon this news, Viatris's stock price plummeted by nearly 25%.

### PBM Investigations & Litigation

PBM State Investigations: Cohen Milstein serves as Special Counsel to state Attorneys General throughout the United States in their investigation into the billing practices and fee structures of managed care organizations (MCOs) and PBMs in their delivery of services to state-funded health plans.  To date, Cohen Milstein's work with Attorneys General has resulted in more than $950 million in recoveries on behalf of state Medicaid programs.

### Ohio Highway Patrol Retirement System v. Express Scripts, Inc.

Ohio Highway Patrol Retirement System v. Express Scripts, Inc. (Franklin C.P., Ohio): Cohen Milstein serves as Special Counsel to the Ohio Attorney General In this breach of contract litigation alleging that Express Scripts, Inc. overcharged HPRS on the pharmaceutical claims that Express Scripts processed as HPRS' PBM.

## Past Cases

### In re Tintri, Inc. Securities Litigation

In Re Tintri, Inc. Securities Litigation (Sup. Crt., San Mateo Cnty., Cal.): Cohen Milstein represented investors in this securities class action, alleging that Tintri made misstatements and omissions in its IPO registration statement and prospectus. On August 22, 2024, the court granted final approval of a $7 million settlement in this putative securities class action.

### In re: SanDisk LLC Securities Litigation

In re: SanDisk LLC Securities Litigation (N.D. Cal.): Cohen Milstein represented investors in this certified securities class action against SanDisk, and the company's former CEO and CFO. Plaintiffs alleged that the defendants made false and misleading statements regarding SanDisk's supposed success integrating a key corporate acquisition for its all-important enterprise solid-state drive business and

cohenmilstein.com

EXHIBIT D
Page 49

COHENMILSTEIN

the strength of SanDisk's enterprise sales team and strategy, among other things. A host of undisclosed problems with the integration and the enterprise business, however, caused SanDisk's enterprise revenue to fall, including revenue derived from the acquisition, and to badly miss internal sales forecasts. On October 23, 2019, the court granted final approval of a $50 million settlement.

### In re Woodbridge Investments Litigation

In re Woodbridge Investments Litigation (C.D. Cal.): Cohen Milstein was part of the executive leadership team in a consolidated securities class action against Comerica Bank for violating California statutory law and breaching its fiduciary duties. Plaintiffs allege that Comerica aided and abetted an elaborate multi-billion-dollar Ponzi-scheme committed by Robert H. Shapiro and the Woodbridge Group of Companies, a real estate investment company. On December 17, 2021, the Court granted final approval of a $54.2 million settlement between Woodbridge investors and Comerica Bank.

### Weiner, et al. v. Tivity Health, Inc., et al.

Eric Weiner v. Tivity Health, Inc. (M.D. Tenn.): Cohen Milstein was Class Counsel, representing Class Representative Oklahoma Firefighters' Pension and Retirement System and other purchasers of Tivity Health stock in a putative securities class action for Exchange Act violations related to Tivity's misleading the public about its relationship with United Healthcare, Inc. On October 7, 2021, the Court granted final approval of a $7.5 million settlement.

### Ohio Bureau of Workers Compensation v. OptumRx Administrative Services, LLC

Ohio Bureau of Workers Compensation v. OptumRx Administrative Services, LLC (Franklin C.P., Ohio): Cohen Milstein served as Special Counsel to the Ohio Attorney General's Office in breach of contract litigation against OptumRx Administrative Services, LLC for its allegedly overcharging BWC on certain pharmaceutical claims that OptumRx processed as BWC's PBM. On October 28, 2022, OptumRx agreed to pay the State of Ohio $15 million to settle the litigation.

### Ohio Department of Medicaid et al. v. Centene Corporation et al.

Ohio Department of Medicaid v. Centene, Corp. (Franklin C.P., Ohio): Cohen Milstein served as Special Counsel to the Ohio Attorney General's Office in this litigation. On June 14, 2021, the Ohio Attorney General announced a $88.3 million settlement with Centene Corporation and its wholly owned subsidiaries for their alleged role in not only breaching contractual and fiduciary obligations to the Ohio Department of Medicaid (ODM), but also defrauding ODM out of millions of dollars through an elaborate scheme with pharmacy benefit subcontractors to maximize company profits at the expense of the ODM and millions of Ohioans who rely on Medicaid.



# Brendan Schneiderman

Associate

**NEW YORK**
**T** 202.408.4600
**bschneiderman@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection

**ADMISSIONS**

District of Columbia

**EDUCATION**

Harvard Law School, J.D., cum laude, 2021 | Pomona College, B.A., magna cum laude, 2014

## Overview

Brendan Schneiderman, an associate in Cohen Milstein's Securities Litigation & Investor Protection practice, represents institutional and individual shareholders in derivative lawsuits and securities class actions.

He was previously a Law Fellow at the firm where he worked across practices and was involved in litigating individual and class action cases at the district and appellate levels.

During law school, Brendan participated in several legal internships, including a summer internship at Cohen Milstein. He was also the executive technical editor and article selection editor for *Harvard Civil Rights-Civil Liberties Law Review,* and a member of the People's Parity Project.

Prior to pursuing a legal career, Brendan was a consultant at an energy regulatory, economics and advocacy consulting firm.

He is in the process of applying for admission to the New York Bar and is currently working under the close supervision of the partners of the firm who are admitted to practice in New York.

## Current Cases

### In re Fox Corporation Derivative Litigation

In re Fox Corporation Derivative Litigation (Del. Ch.): Cohen Milstein is leading a shareholder derivative lawsuit representing New York City's five pension funds and the State of Oregon, by and through the

cohenmilstein.com

EXHIBIT D
Page 51

COHENMILSTEIN

Oregon State Treasurer and the Oregon Department of Justice, on behalf of the Oregon Investment Council and the Oregon Public Employee Retirement Fund, against various directors and officers of Fox Corporation, the corporate parent of Fox News Network, LLC. Plaintiffs allege that Fox News' leadership breached its fiduciary duties by adopting a business model that promoted or endorsed defamation by failing to establish systems or practices to minimize defamation risk despite the known risk of liability, including broadcasting false claims about election technology companies Dominion Voting Systems and Smartmatic USA.

### InnovAge Holding Corp. Securities Litigation

El Paso Firemen & Policemen's Pension Fund, et al. v. InnovAge Holding Corp. et al. (D. Colo.): Cohen Milstein is Class Counsel in this certified securities class action that alleges InnovAge "substantially failed" to "provide to its participants medically necessary items and services" as required by government regulation. As a result, CMS and the State of Colorado suspended enrollment at InnovAge's Colorado facilities. InnovAge's stock price declined 78% just nine months after its IPO, giving InnovAge the distinction of being one of 2021's five worst performing stocks. On June 17, 2025, the court granted preliminary approval of the parties' settlement of this action for $27 million.

### Baxter, et. al. v. Church of Scientology International

Baxter, et. al. v. Church of Scientology International (M.D. Fla.): Cohen Milstein represents plaintiffs in a human trafficking and forced labor lawsuit against David Miscavige; Church of Scientology International; Religious Technology Center, Inc.; International Association of Scientologists Administrations, Inc.; Church of Scientology Flag Service Organization, Inc.; and Church of Scientology Flag Ship Service Organization, Inc., for violations of the United States Code Chapter 77 of Title 18 and the Trafficking Victims Protection Reauthorization Act.

### Set Capital, et al. v. Credit Suisse Group AG, et al.

Set Capital, et al. v. Credit Suisse Grp. AG, et al. (S.D.N.Y.): Cohen Milstein is Co-Lead Counsel in this path-breaking securities class action alleging fraud and market manipulation of XIV Exchange Traded Notes. On March 17, 2023, the court certified one of three proposed investor classes.

### In re Silvergate Capital Corporation Securities Litigation

In re Silvergate Capital Corporation Securities Litigation (S.D. Cal.): Cohen Milstein, as Co-Lead Counsel, represents shareholders in this securities class action, alleging that Silvergate, a holding company for Silvergate Bank, a federally regulated depository and lender for major cryptocurrency platforms, including Coinbase, Genesis, and FTX, made materially false and misleading statements about the bank's compliance framework, as well as its anti-money laundering and customer identification programs. Plaintiffs also assert claims against the underwriters and Silvergate's directors and executives in connection with the sale of $1.3 billion of securities.

cohenmilstein.com

EXHIBIT D
Page 52

COHENMILSTEIN

**Lewis, et al v. Cain, et al.**

Lewis, et al v. Cain, et al. (M.D. La.): Cohen Milstein represents a certified class of more than 6,000 incarcerated individuals in a lawsuit filed against the Louisiana State Penitentiary in Angola, LA, the largest maximum-security prison in the country, and the Louisiana Department of Public Safety and Corrections for deficient and discriminatory medical care in violation of the Eighth Amendment, the Americans with Disabilities Act, and the Rehabilitation Act.

cohenmilstein.com

EXHIBIT D
Page 53

# EXHIBIT E



## GIRARD SHARP

### *Firm Resume*

Girard Sharp specializes in class actions and other complex litigation. Our clients range from individual consumers and small businesses to Fortune 100 companies and public retirement systems. We are experienced in antitrust, securities, consumer protection, products liability, privacy, and whistleblower laws. We represent our clients in class and collective actions, multidistrict litigation, and arbitrations. Since our founding in 1995, we have recovered billions in settlements and trial judgments, leveling the playing field for our clients and successfully confronting the most determined and sophisticated adversaries.

Girard Sharp is distinguished as a Tier 1 law firm for plaintiffs' mass tort and class action litigation by *Best Lawyers* and has appeared on its list of "Best Law Firms" for more than a decade. In 2023, Girard Sharp was featured in multiple practice areas in the *National Law Journal*'s Elite Trial Lawyers awards: the firm won in the Pharmaceutical Litigation category, received an honorable mention in Products Liability, and was recognized as a finalist in Antitrust, Class Actions, Consumer Protection, and Privacy/Data Breach. In 2022, *Law360* recognized Girard Sharp as Practice Group of the Year for Product Liability Litigation, and the *National Law Journal* recognized the firm for its expertise in Pharmaceutical Litigation. The *Daily Journal* awarded Girard Sharp its "Top Plaintiff Verdicts: Impact" award in 2021, and its "Top Boutiques in California" award in 2020. Girard Sharp has also been named by the *National Law Journal* to its "Plaintiffs' Hot List," a selection of top U.S. plaintiffs' firms recognized for wins in high-profile cases, and was recognized as a "2023 Plaintiff Leader" by the *Global Data Review* for work in privacy protection matters.

The firm's attorneys have been recognized as Northern California Super Lawyers and Rising Stars. Daniel Girard and Dena Sharp also have been recognized as among the "Top 100 Super Lawyers" in Northern California, and since 2020, Dena Sharp has been named one of the Top 50 Women Attorneys. Partners Dena Sharp and Jordan Elias and Senior Advisor Daniel Girard are elected members of the American Law Institute, and have been selected by their peers for inclusion in *The Best Lawyers in America*, along with several other Girard Sharp lawyers who have been recognized by *Best Lawyers* as "Ones to Watch." Additionally, *Best Lawyers* designated Dena Sharp as the 2023 "Lawyer of the Year" in San Francisco for class action litigation, and Daniel Girard as a 2013 "Lawyer of the Year." In 2023, *Law360* also recognized Dena Sharp as a "Titan of the Plaintiffs Bar," and the *National Law Journal* has honored her three times as an "Elite Woman of the Plaintiff's Bar."

