Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. MATTHEWS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS GROUP DIVERSIFIED HOLDINGS, LLC., COMPASS DIVERSIFIED HOLDINGS, MORDECHAI HAIM FERDER, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER,<br><br>Defendants. | Case No. 8:25-cv-00981-JDE<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL, DKT. NO. 20**<br><br><u>CLASS ACTION</u><br><br>JUDGE: John D. Early<br>HEARING: August 7, 2025<br>TIME: 10:00am<br>CTRM: 6A |

[Additional caption on next page]

1

| TODD AUGENBAUM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 8:25-cv-01003-DOC-JDE |
| | ) | |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| | ) | JUDGE: David O. Carter |
| v. | ) ) | |
| | ) | |
| COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| KEVIN TAN, Individually and on behalf of all others similarly situated, | ) ) ) | Case No. 2:25-cv-05777-JAK-MAR |
| | ) | |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| | ) | JUDGE: John A. Kronstadt |
| v. | ) ) | |
| | ) | |
| COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, STEPHEN KELLER, AND PATRICK A. MACIARIELLO, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

2

NOTICE OF WITHDRAWAL OF MOTION OF ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM TO CONSOLIDATE RELATED ACTIONS,  FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL, DKT. NO. 20 – Case No. 8:25-cv-00981-JDE

On July 8, 2025, Movant Erie County Employees' Retirement System ("Movant") filed a Motion to Consolidate Related Actions, For Appointment as Lead Plaintiff, and Approval of Choice of Counsel. Dkt. No. 20. Movant hereby withdraws that motion.  For the avoidance of doubt, this withdrawal shall not apply to Movant's motion filed as Dkt. No. 31.

Dated: July 10, 2025                          Respectfully submitted,

                                              **THE ROSEN LAW FIRM, P.A.**

                                              /s/ Laurence Rosen
                                              Laurence M. Rosen, Esq. (SBN 219683)
                                              355 South Grand Avenue, Suite 2450
                                              Los Angeles, CA 90071
                                              Telephone: (213) 785-2610
                                              Facsimile: (213) 226-4684
                                              Email: lrosen@rosenlegal.com

                                              *Counsel for Movant*

3

NOTICE OF WITHDRAWAL OF MOTION OF ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM TO CONSOLIDATE RELATED ACTIONS,  FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL, DKT. NO. 20 – Case No. 8:25-cv-00981-JDE

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On July 10, 2025, I electronically filed the following **NOTICE OF WITHDRAWAL OF MOTION OF ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL, DKT. NO. 20** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 10, 2025.

/s/ Laurence Rosen
Laurence M. Rosen

NOTICE OF WITHDRAWAL OF MOTION OF ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM TO CONSOLIDATE RELATED ACTIONS,  FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL, DKT. NO. 20 – Case No. 8:25-cv-00981-JDE