**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290

*Attorneys for Nicholas Moreno*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. MATTHEWS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS GROUP DIVERSIFIED HOLDINGS, LLC., COMPASS DIVERSIFIED HOLDINGS, MORDECHAI HAIM FERDER, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER,<br><br>Defendants. | No.: 8:25-cv-00981-JDE<br><br>**NOTICE OF WITHDRAWAL OF NICHOLAS MORENO'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. John D. Early<br>Date: August 7, 2025<br>Time: 10:00 a.m.<br>Courtroom: #6A |
| TODD AUGENBAUM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT | No.: 8:25-cv-01003-DOC-JDE<br><br>Judge: Hon. David O. Carter |

LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER,

Defendants.

KEVIN TAN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, STEPHEN KELLER, and PATRICK A. MACIARIELLO,

Defendants.

No.: 2:25-cv-05777-JAK-MAR

Judge: Hon. John A. Kronstadt

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Nicholas Moreno ("Movant") respectfully hereby withdraws his Motion for Appointment as Lead Plaintiff, Approval of Selection of Counsel, and Consolidation of the above-captioned actions (the "Actions"). *See* ECF No. 24. This withdrawal shall have no impact on Movant's membership in the putative class and his right to share in any recovery obtained for the benefit of the class members. If the Court decides that the present movants are either inadequate or atypical and, therefore, unable to represent the class, Movant stands ready, willing and able to serve as lead plaintiff

Dated: July 10, 2025                    Respectfully submitted,

                                        **LEVI & KORSINSKY, LLP**

                                        */s/ Adam M. Apton*
                                        Adam M. Apton (SBN 316506)
                                        aapton@zlk.com
                                        445 South Figueroa Street, 31st Floor
                                        Los Angeles, CA 90071
                                        Tel: (213) 985-7290

                                        *Lead Counsel for Nicholas Moreno*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other signatory has concurred in this filing's content and has authorized the filing.

/s/ Adam M. Apton
Adam M. Apton

## CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby declare under penalty of perjury as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On July 10, 2025, I electronically filed the following **NOTICE OF WITHDRAWAL OF NICHOLAS MORENO'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 10, 2025.

/s/ Adam M. Apton
Adam M. Apton