Joseph J. Tabacco, Jr. (SBN 75484)
Email: jtabacco@bermantabacco.com
Nicole Lavallee (SBN 165755)
Email: nlavallee@bermantabacco.com
Michael Stocker Dark (SBN 179083)
Email: mdark@bermantabacco.com
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Counsel for Movant Glenbrook Investors and
Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. MATTHEWS, on behalf themselves and all others similarly situated,<br><br>                      Plaintiff,<br><br>    v.<br><br>COMPASS GROUP DIVERSIFIED HOLDINGS, LLC., COMPASS DIVERSIFIED HOLDINGS, MORDECHAI HAIM FERDER, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER,<br><br>                    Defendants. | No. 8:25-cv-00981-JDE<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF GLENBROOK INVESTORS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL**<br><br>Date:  August 7, 2025<br>Time: 10:00 am<br>Courtroom:  6A<br>Magistrate Judge: Hon. John D. Early |

*(Caption Continued)*

[Case No. 8:25-cv-00981-JDE] NOTICE OF WITHDRAWAL OF MOTION OF GLENBROOK INVESTORS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL

| TODD AUGENBAUM, Individually and on Behalf of All Others Similarly Situated, | Case No. 8:25-cv-01003-DOC-JDE |
| --- | --- |
| Plaintiffs, | Judge: David O. Carter |
| v. | |
| COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERISIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, and STEPHEN KELLER, | |
| Defendants. | |
| KEVIN TAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:25-cv-05777-JAK-MAR |
| Plaintiffs, | Judge: John A. Kronstadt |
| v. | |
| COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERISIFIED HOLDINGS LLC, COMPASS GROUP MANAGEMENT LLC, ELIAS J. SABO, RYAN J. FAULKINGHAM, STEPHEN KELLER, and PATRICK A. MACIARIELLO, | |
| Defendants. | |

[Case No. 8:25-cv-00981-JDE] NOTICE OF WITHDRAWAL OF MOTION OF GLENBROOK INVESTORS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL

**TO:  CLERK OF COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that that Glenbrook Capital Management, Inc. Employees' Profit-Sharing Plan, GTW Sub-Trust, The Paul F. Shoen Revocable Trust, and The Paxton Lee Shoen 1998 Education Trust (together, "Glenbrook Investors") hereby withdraws the MOTION OF GLENBROOK INVESTORS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL (ECF No. 16).  This withdrawal shall have no impact on Movant's membership in the putative class and its right to share in any recovery obtained for the benefit of the class members.  If the Court decides that the present movants are either inadequate or atypical and, therefore, unable to represent the class, Movant stands ready, willing and able to serve as lead plaintiff.

DATED: July 11, 2025                    Respectfully submitted,

By:  _/s/ Nicole Lavallee_
        Nicole Lavallee (SBN 165755)

Joseph J. Tabacco, Jr. (SBN 75484)
Michael Stocker Dark (SBN 179083)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermantabacco.com
        nlavallee@bermantabacco.com
        mdark@bermantabacco.com

*Counsel for Movant Glenbrook Investors*

[Case No. 8:25-cv-00981-JDE] NOTICE OF WITHDRAWAL OF MOTION OF GLENBROOK INVESTORS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL                    1