ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN E. COCHRAN (286202)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bcochran@rgrdlaw.com

ABRAHAM, FRUCHTER
  & TWERSKY, LLP
PATRICE L. BISHOP (SBN 182256)
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA  90210
Telephone:  310/279-5125
212/279-3655 (fax)
pbishop@aftlaw.com

Counsel for Todd Augenbaum

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE: COMPASS SECURITIES LITIGATION | Case No. 8:25-cv-00981-MRA-KES |
| | Hon. Mónica Ramírez Almandani |
| This Document Relates To: | NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |
| *Augenbaum v. Compass Diversified Holdings, et al.*, No. 8:25-cv-01003-MRA-KES | |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Todd Augenbaum hereby voluntarily dismisses his claims without prejudice to his ability to participate in this action as an absent class member. The class's interests will continue to be represented by Court-appointed Lead Counsel.

DATED: August 29. 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN E. COCHRAN

s/ Brian E. Cochran
BRIAN E. COCHRAN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bcochran@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

ABRAHAM, FRUCHTER
  & TWERSKY, LLP
PATRICE L. BISHOP (SBN 182256)
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA  90210
Telephone:  310/279-5125
212/279-3655 (fax)
pbishop@aftlaw.com

ABRAHAM, FRUCHTER
  & TWERSKY, LLP
JEFFREY S. ABRAHAM
450 Seventh Avenue, 38th Floor
New York, NY  10123
Telephone:  212/279-5050
212/279-3655 (fax)
jabraham@aftlaw.com

Counsel for Todd Augenbaum

- 1 -