### ATTORNEYS

**Partners**

| | |
|---|---|
| *Dena Sharp* | *p. 2* |
| *Adam Polk* | *p. 3* |
| *Sarah London* | *p. 4* |
| *Jordan Elias* | *p. 5* |
| *Scott Grzenczyk* | *p. 6* |
| *Simon Grille* | *p. 7* |
| *Trevor Tan* | *p. 8* |
| *Andrew Kaufman* | *P. 9* |

**Senior Advisor and Of Counsel**

| | |
|---|---|
| *Daniel Girard* | *p. 9* |

**Associates**

| | |
|---|---|
| *Mikaela Bock* | *p. 10* |
| *Samhita Collur* | *p. 10* |
| *Reid Gaa* | *p. 10* |
| *Erika Garcia* | *p. 11* |
| *Nina Gliozzo* | *p. 11* |
| *Sean Greene* | *p. 12* |
| *Jordan Isern* | *p. 12* |
| *Patrick Johnson* | *p. 12* |
| *Maya Kalonia* | *p. 13* |
| *Kristen Palumbo* | *p. 13* |
| *Kyle Quackenbush* | *p. 13* |
| *Tony Rogari* | *p. 14* |
| *Peter Touschner* | *p. 14* |
| *Isabel Velez* | *p. 15* |

### SIGNIFICANT RECOVERIES

| | |
|---|---|
| *Antitrust* | *p. 15* |
| *Securities and Financial Fraud* | *p. 16* |
| *Deceptive Trade Practices* | *p. 19* |
| *Defective Products* | *p. 21* |
| *Privacy Violations* | *p. 23* |
| *Insurance and Other Consumer Protection Matters* | *p. 26* |
| *Women's Advocacy, Fertility, and Sexual Abuse* | *p. 28* |
| *Mass Tort* | *p. 29* |
| *Government Reform* | *p. 29* |

## ATTORNEYS

## Partners



**Dena Sharp** is dedicated to finding common-sense solutions in even the most complex litigation. She recently served as co-lead counsel in the *In re Juul Labs Inc.* multidistrict litigation, which resulted in recoveries of nearly $2 billion for individual consumers, school districts, municipalities, and Native American tribes. The last of the *Juul* settlements—for $235 million with Altria (formerly Philip Morris)—was reached after Dena and her co-lead trial counsel rested the plaintiff's case in a bellwether jury trial against the tobacco giant.

Dena currently serves as co-lead counsel in *In re Xyrem Antitrust Litigation* and *In re Google Digital Advertising Antitrust Litigation*, as well as in leadership positions in various life sciences and statutory damage matters. She also serves as a member of the End-Payer Steering Committee in the massive *In re Generic Pharmaceuticals Pricing Antitrust Litigation*. Dena previously led a team to a $104.75 million recovery on the eve of trial in a certified "pay-for-delay" antitrust class action concerning the drug Lidoderm, which delivered the largest recovery for a class of end-payers in similar federal litigation in more than decade.

Dena tries cutting-edge cases. In a first-of-its-kind jury trial in 2021, Dena and team represented clients whose eggs and embryos were in a freezer tank at a fertility clinic that failed. After a three-week trial, the jury returned a $15 million verdict for the plaintiffs, leading to a global resolution with the tank manufacturer for the dozens of households represented by Girard Sharp.

Outside the courtroom, Dena chairs the board of directors of the Impact Fund, a public interest nonprofit. She is an elected member of the American Law Institute, sits on the board of advisors for the Center for Litigation and the Courts at the UC College of the Law, San Francisco, and serves on the executive committee of the local chapter of the Federal Bar Association. Dena co-wrote a chapter in the ABA's "Class Action Strategy and Practice Guide," and the widely-cited *Sedona Principles: Best Practices and Principles for Electronic Document Production (Third Edition).* She is the immediate past co-chair for the Northern District of California's Lawyer Representatives to the Ninth Circuit Judicial Council.

Dena was recognized as the 2023 and 2025 "Lawyer of the Year" in San Francisco for Plaintiffs' Mass Tort / Class Action Litigation by *Best Lawyers in America*, and selected as a "Titan of the Plaintiffs' Bar" by *Law360* in April 2023. Dena has three times been named to the *National Law Journal*'s "Elite Women of the Plaintiffs' Bar," honoring her as one of only a handful of lawyers nationwide who has "consistently excelled in high-stakes matters on behalf of plaintiffs." The *Daily Journal* has also recognized her as one of the "Top Antitrust Lawyers in California" and "Top Women Lawyers" in California. In 2023, Dena was selected as one of the Top 100 Super Lawyers in Northern California, and since 2020 she has been recognized by *San Francisco* magazine as one of the "Top 50 Women Attorneys in Northern California." Dena is a graduate, *cum laude*, of the University of California College of the Law, San Francisco, and earned her undergraduate degree from Brown University, where she graduated *magna cum laude*. A first-generation American, Dena is fluent in Spanish and German.



**Adam Polk's** experience spans all aspects of civil litigation, from initial case investigation and complaint preparation through trial and settlement. Respected among his peers for his leadership, preparation, and client-centered decision-making, Adam's practice encompasses a range of class action matters, including products liability, consumer finance, securities, antitrust, corporate governance, life science, and sexual abuse.

Adam currently serves as co-lead counsel in *In re Hewlett Packard Enterprise Co. Shareholder Litigation* (a securities case alleging Hewlett Packard misled investors when it merged with Computer Science Corporation Inc. to form DXC Technology Company); *In re Accellion Data Breach Litigation* (litigation following a data breach incident involving the theft of sensitive information in files loaded to Accellion's File Transfer Appliance system); *In re Huntington Bancshares Inc. Shareholder Litigation* (alleging violations of the Securities Act of 1933); and *In re MCG Health Data Security Issue Litigation* (centering on alleged exfiltration of personal health information). He also serves on the leadership teams in *In re Consumer Vehicle Driving Data Tracking Collection*, *In re Change Healthcare, Inc. Customer Data Security Breach Litigation*, *In re PFA Insurance Marketing Litigation*, *In re Allergan Biocell Textured Breast Implant Products Liability Litigation*, and *In re Philips Recalled CPAP, Bi-Level Pap, and Mechanical Ventilator Products Litigation*.

Recently, Adam served as a key member of the trial team in *In re Pacific Fertility Center Litigation*. In a landmark result, the jury awarded approximately $15 million for the loss of four families' eggs and embryos. A global resolution with the tank manufacturer followed for the dozens of households represented by Girard Sharp.

Adam has taken a leading role in several recent cases that resolved favorably for his clients, including *In re Maxar Technologies Inc. Shareholder Litigation* (a Securities Act case that resolved for $36.5 million); *In re Subaru Battery Drain Litigation* (a consumer protection action concerning defective batteries in Subaru vehicles); *Bentley v. LG Electronics U.S.A., Inc.* and *Sosenko v. LG Electronics U.S.A., Inc.* (class actions alleging that LG's refrigerators are defective and prone to premature failure); *In re Nexus 6P Products Liability Litigation* and *Weeks v. Google LLC* (two consumer class actions against Google relating to defective mobile phones, which resolved for a combined $17 million); and *In re Sears Holdings Corporation Stockholder and Derivative Litigation* ($40 million settlement).

Adam is active in the American Bar Association, where he serves as the current co-chair of the ABA's National Institute on Class Actions and co-chair of the Virtual Programming Board. He also serves as a leader of the American Association for Justice's Class Action Litigation Section.

Adam has been recognized as a National Trial Lawyers "Top 40 Under 40" every year since 2019. Adam was also named to *Best Lawyers*' "Ones to Watch" list in 2021 and 2022, and honored in 2022 as a "Rising Star of the Plaintiffs Bar" by the *National Law Journal*. In 2023, he was named one *Lawdragon*'s "500 Leading Consumer Plaintiff Lawyers." He has been selected by his peers as a Northern California Super Lawyer, Rising Star every year since 2013.

**Sarah London** is a skilled and experienced trial lawyer who is relentless in her pursuit of justice. She is a trusted advocate routinely appointed by courts to lead high-profile, complex cases of significant public and societal importance.



Sarah currently serves as Co-Lead and Liaison Counsel in the multidistrict litigation against Uber on behalf of passengers who were sexually assaulted by drivers. The lawsuits claim that Uber has long been aware of the risk and prevalence of sexual assault on its platform but has continued to market it as safe and failed to protect its passengers.

In line with her passion for women's advocacy, Sarah is an innovator in cases involving failures in the fertility industry. She has taken on genetic testing companies and IVF product manufacturers for the loss of eggs and embryos, including in litigation involving a cryopreservation tank failure at a fertility clinic in San Francisco, which resulted in a historic trial verdict.

Sarah also advocates for those harmed by vaping and tobacco companies. She cut her teeth litigating and managing more than 3,000 cases brought on behalf of smokers and their families, ultimately leading to an unprecedented $100 million settlement. More recently, she served as Co-Lead and Liaison Counsel in the Juul multidistrict litigation, leading a team of more than 65 law firms across more than 7,000 lawsuits alleging that the marketing, design, and distribution of the Juul e-cigarette caused a youth vaping epidemic. Sarah led the litigation to resolution in less than two and a half years. She also represents families against Stiiizy, Inc., bringing groundbreaking product liability claims arising from youth-oriented marketing, deceptive advertising, and unreasonably dangerous high-potency THC cannabis products.

Also an experienced advocate for those injured by unreasonably dangerous drugs and medical devices, Sarah was appointed to serve on the Plaintiffs' Executive Committee in the Gilead HIV Drug Kidney & Bone Injuries Litigation in San Francisco Superior Court, involving claims that Gilead withheld a safer alternative HIV drug from the market to protect its profits over patient safety. She has litigated and successfully resolved hundreds of claims involving defective transvaginal mesh and hidden dangers in heavily promoted birth control products.

A highly sought after speaker and lecturer, Sarah has spoken at numerous bench and bar events, including conferences and panels sponsored by the Federal Bar Association, the Judicial Panel on Multidistrict Litigation, Northern District of California Lawyer Representatives, American Bar Association, American Association for Justice, Trial Lawyers of Mass Torts, Harris Martin, Mass Torts Made Perfect, Bar Association of San Francisco, Consumer Attorneys of California, and the San Francisco Trial Lawyers Association.

Sarah has held multiple leadership positions in the Consumer Attorneys of California, including her current position as Treasurer on the Executive Committee. In September 2019, Sarah was appointed Chair of the Resource Board of the National Association of Women Judges. When she's not practicing law, Sarah enjoys hiking, traveling, and dancing in the living room with her family.

**Jordan Elias** has pursued civil claims against oil and tobacco companies, price-fixing cartels, pharmaceutical companies and the nation's largest banks.



Jordan argued the first substantive motion in the digital advertising monopoly litigation against Google. He was the primary author of the plaintiffs' briefs in the California Supreme Court in the Cipro "pay-for-delay" antitrust case, and led the appeal in *In re U.S. Office of Personnel Management Data Security Breach Litigation*, 928 F.3d 42 (D.C. Cir. 2019), where the court reversed the dismissal of a case brought on behalf of 22 million federal government employees and job applicants whose sensitive private information was hacked. Federal judges have described his advocacy as "very thorough" and "clearly in the public interest."

Jordan has been recognized by his peers for inclusion in *The Best Lawyers in America*. A former chief arbitrator for the San Francisco Bar Association's attorney fee disputes program, he received a California Lawyer Attorney of the Year (CLAY) award in 2016 and has been recognized as a Northern California Super Lawyer, Appellate, since 2014.

Jordan's writing and expertise are not limited to case work. He authored the Supreme Court chapter, and co-authored the Ninth Circuit chapter, in the American Bar Association's authoritative *Survey of Federal Class Action Law*. For several years he has been responsible for the chapter on antitrust standing, causation, and remedies in *California State Antitrust and Unfair Competition Law* (Matthew Bender). Jordan also co-authored the chapter on CAFA exceptions in both the 2013 and 2022 editions of *The Class Action Fairness Act: Law and Strategy*, an ABA book.

Jordan's law review articles include *The Multistate Problem in Consumer Class Actions and Three Solutions*, 17 Harvard Law & Policy Rev. 101 (2023), *Course Correction—Data Breach as Invasion of Privacy*, 69 Baylor L. Rev. 574 (2018), and *"More Than Tangential": When Does the Public Have a Right to Access Judicial Records?*, 29 Journal of Law & Policy 367 (2021). His bar journal articles include "Antitrust Restoration from California Anchored by a New Monopolization Synthesis," Vol. 33 No. 1 *Competition: J. Anti. & Unfair Comp. L. Sec. St. B. Cal* 34 (Spring/Summer 2023), "Does *Bristol-Myers Squibb Co. v. Superior Court* Apply to Class Actions?" *ABA Section of Litigation, Class Actions & Derivative Suits* (Feb. 25, 2020) (co-author), "Tilting at Windmills: Nationwide Class Settlements after *In re Hyundai and Kia Fuel Economy Litigation*," *ABA Section of Litigation, Class Actions & Derivative Suits* (Feb. 28, 2018) (co-author), and *Putting* Cipro *Meat on* Actavis *Bones*, Vol. 24 No. 2 *Competition: J. Anti. & Unfair Comp. L. Sec. St. B. Cal.* 1 (2015). He has filed friend-of-the-court briefs representing legal scholars, the American Independent Business Alliance, and the League of Women Voters. In 2017 he was elected to the American Law Institute.

Jordan is a native Californian who attended Harvard-Westlake School in Los Angeles. After earning his J.D. from Stanford Law School, where he served on the law review, Jordan clerked for the late Ninth Circuit Judge Cynthia Holcomb Hall. At Yale College he was an all-Ivy League sprinter and received the Field Prize for best dissertation or senior thesis in the humanities.



**Scott Grzenczyk** is a partner at Girard Sharp with wide-ranging experience in complex litigation. He has served as a member of leadership teams that have recovered billions of dollars on behalf of plaintiffs. Scott brings a tireless work ethic and a practical, results-oriented approach to his cases, believing that the best results are achieved by looking at each case holistically and using creative strategies to overcome challenges. He has successfully applied this thoughtful, dedicated approach to representing clients in antitrust and consumer protection matters, among others.

For nearly a decade, Scott has represented union health and welfare funds in cases alleging that large, multinational drug companies illegally inflated the price of prescription drugs. He has developed an in-depth knowledge of the pharmaceutical industry and the unique challenges that come with prosecuting antitrust claims against drug companies, which has helped him achieve precedent-setting recoveries, including a $104.75 million settlement shortly before trial in a case concerning the prescription drug Lidoderm. He plays a central role in the end-payors' efforts in *In re Generic Pharmaceuticals Antitrust Litigation* and *In re Xyrem Antitrust Litigation,* as well as the recently-settled *In re Restasis Antitrust Litigation,* in which he led the end-payors' successful bid to obtain class certification. Scott is also a key member of the co-lead counsel teams in antitrust cases outside of the pharmaceutical industry, including *In re Google Digital Advertising Antitrust Litigation* and *In re California Gasoline Spot Market Antitrust Litigation.*

Scott has a track record of successfully representing consumers in cases involving fraud and unfair business practices. He was an integral member of the co-lead counsel team in *In re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation*, and took primary responsibility for legal briefing and discovery related to the plaintiffs' class action claims. After certification of nationwide and California classes, the class action settled for $300 million. Scott served as co-lead counsel for policyowners alleging that Lincoln National increased premiums in violation of the policy terms. The litigation—including a coordinated proceeding involving other policyowners—settled for $117.5 million. Scott led the firm's litigation efforts in a class action filed by native inhabitants of Guam bringing due process and equal protection claims against the government of Guam. During law school, he successfully argued a precedent-setting immigration case before the U.S. Court of Appeals for the Ninth Circuit. Scott also volunteers with the Federal Pro Bono Project of the Bar Association of San Francisco, including having represented a plaintiff who alleges the San Francisco Zen Center discriminated against him on the basis of his disability in violation of the Americans with Disabilities Act.

In addition to his work in the courts, Scott serves as Vice-Chair of the Civil Procedure and Practice Committee of the American Bar Association's Antitrust Section. He regularly speaks and writes on discovery, expert witness, and antitrust issues. In 2024, Lawdragon recognized Scott as one of the "500 Leading Plaintiff Financial Lawyers" and in 2023 the *Daily Journal* named him as one of the "Top Antitrust Lawyers in California." In 2020, he received the American Antitrust Institute's Outstanding Litigation Achievement by a Young Lawyer. He has been named to *Best Lawyers*' "Ones to Watch" list every year since 2021 (including in the categories of antitrust, class actions, and products liability in 2024), and has been selected as a Rising Star in Northern California by Super Lawyers since 2013.



**Simon Grille** is a partner at Girard Sharp, representing plaintiffs in all forms of class and complex litigation. He has taken a lead role in consumer class actions against some of the largest companies in the world and has recovered tens of millions of dollars for the firm's clients.

Simon has substantial experience in all aspects of civil litigation. In *In re MacBook Keyboard Litigation*, No. 5:18-CV-02813-EJD, 2021 WL 1250378 (N.D. Cal. Apr. 5, 2021), Simon led the firm's successful efforts in certifying a multistate class, withstanding sophisticated challenges to Plaintiffs' experts and a Rule 23(f) petition, and securing a $50 million settlement on behalf of purchasers of MacBook laptops with ultrathin "butterfly" keyboards. He served on the lead counsel team in *Bentley v. LG Electronics U.S.A., Inc.* and *Sosenko v. LG Electronics U.S.A., Inc.* (settlement providing multi-thousand dollar recoveries to class members who purchased allegedly defective LG refrigerators); and in *In re Nexus 6P Products Liability Litigation* and *Weeks v. Google LLC* (two consumer class actions against Google relating to defective mobile phones, which resolved for a combined $17 million).

Simon also has significant experience in the area of privacy litigation. He was appointed lead counsel in *Ochoa et al. v. The Regents of the Univ. of Cal. et al.*, No. RG21097796 (Cal. Super. Ct., Alameda Cnty.), a case brought on behalf of victims of a data breach affecting the University of California. He has also played an integral role on the lead counsel team in *In re U.S. Office of Personnel Management Data Security Breach Litigation*, 928 F.3d 42 (D.C. Cir. 2019), which settled for $63 million and will compensate federal employees and job applicants whose highly sensitive personnel files were exposed in a 2015 data breach. Simon also served on the plaintiffs' executive committees in *In re Experian Data Breach Litigation*, No. 8:15-cv-01592-AG (C.D. Cal.), and *In re 21st Century Oncology Customer Data Security Breach Litigation*, 380 F. Supp. 3d 1243 (M.D. Fla.), which resulted in settlements valued in excess of $39 million and $12.5 million, respectively. Simon's latest efforts in protecting Americans' privacy in the digital age include leading the firm's Video Privacy Protection and Wiretap cases, against such companies as Patreon, Rakuten Viki, Fandom, and Prudential Financial. In addition, he has successfully led several cases under the Telephone Consumer Protection Act. Simon welcomes the challenges of complex civil litigation, approaching each case with a creative problem-solving approach and an unwavering commitment to obtaining the best possible outcome for his clients.

Simon was recognized as a 2023 "Top 40 under 40" Lawyer by The Daily Journal and has been included repeatedly on the "Super Lawyers: Rising Stars" and "Best Lawyers: Ones to Watch" lists. He regularly speaks on panels regarding complex litigation at national conferences and national webinars. He was editor of the American Association for Justice's Class Action Newsletter and served as a volunteer fee arbitrator for the Bar Association of San Francisco.

Before joining Girard Sharp, Simon represented victims of toxic exposure in complex civil litigation. He also has experience working in-house at a multinational company and as an extern for the Honorable Arthur S. Weissbrodt of the United States Bankruptcy Court for the Northern District of California.



**Trevor Tan** focuses on consumer protection class actions and other complex civil litigation, specializing in legal research and writing. He has been honored as a Rising Star by Super Lawyers since 2019 and appears on *Best Lawyers*' "Ones to Watch" list.

Trevor has considerable experience working in judicial chambers. Before joining Girard Sharp, he clerked for the Honorable Fernando M. Olguin of the U.S. District Court for the Central District of California. Trevor also clerked for Judges of the Los Angeles County Superior Court and the court's Appellate Division, and served as an extern for the Honorable George H. Wu in the Central District of California.

Trevor received his J.D. from the University of Chicago Law School. During law school, in addition to serving as a judicial extern, he served as a law clerk with the Illinois Attorney General. He also served as a child advocate with the school's immigrant child advocacy clinic and worked on behalf of immigrant children from China. After law school, Trevor represented unaccompanied minors in removal proceedings as a fellow at the Young Center for Immigrant Children's Rights.



**Andrew Kaufman** is a skilled and polished writer and oral advocate with ten years of experience representing plaintiffs in complex mass torts and class actions. He currently serves as Co-Chair of the Law & Briefing Committee in the multidistrict litigation against Uber on behalf of passengers sexually assaulted by drivers. Previously, Mr. Kaufman was co-lead of Law & Briefing for the bellwether team in the Juul multidistrict litigation that tried a school district case against Altria (the parent company of Philip Morris), resulting in a $235 million settlement after the plaintiff rested its case. He also led the briefing teams defending several historic verdicts on behalf of smokers in the Florida Engle litigation. He represented injured municipalities, native American tribal entities, and third-party payors in the McKinsey opioid litigation, including navigating complex issues of preclusion and municipal authority, resulting in nationwide settlements. He played key roles in landmark class actions, including serving as class counsel in the Kona coffee litigation that protected the hardworking farmers of the Kona region of Hawaii by prosecuting Lanham Act claims against alleged manufacturers and sellers of fake Kona coffee. Before joining Girard Sharp, Mr. Kaufman was a partner at a national Plaintiffs' firm and clerked on the Sixth Circuit and the District of Columbia Court of Appeals.

## Senior Advisor and Of Counsel



**Daniel Girard** founded the firm in 1995 to offer dedicated, professional representation to everyday Americans. Dan believes that individuals who work hard and play by the rules deserve the same focused, skillful representation enjoyed by corporations, banks, and insurance companies. Under Dan's leadership, Girard Sharp has become one of the most respected and experienced class action law firms in the United States, consistently delivering outstanding results in challenging cases.

Dan has been appointed by federal courts to lead class actions brought under a range of federal and state laws, often involving investments and consumer financial services matters. Dan currently serves as lead counsel in the *GWG Holdings Securities Litigation* in the Northern District of Texas, the *Wells Fargo J&J Investments Litigation* in the District of Nevada and the *PFA Insurance Marketing Litigation* in the Northern District of California. He recently served as counsel for investors in the Woodbridge Investments, Jay Peak EB-5 Investments, Peregrine Financial Group and Provident Royalties cases, all of which involved parallel bankruptcy and criminal or regulatory proceedings against investment promoters. He has led successful class actions in such areas as securities, corporate governance, telecommunications, unfair competition, federal statutory rights, predatory lending, sexual abuse, product liability, and constitutional law.

In addition to individuals, Dan's past and present clients include municipal and state employee retirement systems, public employee unions, financial institutions, property and casualty insurers, and NYSE companies.

Dan has been privileged to serve the federal court system through his work on federal rulemaking committees. He was appointed by Chief Justice William H. Rehnquist to the United States Judicial Conference Advisory Committee on Civil Rules in 2004 and served on the Civil Rules Committee through 2010. Chief Justice John G. Roberts appointed Dan to the Standing Committee on Rules of Practice and Procedure in 2015 and reappointed him to a second term in 2018. Dan's article, "Limiting Evasive Discovery: A Proposal for Three Cost-Saving Amendments to the Federal Rules," 87 Denver University Law Review 473 (2010), proposed several rule amendments that were ultimately adopted in Federal Rule of Civil Procedure 34(b)(2).

Dan serves as a member of the Council of the American Law Institute, where he chairs the Audit Committee and serves on the Membership and Development Committees. He has been recognized in *The Best Lawyers in America* since 2012, and as a Northern California Super Lawyer since 2007. He is a longstanding member of the American Bar Association, Section on Business Law, Corporate and Business Litigation Committee.

## Associates

**Mikaela Bock** advocates for injured consumers and other purchasers in complex civil litigation, including the *California Gasoline Spot Market Antitrust Litigation*, an antitrust case alleging illicit manipulation of the spot market for gasoline in California. She also represents advertisers suing Google for monopolizing online advertising markets and consumers whose credit was inaccurately reported by Equifax. In addition, Mikaela plays a central role in the firm's ongoing case against Natera, a provider of prenatal screening tests that plaintiffs allege are unreliable and inaccurate. She has also volunteered with the Federal Pro Bono Project of the Bar Association of San Francisco.



During law school, Mikaela externed in the Northern District of California and was the national champion of the Evan A. Evans Constitutional Law Moot Court Competition. She previously worked for Teach for America, teaching seventh graders in East Palo Alto, California.

**Samhita Collur** advocates for plaintiffs in class actions and other complex civil litigation.

Samhita earned her J.D., *cum laude*, from the University of Wisconsin Law School. During law school, she interned for Justice Jill Karofsky of the Wisconsin Supreme Court. She also served as a member of the Moot Court Board and was awarded Best Oral Advocate for her performance at the Seigenthaler Sutherland First Amendment Moot Court Competition. As part of her law school's immigration clinic, Samhita also represented immigrants seeking humanitarian relief.



Before law school, Samhita worked as a Program Manager for a community-based nonprofit organization in San Francisco offering accessible financial services.

**Reid Gaa** focuses on complex civil litigation, including consumer protection and digital privacy matters. Reid has participated in nearly all phases of litigation, including drafting pleadings, coordinating document discovery, preparing dispositive motions, and taking and defending depositions. Before joining Girard Sharp, Reid litigated complex civil cases at a plaintiff-focused boutique firm and represented retailer defendants at an *Am Law* Top 100 law firm.



Reid earned his J.D., *cum laude*, from the University of California College of the Law, San Francisco. While in law school, Reid served as a member of the Moot Court Student Board and as a teaching assistant for the Legal Writing and Research Department. He also competed in several moot court competitions, receiving an award as co-author of the best brief at the Chicago Bar Association competition. Reid was named to the Northern California Super Lawyers "Rising

Stars" list in 2023.

**Erika Garcia** handles complex e-discovery matters for the firm.



Before joining Girard Sharp, Erika worked at a large international law firm with a focus on class action and commercial litigation as well as regulatory investigations. She has negotiated and drafted numerous confidentiality agreements in the mergers and acquisitions setting.

Erika is fluent in Spanish and previously served as a volunteer advocate in Ecuador for refugees from other Latin American countries.

Erika received her J.D. from the University of California College of the Law, San Francisco. She is admitted to practice in California and New York.

**Nina Gliozzo** represents plaintiffs in complex litigation, with an emphasis on consumer and fertility-related litigation. Nina has played a central role on the trial teams in high-profile cases. In the *Pacific Fertility* trial, which resulted in a precedent-setting $15 million jury verdict against the manufacturer of a malfunctioned storage tank at an IVF clinic, Nina took the direct examinations of women and couples whose frozen eggs and embryos were lost in the tank failure. In the *JUUL* MDL, Nina played an integral role throughout the case, developing claims against key defendants, conducting discovery, working to obtain class certification, defending the certification order on appeal, and helping to prepare cases for trial. Following a global settlement with Juul and other defendants, Nina was a key trial team member in the first bellwether case against Altria (formerly Philip Morris). Altria settled after the plaintiff rested its case, bringing the total settlements to nearly $2 billion. She also plays



a central role in the firm's work in the *Prudential* wiretapping case, as well as several ongoing confidential fertility matters.

Before joining Girard Sharp, Nina clerked for the Honorable Marsha S. Berzon of the U.S. Court of Appeals for the Ninth Circuit. She earned her J.D., *magna cum laude*, from the University of California College of the Law, San Francisco. During law school she externed for the Honorable Charles R. Breyer, U.S. District Judge for the Northern District of California. She presently serves on the Advisory Committee for the Complex Litigation Ethics Conference. While she was in law school, Nina also served as Executive Symposium Editor for the *Hastings Law Journal,* organizing a symposium featuring a conversation with former Supreme Court Justice Anthony M. Kennedy.

Nina was recognized as a Northern California Super Lawyers "Rising Star" in 2023.

**Sean Greene** brings his experience in insurance defense to his representation of investors and policyholders at Girard Sharp. His current work includes representing investors in the *GWG Holdings Securities Litigation* in the Northern District of Texas and policyholders in the *PFA Insurance Marketing Litigation* in the Northern District of California.



Sean attended the University of California College of the Law, San Francisco, where he earned Moot Court Honorable Mention in Oral Advocacy and served an officer of the Hastings Health Law Organization. Before law school, he gained extensive knowledge of insurance from working on public health initiatives to provide health care to underprivileged schoolchildren in Northeast Pennsylvania.

**Jordan Isern** advocates for plaintiffs in class actions and other complex litigation, with a focus on antitrust. Jordan is a graduate of Harvard Law School. There, she served as Executive Technical Editor of the *Civil Rights–Civil Liberties Law Review* and published several articles for the *Covid-19 and the Law Series Blog*.



Before joining Girard Sharp, Jordan worked for the Department of Justice, Antitrust Division and externed for the Honorable Michael Baylson of the Eastern District of Pennsylvania. She also interned at several nonprofit legal organizations, including the Asian American Legal Defense and Education Fund and the Pennsylvania Innocence Project.

Outside the courtroom, Jordan is an avid outdoor enthusiast. She enjoys rock climbing and has backpacked parts of the Appalachian, Continental Divide, and Pacific Crest trails.

**Patrick Johnson** brings his federal civil litigation experience to bear for his clients in class actions and other complex civil litigation. His primary focus is on consumer protection, securities, and antitrust.



Before joining Girard Sharp, Patrick clerked for Magistrate Judge Laurel Beeler of the Northern District of California. He also litigated at an Am Law Top 100 law firm practicing complex commercial litigation and white-collar investigations.

Patrick earned his J.D. from the University of California, Berkeley, School of Law. In addition to his coursework, Patrick interned for the U.S. Department of State and was a judicial extern for the Supreme Court of California, working under Associate Justice Ming W. Chin. He also competed in several mock trial competitions, including winning the Western Division of the National Trial Competition. Patrick continues to coach Berkeley Law mock trial teams in his free time.

Patrick has also volunteered with the Federal Pro Bono Project of the San Francisco Bar Association, representing a plaintiff who alleged the City of Hayward discriminated against him in violation of the Americans with Disabilities Act.



**Maya Kalonia** advocates for plaintiffs in class actions and other complex litigation. Maya earned her J.D. from the University of California, Berkeley, School of Law. In addition to her coursework, Maya interned for the California Attorney General's Consumer Protection Section and the Federal Trade Commission. Maya also participated in Berkeley Law's Consumer Justice Clinic with the East Bay Community Law Center.

Before attending law school, Maya was a policy advisor for United States Senator Richard Blumenthal in Washington, D.C. Maya handled consumer protection policy matters for the Senator in his capacity as Ranking Member of the Senate Commerce Subcommittee on Consumer Protection.



**Kristen Palumbo** is an experienced litigator who focuses her practice on antitrust cases, class actions and other high-stakes complex commercial litigation.  Kristen is experienced in all phases of litigation, including pre-filing investigations, fact discovery, document review, expert discovery, motion practice, settlement and trial.  She has received favorable results  for her clients across a wide range of industries and technologies, including energy, accounting, consumer electronics, microprocessors, flash memory and data storage systems, biometric authorization and payment solutions, enterprise software and support services.  Kristen has also represented pro bono clients in a variety of matters, primarily focused on prisoner's rights.

Before joining the firm, Kristen was an antitrust and commercial litigator at two international law firms, where she chaired the firms' San Francisco Pro Bono and Charitable Giving Committees and served on the firms' Diversity and Hiring Committees.

**Kyle Quackenbush** prosecutes class actions and other complex civil litigation. He has participated in all stages of litigation, including drafting pleadings, coordinating document discovery, taking depositions, preparing dispositive motions, and trial. Kyle currently contributes to the Girard Sharp co-lead counsel team in *In re California Gasoline Spot Market Antitrust Litigation* (litigation stemming from alleged manipulation of a benchmark price for gasoline sold in California), *In re In re Accellion Data Breach Litigation* (litigation following a data breach incident involving the theft of sensitive information); *In re JUUL Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation*, No. 19-md-02913-WHO (N.D. Cal.) (litigation concerning the vaping epidemic, which delivered nearly $2 billion in recoveries for the plaintiffs); and *In re Natera Prenatal Testing Litigation* (litigation alleging seller of prenatal tests omitted information concerning the test's accuracy).

*GIRARD SHARP FIRM RESUME*                                          EXHIBIT E*Page 13*

Kyle has volunteered for the Federal Pro Bono Project of the Bar Association of San Francisco since receiving his bar license, engaging in full and limited scope representation of plaintiffs. During law school, Kyle was a Summer Honors Legal Intern at the Federal Trade Commission's San Francisco office, and a Legal Extern at the Washington State Attorney General's Office. While at the FTC, he co-authored *The Efficiencies Defenestration, Are Regulators Throwing Valid Healthcare Efficiencies Out The Window?*, published in the winter 2017 issue of the Journal of the Antitrust and Unfair Competition Law Section of the California Lawyers Association.

In addition to his membership in the American Bar Association and the Bar Association of San Francisco, Kyle participates in the Barristers Association of San Francisco, working to provide information and resources to lawyers in their first ten years of practice. In 2023, *Lawdragon* named Kyle as among the Lawdragon 500 X – The Next Generation. Kyle has also been selected by his peers as a Northern California Super Lawyer "Rising Star" each year since 2020.

**Tony Rogari** focuses on complex civil litigation, including consumer digital privacy litigation.



Tony earned his J.D. from the University of California, Davis School of Law. During law school, he served as a Senior Online Editor for the *UC Davis Law Review* and published his student Note, *Consolidating Charter City Elections: An Argument for Extending the California Voter Participation Rights Act*. Tony also was a Training Chair for the trial practice program and competed in several mock trial competitions. In addition, he participated in the school's Civil Rights Clinic as a student advocate working on prisoner law cases.

**Peter Touschner** handles complex class action discovery matters for the firm. Before joining Girard Sharp, Peter represented class members harmed by Volkswagen's emissions-related fraud, as well as insureds who were charged inflated premiums due to the anticompetitive practices of a hospital conglomerate.



Peter previously worked as a Research Attorney at the Center for Democracy and Technology, where he investigated deceptive online advertising practices and evaluated proposed cybersecurity legislation. During law school, Peter externed for U.S. District Judge Charles R. Breyer and served as Senior Articles Editor for the *Hastings Science and Technology Law Journal*.

**Isabel Velez** advocates for plaintiffs in class actions and other complex civil litigation.



Isa earned her J.D., magna cum laude, from the University of California College of the Law, San Francisco, where she also concentrated in Social Justice Lawyering.  During law school, she advocated for workers' rights though participating in two UC Law clinics, where she provided legal advice to low wage workers and represented a client in a wage and hour claim.

## Favorable Outcomes and Significant Recoveries

### Antitrust

*In re Lidoderm Antitrust Litigation*, No. 14-md-02521 (N.D. Cal.). Girard Sharp lawyers were appointed co-lead counsel in a class action on behalf of end-purchasers of the prescription drug Lidoderm who alleged that two drug companies, Endo Pharmaceuticals and Teikoku Pharma, unlawfully paid a third, Watson Pharmaceuticals, to delay the launch of more affordable generic Lidocaine patches. The firm secured a $104.75 million settlement on the eve of trial. The court wrote that "Class counsel provided their clients with diligent and skilled representation in this matter" and "their efforts produced substantial benefits for the End-Payor Class."

*In re Restasis Antitrust Litigation,* No. 1:18-md-02819 (E.D.N.Y.). Girard Sharp serves as co-lead counsel in this indirect purchaser class action alleging suppression of generic competition to the dry-eye prescription drug Restasis. The plaintiffs alleged that Allergan fended off more affordable generic alternatives through a multifaceted scheme; among other conduct, Allergan sold Restasis patent rights to the St. Regis Mohawk Tribe, which licensed them back to Allergan, which then invoked tribal sovereign immunity in response to a patent challenge. After certifying a class of consumers and third-party payors, Girard Sharp helped secure a $30 million settlement, which was granted final approval in August 2022. The Honorable Nina Gershon found that Girard Sharp and its co-counsel were "extremely qualified and able to represent the certified class" and "extremely experienced in litigating pharmaceutical antitrust cases on behalf of end-payors. During their court appearances before me and in their written submissions, they were thorough, diligent, and professional as they prosecuted this complex, discovery-intensive, and expert-dependent action. In addition to opposing, with nearly complete success, two motions to dismiss, counsel litigated, intensively and successfully, a complicated class certification motion, which involved not only extensive briefing but a two-day evidentiary hearing."

*In re Capacitors Antitrust Litigation,* No. 3:17-md-02801-JD (N.D. Cal.). Girard Sharp served on the plaintiffs' executive committee for the certified direct purchaser class in this MDL against a large group of defendant manufacturers that allegedly conspired to raise, fix, maintain and stabilize prices of aluminum, tantalum and film capacitors—products commonly found in computers, vehicles, smart devices and other electronics. The defendants' global conspiracy was centered in East Asia. Girard Sharp was responsible for developing the case against U.S. defendant KEMET, which

ultimately agreed to pay $62 million—over 12% of non-trebled damages. Total settlements in the litigation exceeded $604 million.

*In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL No. 1827 (N.D. Cal.). The firm served as liaison counsel for the direct purchaser plaintiffs and certified direct purchaser class in this multidistrict antitrust litigation against makers of LCD screens alleging a far-reaching conspiracy to raise, fix, maintain and stabilize prices. The direct purchasers achieved settlements of more than $400 million.

*In re Aggrenox Antitrust Litigation*, No. 14-md-2516 (D. Conn.). Girard Sharp served on the Plaintiffs' Executive Committee in this "pay-for-delay" litigation accusing Teva Pharmaceuticals USA, Inc. and Boehringer Ingelheim Pharmaceuticals, Inc. of illegally agreeing to keep generic Aggrenox off the market. The case settled for $54 million.

*In re Solodyn Antitrust Litigation,* No. 14-md-2503 (D. Mass.). The firm served on the Plaintiffs' Executive Committee in this action alleging that Medicis Pharmaceuticals and several generic drug manufacturers conspired to monopolize the market for the acne drug Solodyn. The case settled for over $40 million in cash.

*In re Natural Gas Antitrust Cases I, II, III and IV*, J.C.C.P. No. 4221 (Cal. Super. Ct., San Diego Cty.). Girard Sharp served on the leadership team in coordinated antitrust litigation against numerous natural gas companies for manipulating the California natural gas market. The firm helped achieve settlements of nearly $160 million.

## Securities and Financial Fraud

*In re Maxar Technologies Inc. Shareholder Litigation*, No. 19CV357070 (Cal. Super. Ct., Santa Clara Cty.). Serving as co-lead counsel, Girard Sharp prosecuted this certified class action on behalf of investors of Maxar Technologies, Ltd. (NYSE: MAXR) who alleged material misstatements and omissions concerning the performance and financial outlook of one of Maxar's core business units. In December 2023, the Superior Court granted final approval of a $36.5 million settlement—one of the largest securities judgments ever achieved in California state court.

*In re JPMorgan Precious Metals Spoofing Litigation*, No. 1:18-cv-10356 (S.D.N.Y). Girard Sharp served on the Plaintiffs' Executive Committee in a class action against JPMorgan Chase & Co. for market manipulation in violation of the Commodities Exchange Act. In July 2022, the court approved a $60 million settlement that fully compensated claimants for their losses.

*In re Woodbridge Investments*, No. 2:18-cv-00103 (C.D. Cal.). Girard Sharp served as lead counsel representing investors in securities issued by the Woodbridge Group of Companies. Woodbridge and its founder Robert Shapiro—now serving a 25-year prison sentence—operated a massive Ponzi scheme from 2012 through 2017. Plaintiffs alleged that Comerica Bank, which serviced all the Woodbridge accounts, knew of and substantially assisted the fraud. Acting as lead counsel, Girard Sharp worked closely with the Woodbridge bankruptcy trustee and prevailed in large part against Comerica's motion to dismiss. After substantial discovery, and with class certification fully briefed, the parties (including the trustee) reached a $54.2 million settlement for the investors.

*In re CannTrust Holdings, Inc. Securities Litigation*, No. 1:19-cv-06396-JPO (S.D.N.Y.). Girard Sharp represented investors in California state court against officers, directors and underwriters involved with a Canada-based cannabis operation that was running unregistered "grows." Coordinated with litigation in Canada, the *CannTrust* case settled for $83 million.

*Magowski v. The Parking REIT, Inc.*, No. 24-C-19-003125; *Barene v. The Parking REIT, Inc.*, No. 24-C-19-003527 (Circuit Court for Baltimore City). Girard Sharp and co-counsel sued The Parking REIT's CEO and Chairman, Michael Shustek, along with the REIT's directors, on behalf of investors who faced a complete loss on their investments after Shustek carried out a series of alleged self-dealing transactions in connection with internalizing the company's external manager. After deposing whistleblowers, Girard Sharp coordinated negotiations among The Parking REIT, the individual defendants, plaintiffs in a separate suit in federal court in Nevada, and a potential acquirer to arrive at a settlement that provided for cash payments to the stockholders, an injection of new capital into the company, and forfeiture of Shustek's right to receive additional shares. The court described this result as "well more than adequate" as it delivered more than half the maximum potential recovery in the case.

*Daccache v. Raymond James Financial, Inc.*, No. 1:16-cb-21575-FAM (S.D. Fla.). Girard Sharp served as a member of the leadership team representing investors in various Jay Peak EB-5 Immigrant Investor Program project offerings. The investors' funds were diverted and misappropriated instead of being applied to the intended project to develop the area surrounding the Jay Peak Ski Resort. In June 2017, the court approved a settlement of $150 million for the investors.

*In re Oppenheimer Rochester Funds Group Securities Litigation*, No. 09-md-02063-JLK (D. Colo). Girard Sharp represented investors who were misled by the Oppenheimer California Municipal Bond Fund about the investment risks associated with the fund's holdings. On November 6, 2017, the Honorable John L. Kane approved a $50.75 million settlement for the investors.

*In re Sears Holdings Corporation Stockholder and Derivative Litigation*, Consolidated C.A. No. 11081-VCL (Del. Ch.). Girard Sharp served as co-lead counsel on behalf of the company in this derivative suit charging CEO and majority owner Edward S. Lampert and other directors with depriving stockholders of the full value of 266 of Sears Holdings' most valuable properties. Girard Sharp obtained a $40 million settlement for Sears Holdings Corporation in the Court of Chancery.

*In re Digex, Inc. Shareholder Litigation*, Consol. No. 18336 (Del. Ch.). Girard Sharp represented the Kansas Public Employees Retirement System, one of two institutional lead plaintiffs in this lawsuit; minority stockholders of Digex, Inc. sued to enjoin MCI WorldCom's planned acquisition of a controlling interest in Digex via a merger with Intermedia Communications, Inc. A settlement approved by the Delaware Chancery Court secured $165 million in MCI WorldCom stock and $15 million in cash for Digex shareholders, as well as non-cash benefits valued at $450 million.

*Billitteri v. Securities America, Inc.*, No. 3:09-cv-01568-F (N.D. Tex.). Girard Sharp served as lead counsel in an action against broker-dealer Securities America, Inc. and its corporate parent, Ameriprise, Inc. in connection with sales of investments in the Provident Royalties and Medical Capital investment schemes. Daniel Girard coordinated negotiations resulting in a $150 million settlement, with $80 million allocated to class plaintiffs represented by Girard Sharp and $70 million allocated to individual investors who had initiated arbitration proceedings. The settlements returned

over 40% of investment losses. In approving the settlement, the court found that Girard Sharp attorneys "possess great competence and experience, and the result reached in this case perfectly exemplifies their abilities. The Court has been extremely impressed with the conduct, skill, and accomplishment of Class Counsel throughout this litigation."

*In re Lehman Brothers Equity/Debt Securities Litigation*, No. 08-Civ-5523 (S.D.N.Y.). Girard Sharp was appointed class counsel for a certified class of retail investors in structured products sold by UBS Financial Services, Inc., following the collapse of Lehman Brothers Holdings, Inc. in the largest bankruptcy in American history. The plaintiffs alleged that UBS misrepresented Lehman's financial condition and failed to disclose that the "principal protection" feature of many of the notes depended upon Lehman's solvency. Girard Sharp negotiated a settlement that established a $120 million fund to resolve these claims.

*In re Prison Realty Securities Litigation*, No. 3:99-0452 (M.D. Tenn.). Girard Sharp served as co-lead counsel in this securities class action brought against a real estate investment trust and its officers and directors relating to a merger between Corrections Corporation of America and CCA Prison Realty Trust. The court approved a settlement for over $120 million in cash and stock.

*In re American Express Financial Advisors Securities Litigation*, No. 04-cv-01773-DAB (S.D.N.Y.). Girard Sharp served as co-lead counsel in this class action on behalf of individuals who bought financial plans and invested in mutual funds from American Express Financial Advisors. The case alleged that American Express steered its clients into underperforming "shelf space funds" to reap kickbacks and other financial benefits. The court granted final approval of a settlement providing $100 million in cash and other relief.

*Scheiner v. i2 Technologies, Inc.*, No. 3:01-CV-418-H (N.D. Tex.). Girard Sharp represented the lead plaintiff—the Kansas Public Employees Retirement System—and served as co-lead counsel on behalf of investors in i2 Technologies. The Honorable Barefoot Sanders approved cash settlements for $88 million from the company, its officers, and its former auditor Arthur Andersen. As part of the settlement, i2 agreed to significant corporate governance reforms.

*In re Peregrine Financial Group Customer Litigation*, No. 1:12-cv-5546 (N.D. Ill.). As one of two co-lead counsel, Girard Sharp prosecuted this litigation under the Commodities Exchange Act and state law on behalf of investors who lost millions in the collapse of a commodities futures merchant. The litigation generated recoveries of more than $75 million. The court wrote that counsel "conferred an impressive monetary benefit on the Settlement Class: the funds recovered from U.S. Bank are substantial—both in absolute terms and when assessed in light of the risks of establishing liability and damages."

*CalSTRS v. Qwest Communications*, No. 415546 (Cal. Super. Ct., S.F. Cty.). Girard Sharp represented the California State Teachers Retirement System in this opt-out securities fraud case against Qwest Communications, Inc. and certain of its officers and directors, as well as its outside auditor Arthur Andersen. The case resulted in a precedent-setting $45 million settlement for California schoolteachers.

*In re SLM Corp. Securities Litigation*, No. 08-Civ-1029-WHP (S.D.N.Y). Girard Sharp served as lead counsel representing investors of SLM Corporation who alleged Sallie Mae, the leading provider of student loans in the United States, misled the public about its financial performance to

inflate the company's stock price. After achieving nationwide class certification, Girard Sharp negotiated a settlement that established a $35 million fund to resolve the investors' claims.

*In re Winstar Communications Securities Litigation*, No. 01 Civ. 11522 (S.D.N.Y.). Girard Sharp represented Allianz of America, Inc., Fireman's Fund and other large private institutional investors against Grant Thornton and other defendants on claims arising out of plaintiffs' investments in Winstar Communications, Inc. The firm achieved a settlement on the eve of trial that provided a recovery rate over 30 times higher than what class members received in a related class action. After deduction of attorneys' fees, the fund returned 78.5% of potentially recoverable losses.

*In re Oxford Tax Exempt Fund Securities Litigation*, No. WMN-95-3643 (D. Md.). Girard Sharp served as co-lead counsel in class and derivative litigation brought on behalf of a real estate limited partnership with assets of over $200 million. The parties reached a settlement providing for exempt issuance of securities under section 3(a)(10) of the Securities Act of 1933, public listing of units, and additional benefits valued at over $10 million.

*Calliott v. HFS, Inc.*, No. 3:97-CV-0924-L (N.D. Tex.). Girard Sharp intervened on behalf of an institutional client in this securities class action arising out of the bankruptcy of Amre, Inc., a seller of home remodeling and repair services. After being designated lead counsel under the Private Securities Litigation Reform Act, Girard Sharp negotiated and obtained court approval of settlements totaling $7.3 million.

*In re Towers Financial Corporation Noteholders Litigation*, MDL No. 994 (S.D.N.Y.). This class action was brought against promoters and professionals linked to a failed investment scheme that the SEC described at the time as being the "largest Ponzi scheme in U.S. history." The case resulted in $6 million in partial settlements and a $250 million judgment entered against four senior Towers executives. Girard Sharp served as liaison counsel and as a Plaintiffs' Executive Committee member. The court stated that "class counsel—particularly plaintiffs' liaison counsel, Daniel Girard—has represented the plaintiffs diligently and ably in the several years that this litigation has been before me." 177 F.R.D. 167, 171 (S.D.N.Y. 1997).

## Deceptive Trade Practices

*In re JUUL Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation*, No. 19-md-02913-WHO (N.D. Cal.). Girard Sharp served as co-lead counsel in this multidistrict litigation concerning the vaping epidemic, which affected countless American youth. The firm represented plaintiffs ranging from e-cigarette purchasers and injured users to school districts and Native American tribes. In May 2023, Girard Sharp lawyers conducted a jury trial against Altria (formerly Philip Morris), which agreed to a $235 million settlement after the plaintiff rested. Girard Sharp also took the lead in pursuing an innovative RICO claim and obtaining certification of nationwide consumer class of e-cigarette buyers. The *JUUL* litigation delivered nearly $2 billion in recoveries for the plaintiffs, including over $300 million in recoveries for class members and an additional $1.7 billion for other plaintiff groups. The Honorable William H. Orrick commented from the bench that the work performed was "really was excellent and the result obtained was also excellent. Just a superb job."

*In re Hyundai and Kia Horsepower Litigation*, No. 02CC00287 (Cal. Super. Ct., Orange Cty.). Girard Sharp served as lead counsel in this coordinated nationwide class action against Hyundai for falsely advertising the horsepower ratings of more than 1 million vehicles over a ten-year period. The case was aggressively litigated on both sides over several years. In all, over 850,000 Hyundai vehicle owners received notice of the settlement, which was valued at $125 million and which provided cash and other benefits to class members.

*In re Chase Bank USA, N.A. "Check Loan" Contract Litigation*, No. 09-2032 (N.D. Cal.). Girard Sharp and several other firms led this nationwide class action alleging deceptive marketing and loan practices by Chase Bank USA, N.A. After certifying a nationwide class, the Honorable Maxine M. Chesney granted final approval of a $100 million settlement benefiting Chase cardholders.

*In re Hyundai and Kia Fuel Economy Litigation*, No. 2:13-ml-2424 (C.D. Cal.). In a lawsuit alleging false advertising in connection with the fuel efficiency of various Hyundai and Kia models, the firm served as liaison counsel and in that capacity regularly reported to the court and coordinated a wide-ranging discovery process. The case resulted in a nationwide class action settlement with an estimated value of up to $120 million.

*In re Providian Credit Card Cases*, J.C.C.P. No. 4085 (Cal. Super. Ct., S.F. Cty.). Girard Sharp served as court-appointed co-lead counsel in this nationwide class action brought on behalf of Providian credit-card holders. The suit alleged that Providian engaged in unlawful, unfair and fraudulent business practices in connection with marketing and assessing fees for its credit cards. The Honorable Stuart Pollack approved a $105 million settlement, plus injunctive relief—one of the largest class action recoveries in consumer credit-card litigation.

*In re MCI Non-Subscriber Telephone Rates Litigation*, MDL No. 1275 (S.D. Ill.). Girard Sharp served as co-lead counsel and recovered an $88 million settlement for MCI telephone subscribers who were charged rates and surcharges applicable to non-subscribers instead of the lower advertised rates. In approving the settlement, the Honorable David Herndon highlighted "the complexity of the issues involved; the vigorous opposition Plaintiffs' counsel faced from sophisticated and well-funded Defendants represented by skilled counsel; the achievement of a very large cash settlement fund under these conditions"; and the "design and implementation of a computerized claims process, which appears to have been highly successful." Daniel Girard argued the key motions in the case and designed the claim procedure.

*Skold v. Intel Corp.*, No. 1-05-CV-039231 (Cal. Super. Ct., Santa Clara Cty.). Girard Sharp represented Intel consumers through a decade of hard-fought litigation, ultimately certifying a nationwide class under an innovative "price inflation" theory and negotiating a settlement that provided refunds and $4 million in *cy pres* donations. In approving the settlement, Judge Peter Kirwan wrote: "It is abundantly clear that Class Counsel invested an incredible amount of time and costs in a case which lasted approximately 10 years with no guarantee that they would prevail. . . Simply put, Class Counsel earned their fees in this case."

*Steff v. United Online, Inc.*, No. BC265953, (Los Angeles Super. Ct.). This nationwide class action was brought against NetZero, Inc. and its parent, United Online, Inc. by former NetZero customers. Plaintiffs alleged that defendants falsely advertised their internet service as unlimited and guaranteed for a specific period of time. The Honorable Victoria G. Chaney of Los Angeles Superior

Court granted final approval of a settlement that provided full refunds to customers whose services were cancelled, and which also placed restrictions on Defendants' advertising.

*Stoddard v. Advanta Corp.*, No. 97C-08-206-VAB (Del. Super. Ct.). This nationwide class action was brought on behalf of cardholders who were promised a fixed APR for life in connection with balance transfers, but whose APR was then raised pursuant to a notice of change in terms. The Honorable Vincent A. Bifferato appointed the firm as co-lead counsel and approved a $7.25 million settlement.

*Khaliki v. Helzberg's Diamond Shops, Inc.*, No. 11-0010-CV-W-NKL (W.D. Mo.). Girard Sharp and co-counsel represented consumers who alleged deceptive marketing in connection with the sale of princess-cut diamonds. The court approved a favorable settlement, recognizing "that Class Counsel provided excellent representation" and obtained "a favorable result relatively early in the case, which benefits the Class while preserving judicial resources." The court further recognized that "Class Counsel faced considerable risk in pursuing this litigation on a contingent basis, and obtained a favorable result for the class given the legal and factual complexities and challenges presented."

*In re Tyson Foods Inc., Chicken Raised Without Antibiotics Consumer Litigation*, No. RDB- 08-1982 (D. Md.). Girard Sharp served as Class Counsel on behalf of consumers who purchased chicken products misleadingly labeled as having been "raised without antibiotics." After discovery, counsel negotiated a cash settlement that required Tyson Foods to pay class members and make substantial cy pres contributions to food banks.

## Defective Products

*In re MacBook Keyboard Litigation*, No. 5:18-cv-02813-EJD (N.D. Cal.). Girard Sharp secured a $50 million settlement for purchasers of MacBook laptops fitted with an ultrathin "butterfly" keyboard. After obtaining multistate class certification, the firm, acting as co-lead counsel, pursued the case through expert discovery and summary judgment before securing the settlement. After the court approved the settlement in May 2023, MacBook purchasers who experienced repeat keyboard failures received compensation of several hundred dollars. The Honorable Edward J. Davila recognized Girard Sharp's "skill and diligent prosecution" and found that "Class Counsel achieved excellent results," stating in part that "[t]he Class benefitted from Counsel's decades of experience in prosecuting class actions, evidenced by Class Counsel's successful defense in three rounds of motions to dismiss, certification of the seven-state class and subclasses, and prolonged settlement negotiations . . . in pursuit of the best outcome."

*Bentley v. LG Electronics U.S.A., Inc.*, No. 2:19-cv-13554-MCA-MAH (D.N.J.). Girard Sharp served as co-lead counsel representing consumers who paid premium prices for LG refrigerators prone to stop cooling, resulting in spoiled food and medicine, due to a malfunctioning linear compressor part. The plaintiffs reached a settlement under which every refrigerator owner could receive several thousand dollars in compensation, and those without documentation could recover up to $450. The class members also received a five-year extended warranty covering the full cost of repairs for cooling failures. In approving the settlement, the Honorable Madeline Cox Arleo noted that "the settlement is available to over a million and a half Americans who purchased allegedly defective refrigerators; there

is absolutely no -- there is no cap on the award that a claimant can get. Claimants will be made whole, plus the additional warranty."

**Burd v. Subaru of America, Inc.**, No. 1:20-cv-03095-JHR-MJS (D.N.J.). Girard Sharp served as co-lead counsel for owners and lessors of Subaru vehicles with an alleged defect that causes the battery to drain and deplete prematurely, leaving many drivers stranded. After plaintiffs prevailed in significant part on Subaru's motion to dismiss, the case settled on favorable terms, providing class members with cash reimbursements, a technical fix for the battery drain problem, and enhanced warranty protections.

**Weeks v. Google LLC**, No. 18-cv-00801-NC (N.D. Cal.). Girard Sharp served as co-lead counsel representing owners of Google Pixel and Pixel XL smartphones. The lawsuit alleged that a defect in the Google phones caused the microphones to fail, such that users were unable to make calls, dictate texts, record audio, search the web with voice command, or use the advertised Google Assistant feature. On December 6, 2019, the court approved a $7.25 million settlement for the class that it deemed "excellent."

**In re Nexus 6P Products Liability Litigation**, No. 5:17-cv-02185-BLF (N.D. Cal). Girard Sharp was appointed as co-lead counsel in a class action alleging that Nexus 6P smartphones suffered from a defect that rendered the phones inoperable through an endless boot-loop cycle and an accelerated battery drain that caused the phones to shut off prematurely. On November 11, 2019, the Honorable Beth L. Freeman approved a $9.75 million class settlement, finding in part that "Class counsel has extensive experience representing plaintiffs and classes in complex litigation and consumer class actions.… [T]he quality of their work is reflected in the results achieved for the class." 2019 WL 6622842, at *10, *12 (N.D. Cal. Nov. 12, 2019).

**In re iPod Cases**, JCCP No. 4355 (Cal. Super. Ct., San Mateo Cty.). Girard Sharp, as court-appointed co-lead counsel, negotiated a settlement that provided warranty extensions, battery replacements, cash payments, and store credits for class members who experienced battery failure. In approving the settlement, the Honorable Beth L. Freeman wrote that Girard Sharp attorneys are "extremely well qualified" and negotiated a "significant and substantial benefit" for the class.

**Sugarman v. Ducati North America, Inc.**, No. 5:10-cv-05246-JF (N.D. Cal.). The firm served as class counsel on behalf of owners of Ducati motorcycles whose fuel tanks degraded and deformed due to incompatibility with the motorcycles' fuel. In January 2012, the Honorable Jeremy D. Fogel approved a settlement that provided an extended warranty and repairs, commenting: "The Court recognizes that class counsel assumed substantial risks and burdens in this litigation. Representation was professional and competent; in the Court's opinion, counsel obtained an excellent result for the class." 2012 WL 113361, at *6 (N.D. Cal. Jan. 12, 2012).

**Parkinson v. Hyundai Motor America**, No. CV 8:06-0345 (C.D. Cal.). Girard Sharp served as class counsel in this action alleging that the flywheel and clutch system in certain Hyundai vehicles was defective. After achieving nationwide class certification, Girard Sharp negotiated a settlement that provided from 50% to 100% in reimbursement to class members for their repairs, depending on their vehicle's mileage at the time of repair. The settlement also provided full reimbursement for rental car expenses for class members who rented a vehicle while flywheel or clutch repairs were being performed. After approving the settlement, the court wrote, "Perhaps the best barometer of . . . the benefit obtained for the class . . . is the perception of class members themselves. Counsel submitted

dozens of letters from class members sharing their joy, appreciation, and relief that someone finally did something to help them." 796 F. Supp. 2d 1160, 1175 (C.D. Cal. 2010).

*In re Medtronic, Inc. Implantable Defibrillators Products Liability Litigation*, MDL No. 1726 (D. Minn.). Girard Sharp served on the discovery and law committees and performed briefing, discovery, and investigative work in this lawsuit that followed a February 2005 recall of certain models of Medtronic implantable cardioverter defibrillator devices. The controversy was resolved for $75 million.

*Browne v. American Honda Motor Co., Inc.*, No. CV 09-06750 (C.D. Cal.). Girard Sharp served as co-lead counsel representing plaintiffs who alleged that about 750,000 Honda Accord and Acura TSX vehicles had brake pads that wore out prematurely. Girard Sharp negotiated, and the court approved, a settlement valued at $25 million that provided reimbursements to class members and made improved brake pads available.

*In re General Motors Dex-Cool Cases*, No. HG03093843 (Cal. Super Ct. Alameda Cty.). These class actions alleged that General Motors' Dex-Cool engine coolant damaged certain vehicles' engines and formed a rusty sludge that caused vehicles to overheat. After consumer classes were certified in both Missouri and California, General Motors agreed to pay cash to class members nationwide. On October 27, 2008, the California court granted final approval of the settlement.

*Roy v. Hyundai Motor America*, No. SACV 05-483-AHS (C.D. Cal.). Girard Sharp served as co-lead counsel in this nationwide class action alleging a defect in the air-bag system in Hyundai Elantra vehicles. Girard Sharp helped negotiate a settlement under which Hyundai agreed to repair the air-bag systems in the vehicles it sold and leased to class members. Hyundai also agreed to reimburse class members for transportation expenses and administer an alternative dispute resolution program for trade-ins and buy-backs. In approving the settlement, the Honorable Alicemarie H. Stotler described the settlement as "pragmatic" and a "win-win" for all concerned.

## Privacy Violations

*In re U.S. Office of Personnel Management Data Security Litigation*, MDL No. 2664 (D.D.C.). Girard Sharp serves as lead counsel on behalf of 22 million federal government employees and job applicants whose highly sensitive personnel files were stolen in a 2015 hack attributed to the Chinese government. After the district court dismissed the Privacy Act claims against the United States for lack of standing and failure to state a claim, the D.C. Circuit reversed. *See* 928 F.3d 42 (D.C. Cir. 2019). On remand, despite the immunity that limits recovery to pecuniary loss, *see FAA v. Cooper*, 566 U.S. 284 (2012), and the breach reportedly having been perpetrated by a foreign state actor, Girard Sharp negotiated a $63 million settlement for the class. The settlement, finally approved by the court in 2022, compensated victims who suffered a financial loss as a result of the data breach, providing for minimum payments of $700.

*In re Lenovo Adware Litigation*, MDL No. 2624 (N.D. Cal.). Girard Sharp is co-lead counsel for a class of computer purchasers whose online activities were surreptitiously monitored by pre-installed software. The undisclosed spyware degraded the computers' performance, operating continuously in the background as it analyzed browsing activity and injected ads into visited

webpages. The Honorable Ronald M. Whyte certified a nationwide indirect purchaser class for trial. 2016 WL 6277245 (N.D. Cal. Oct. 27, 2016). After the defendants agreed to a non-reversionary cash settlement, Girard Sharp helped design a claims process that allowed each participating class member to choose between (1) completing a short online claim form to receive an estimated $40 cash payment for every purchased computer, or (2) submitting receipts or other documentation to recover sums actually expended as a result of the spyware being on the computer, up to $750. The Honorable Haywood S. Gilliam granted final approval of the settlement. 2019 WL 1791420 (N.D. Cal. Apr. 24, 2019).

*Corona v. Sony Pictures Entertainment*, No. 2:14-cv-09600-RGK-SH (C.D. Cal.). Girard Sharp served as co-lead counsel in a class action brought on behalf of 15,000 current and former employees of Sony Pictures Entertainment following a cyberattack attributed to North Korean intelligence as retaliation for release of the film *The Interview*. In April 2016, the court approved a class settlement that reimbursed actual losses in full and provided extended credit monitoring—a structure adopted in many subsequent data breach settlements.

*In re Yahoo Mail Litigation*, No. 5:13-cv-04980-LHK (N.D. Cal.). Girard Sharp represented non-Yahoo email subscribers whose emails with Yahoo email subscribers were illegally intercepted and scanned by Yahoo. The court, in a widely-cited opinion, certified a nationwide class for injunctive-relief purposes. 308 F.R.D. 577 (N.D. Cal. 2015). With cross-motions for summary judgment fully briefed, the parties settled. Yahoo agreed to restructure its email delivery architecture to ensure that incoming and outgoing email would no longer be intercepted while in transit— bringing its email scanning practices into compliance with applicable law—and to disclose its email scanning practices on its website. The court noted that "Class Counsel achieved these benefits only after several years of litigation," which they prosecuted "in an effective and cost-efficient manner." 2016 WL 4474612, at *10 (N.D. Cal. Aug. 25, 2016).

*In re The Home Depot, Inc. Customer Data Security Breach Litigation*, MDL No. 2583 (N.D. Ga.). The Honorable Thomas W. Thrash, Jr. appointed Girard Sharp to the Plaintiffs' Executive Committee in this MDL arising from a breach of Home Depot customers' credit and debit card information. Under the court-approved settlement, class members with documented claims could receive up to $10,000, and the defendant paid an additional $6.5 million to provide 18 months of identity monitoring services for the benefit of class members. 2016 WL 6902351, at *4 (N.D. Ga. Aug. 23, 2016). Judge Thrash described the settlement as "an outstanding result for the Class in a case with a high level of risk," *id*. at *5, and further noted that "Class Counsel obtained an exceptional result . . . ." 2017 WL 9605208, at *1 (N.D. Ga. Aug. 1, 2017).

*In re Target Corp. Customer Data Security Breach Litigation*, MDL No. 2522 (D. Minn.). Girard Sharp served on the Plaintiffs' Steering Committee representing consumers whose personal and financial information was compromised in a breach of Target's point-of-sale systems. After plaintiffs defeated Target's motion to dismiss, *see* 66 F. Supp. 3d 1154 (D. Minn. 2014), the parties agreed to a class settlement that was approved by the MDL court and upheld on appeal, *see* 892 F.3d 968 (8th Cir. 2018). The settlement requires changes to Target's information security practices and delivered cash recoveries to class members under a simplified claim procedure.

*In re Experian Data Breach Litigation*, No. 15-01592 (C.D. Cal.). Girard Sharp served on the Plaintiffs' Steering Committee in this litigation arising out of a breach of Experian's electronic systems than compromised names, addresses, and social security numbers of T-Mobile subscribers.

The Honorable Andrew J. Guilford in 2019 granted final approval of a settlement that established a $22 million fund and provided identity theft protection services for the benefit of class members, commenting in part: "You folks have truly done a great job, both sides. I commend you."

*In re Adobe Systems, Inc. Privacy Litigation*, No. 5:13-cv-05226-LHK (N.D. Cal.). Girard Sharp was appointed as lead counsel in this consolidated litigation on behalf of consumers asserting privacy and consumer fraud claims arising from a 2013 data breach. Girard Sharp obtained a pivotal ruling when the court denied Adobe's motion to dismiss for lack of standing, ruling that the Supreme Court's decision in *Clapper v. Amnesty International USA*, 133 S. Ct. 1138 (2013), did not change existing standing jurisprudence. 66 F. Supp. 3d 1197 (N.D. Cal. 2014). Before this ruling, many data breach defendants had obtained dismissals for lack of standing based on *Clapper*. The *Adobe* ruling has been followed by a number of courts, including the Seventh Circuit Court of Appeals in *Remijas v. Neiman Marcus Group, LLC*. 794 F.3d 688, 693–94 (7th Cir. 2015).

*Prather v. Wells Fargo Bank, N.A.*, No. 17-cv-00481 (N.D. Ill.). Girard Sharp served as co-lead counsel in an action alleging that Wells Fargo used an automatic telephone dialing system to repeatedly call the cellular phone numbers of persons with no prior affiliation with Wells Fargo. On December 10, 2019, the Honorable Manish S. Shah of the Northern District of Illinois granted final approval of a settlement that established a fund of $17,850,000 for class members.

*Whitaker v. Health Net of California, Inc.*, No. 2:11-cv-00910-KJM-DAD (E.D. Cal.); *Shurtleff v. Health Net of California, Inc.*, No. 34-2012-00121600-CU-CL (Cal. Super Ct. Sacramento Cty.). Girard Sharp served as co-lead counsel in this patient privacy action. On June 24, 2014, the court granted final approval of a settlement that provided class members with credit monitoring, established a $2 million fund to reimburse consumers for related identity theft incidents, and required material upgrades to and monitoring of Health Net's information security protocols.

*In re Sony BMG CD Technologies Litigation*, No.1:05-cv-09575-NRB (S.D.N.Y.). Girard Sharp served as co-lead counsel for a class of consumers who alleged that Sony BMG incorporated "Digital Rights Management" software into its music CDs, violating the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 *et seq.*, and rendering the consumers' computers vulnerable to viruses and spyware. The firm negotiated a settlement that required Sony BMG to promptly recall all affected CDs and provide "clean" CDs and cash to class members.

*In re Countrywide Financial Corp. Customer Data Security Breach Litigation*, MDL No. 1988 (W.D. Ky.). Girard Sharp served on the Plaintiffs' Executive Committee representing a class of millions of actual and potential customers of Countrywide whose personal information was stolen by a former Countrywide employee and then sold to other mortgage lenders. The class settlement approved by the court provided for free credit monitoring, reimbursement of out-of-pocket expenses incurred as a result of the theft, and reimbursement of up to $50,000 per class member for identity theft losses.

*Smith v. Regents of the University of California, San Francisco*, No. RG-08-410004 (Cal. Super Ct. Alameda Cty.). Girard Sharp represented a patient who alleged that UCSF's disclosure of its patients' medical data to outside vendors violated California's medical privacy law. The firm succeeded in negotiating improvements to UCSF's privacy procedures on behalf of a certified class of patients of UCSF Medical Center. In approving the stipulated permanent injunction, the

*GIRARD SHARP FIRM RESUME*

Honorable Stephen Brick found that "Smith has achieved a substantial benefit to the entire class and the public at large."

## Insurance and Other Consumer Protection Matters

*In re PFA Insurance Marketing Litigation*, No. 4:18-cv-03771-YGR (N.D. Cal.). Girard Sharp prosecuted this certified class action on behalf of owners of indexed universal life insurance issued by National Life Group. Plaintiffs alleged that NLG and its sales agency, Premier Financial Alliance, sold these policies through a pyramid scheme targeting Asian immigrants. Under a settlement reached during final pretrial preparation, claimants received an average payment of $4,207. The Honorable Yvonne Gonzalez Rogers commended this "exceptional success," finding that Girard Sharp "represented the class with skill and diligence over the course of several years and achieved remarkable success on behalf of the class . . . despite the relative novelty of their theory of liability, which applies the Endless Chain Scheme Law in the context of insurance products."

*Spegele v. USAA Life Insurance Co.*, No. 5:17-cv-967-OLG (W.D. Tex.). After obtaining nationwide class certification under Texas law, Girard Sharp and co-counsel reached a $90 million settlement of claims that USAA Life Insurance systematically overcharged policyholders under their policies' "cost of insurance" terms. The settlement was approved as fair, reasonable, and adequate in 2021 and benefited owners of 122,000 universal life insurance policies in effect since March 1, 1999.

*Larson v. John Hancock Life Insurance Company (U.S.A.)*, No. RG16813803 (Cal. Super. Ct., Alameda Cty.). Girard Sharp served as liaison counsel in this certified class action on behalf of universal life insurance policyholders alleging John Hancock overcharged more than 100,000 of its insureds, depriving them of the full value of the premiums they paid over time. On May 8, 2018, the Honorable Brad Seligman granted final approval of a $59 million settlement.

*Ide v. British Airways*, No. 20-cv-03542-JMF (S.D.N.Y). Girard Sharp represented British Airways passengers suing over the airline's refusal to issue refunds for COVID 19-related cancellations. The court approved a comprehensive settlement for refunds and interest in November 2022.

*In re America Online Spin-Off Accounts Litigation*, MDL No. 1581 (C.D. Cal.). Girard Sharp served as court-appointed co-lead counsel in this nationwide class action on behalf of America Online subscribers who were billed for a second account without their knowledge or consent. The litigation settled for $25 million and changes in AOL's billing and account practices.

*Mitchell v. American Fair Credit Association*, No. 785811-2 (Cal. Super. Ct., Alameda Cty.); *Mitchell v. Bankfirst, N.A.*, No. C-97-1421-MMC (N.D. Cal.). This class action was brought on behalf of California members of the American Fair Credit Association (AFCA). Plaintiffs alleged that AFCA operated an illegal credit repair scheme. The Honorable James Richman certified the class and appointed the firm as class counsel. In February 2003, the Honorable Ronald Sabraw of Alameda County Superior Court and the Honorable Maxine Chesney of the Northern District of California granted final approval of settlements valued at over $40 million.

*In re Mercedes-Benz Tele Aid Contract Litigation*, MDL No. 1914, CV No. 07-2720-DRD (D.N.J.). Girard Sharp served as co-lead class counsel on behalf of consumers whose vehicles' navigation systems were on the verge of becoming obsolete. Counsel obtained nationwide class certification before negotiating a settlement valued at up to $50 million. In approving the settlement, the court acknowledged that the case "involved years of difficult and hard-fought litigation by able counsel on both sides" and that "the attorneys who handled the case were particularly skilled by virtue of their ability and experience." 2011 WL 4020862, at *4, *8 (D.N.J. Sept. 9, 2011).

*In re LookSmart Litigation*, No. 02-407778 (Cal. Super. Ct., S.F. Cty.). This nationwide class action was brought against LookSmart, Ltd. on behalf of consumers who paid an advertised "one time payment" to have their websites listed in LookSmart's directory, only to be charged additional fees to continue service. The court granted final approval of a class settlement valued at approximately $20 million that provided cash and other benefits.

*In re America Online, Inc. Version 5.0 Software Litigation*, MDL No. 1341 (S.D. Fla.). Girard Sharp served as co-lead counsel in this MDL involving 45 centralized actions. The case alleged violations of state consumer protection statutes, the Computer Fraud and Abuse Act, and federal antitrust laws arising from AOL's distribution of its Version 5.0 software upgrade. The Honorable Alan S. Gold granted final approval of a $15.5 million settlement.

*In re PayPal Litigation*, No. C-02-1227-JF (PVT) (N.D. Cal.). Girard Sharp served as co-lead counsel in this nationwide class action alleging violations of California consumer protection statutes and the Electronic Funds Transfer Act (EFTA). Plaintiffs alleged that PayPal unlawfully restricted access to consumers' PayPal accounts. On September 24, 2004, Judge Fogel granted final approval of a settlement valued at $14.35 million in cash and returned funds, plus injunctive relief to ensure compliance with the EFTA.

*Powers Law Offices, P.C. v. Cable & Wireless USA, Inc.*, No. 99-CV-12007-EFH (D. Mass). Girard Sharp prosecuted this class action on behalf of cable and wireless subscribers who were overcharged for recurring fees. The court granted final approval of an $8 million settlement, and the bankruptcy court approved a 30% distribution from the unsecured creditors' fund of bankruptcy liquidation proceeds.

*Lehman v. Blue Shield of California*, No. CGC-03-419349 (Cal. Super. Ct., S.F. Cty.). In this class action charging Blue Shield with having illegally modified the risk-tier structure of its individual and family health care plans, Girard Sharp negotiated a $6.5 million settlement on behalf of current and former Blue Shield subscribers in California. The Honorable James L. Warren granted final approval of the settlement in March 2006.

*Telestar v. MCI, Inc.*, No. C-05-Civ-10672-JGK (S.D.N.Y). This class action was brought on behalf of MCI commercial subscribers who were charged both interstate and intrastate fees for the same frame relay on prorate line service during the same billing period. On April 17, 2008, the Honorable John G. Koeltl approved a favorable cash settlement.

*Wixon v. Wyndham Resort Development Corp.*, No. C-07-02361 JSW (BZ) (N.D. Cal.). Girard Sharp served as class and derivative counsel in this litigation against a timeshare developer and the directors of a timeshare corporation for violations of California law. Plaintiffs alleged that the

*GIRARD SHARP FIRM RESUME*

EXHIBIT E*Page 27*

Page 81

defendants violated their fiduciary duties by taking actions for the financial benefit of the timeshare developer to the detriment of the owners of timeshare interests. On September 14, 2010, the district court approved a settlement of the derivative claims.

*Berrien v. New Raintree Resorts, LLC*, No. CV-10-03125 CW (N.D. Cal.); *Benedict v. Diamond Resorts Corporation*, No. CV 12-00183-DAE (D. Hawaii). Girard Sharp pursued these actions on behalf of timeshare owners, challenging the imposition of unauthorized "special assessment" fees. The court in each case approved a favorable settlement of the claims asserted on behalf of class members who were charged the fee.

*Allen Lund Co., Inc. v. AT&T Corporation*, No. C 98-1500-DDP (C.D. Cal.). This class action was brought on behalf of small businesses whose long-distance service was switched to Business Discount Plan, Inc. The Honorable Dean D. Pregerson appointed Girard Sharp as class counsel, and thereafter approved a settlement providing full cash refunds and free long-distance telephone service.

*Mackouse v. The Good Guys – California, Inc.*, No. 2002-049656 (Cal. Super Ct. Alameda Cty.). This nationwide class action against The Good Guys and its affiliates alleged violations of the Song-Beverly Consumer Warranty Act and other California consumer protection laws. Plaintiff alleged that The Good Guys failed to honor contracts that it offered for sale to customers in exchange for protection of a purchase after the manufacturer's warranty expired. On May 9, 2003, the Honorable Ronald M. Sabraw granted final approval of a settlement providing cash refunds or services at a class member's election.

*In re H&R Block Express IRA Litigation*, MDL No. 1786 (W.D. Mo.). Girard Sharp served as co-lead counsel in this MDL involving H&R Block's marketing and sale of its "Express IRA" investment products. The firms negotiated a settlement in coordination with the New York Attorney General that delivered more than $19 million in cash to class members—resulting in a full recovery for consumers—as well as non-cash benefits entitling Express IRA holders to convert their investments to alternative IRAs with lower fees.

## Women's Advocacy, Fertility, and Sexual Abuse

*In re Pacific Fertility Center Litigation*, No. 3:18-cv-01586-JSC (N.D. Cal.). Girard Sharp represented IVF patients of Pacific Fertility Center whose eggs and embryos were damaged or destroyed in a cryopreservation tank failure. On June 11, 2021, after a three-week trial, a jury found the tank manufacturer, Chart Industries Inc., liable for a defect in the tank and for negligent failure to recall a part that malfunctioned (a "controller" designed to monitor liquid nitrogen levels). The jury awarded approximately $15 million in damages to three women who lost eggs and a married couple who lost embryos in the catastrophic incident. The three women were each awarded between $2 million and $3 million, and the couple was awarded $7.2 million. Girard Sharp also secured settlements in 2023 for over 80 families who lost reproductive material in the tank failure.

*In re USC Student Health Center Litigation*, No. 2:18-cv-06115 (C.D. Cal.). Girard Sharp served as co-lead counsel in a class action against the University of Southern California and campus gynecologist Dr. George Tyndall on behalf of women who were sexually abused by Tyndall during his long tenure at USC. A federal judge approved a class action settlement with USC that

established a $215 million fund and gave every survivor a choice in how to participate. The claims process received wholehearted praise from class members for the compassionate and generous approach. The settlement also required USC to adopt and implement procedures for identification, prevention, and reporting of sexual and racial misconduct, as well as to recognize the harm done to Tyndall's patients.

*A.B. v. The Regents of the University of California*, No. 2:20-cv-09555-RGK-E (C.D. Cal.). Girard Sharp lawyers filed and successfully resolved a class action lawsuit against UCLA on behalf of women treated by UCLA gynecologist Dr. James Heaps. Heaps was convicted of sexual batteries committed while working as a staff gynecologist at UCLA—a position he held for almost 30 years. The UC Regents agreed to resolve the claims, and the District Court granted final approval of the settlement, finding that: "Class Counsel delivered robust results for the Class, negotiating a flexible and trauma-informed settlement that has provided $73 million in compensation to class members and precipitated significant institutional changes at UCLA. No class member objected. Class Counsel crafted an innovative claims process that was sensitive to the trauma many Class members experienced, providing a non-adversarial alternative to individual litigation."

## Mass Tort

*In re Actos (Pioglitazone) Products Liability Litigation*, MDL No. 2299 (W.D. La.). Girard Sharp lawyers were appointed to the Plaintiffs' Steering Committee and served on the *Daubert* and Legal Briefing Committees in this MDL. A $2.37 billion global settlement was achieved.

*In re Yasmin and Yaz (Drospirenone) Marketing, Sales, Practices and Products Liability Litigation*, MDL No. 2385 (S.D. Ill.). Girard Sharp lawyers were appointed to the Plaintiffs' Steering Committee and served as Co-Chair of the Plaintiffs' Law and Briefing Committee in this MDL that produced settlements worth approximately $1.6 billion.

*In re Pradaxa (Dabigatran Etexilate) Products Liability Litigation*, MDL No. 2385 (S.D. Ill.). Girard Sharp lawyers were appointed to the Plaintiffs' Steering Committee in mass tort litigation that culminated in settlements worth approximately $650 million.

## Government Reform

*Paeste v. Government of Guam*, No. 11-cv-0008 (D. Guam) (Marshall, J.). Girard Sharp and co-counsel served as class counsel in litigation against the Government of Guam on behalf of Guam taxpayers for chronic late payment of income tax refunds. After obtaining certification of a litigation class, the plaintiffs prevailed at summary judgment and obtained a permanent injunction reforming Guam's administration of tax refunds. The Ninth Circuit affirmed the injunction. 798 F.3d 1228 (9th Cir. 2015), *cert. denied*, 136 S. Ct. 2508 (2016).

*Ho v. San Francisco Unified School District*, No. C-94-2418-WHO (N.D. Cal.). This civil rights action was brought on behalf of a certified class of San Francisco public school students of Chinese descent to terminate racial and ethnic quotas imposed under a 1983 desegregation consent decree. *See Ho v. San Francisco Unified Sch. Dist.*, 965 F. Supp. 1316 (N.D. Cal. 1997), *aff'd*, 147 F.3d 854 (9th Cir.

1998); *see also* 143 Cong. Rec. S6097, 6099 (1997) (statement of Senator Hatch noting testimony of a class representative before the Senate Judiciary Committee).