UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:25-cv-00981-MRA-KES | Date | September 12, 2025 |
|---|---|---|---|
| Title | *In re: Compass Securities Litigation* | | |

| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER CONSOLIDATING CASES AND APPOINTING LEAD PLAINTIFF AND COUNSEL**

Having received no objections to the tentative selections for Lead Plaintiff, Lead Counsel, and Liaison Counsel identified in the Court's August 22, 2025, Order, ECF 63, which the Court incorporates herein by reference, the Court **ORDERS** as follows:

1) Pursuant to Federal Rule of Civil Procedure 42(a), the following "Actions" are hereby consolidated into one Consolidated Class Action for all purposes, including, without limitation, discovery, pretrial proceedings, and trial: *Matthews et al. v. Compass Group Diversified Holdings, LLC, et al.*, 8:25-cv-00981-MRA-KES; *Augenbaum et al. v. Compass Diversified Holdings, et al.*, 8:25-cv-01003-MRA-KES; and *Tan et al. v. Compass Diversified Holdings, et al.*, 2:25-cv-05777-MRA-KES.

2) Every pleading in the Consolidated Class Action shall have the following caption:

| *In re: Compass Securities Litigation* | Case No. 8:25-cv-00981-MRA-KES<br><br>Hon. Mónica Ramírez Almadani |
|---|---|
| This Document Relates To: | |

3) The file in 8:25-cv-00981-MRA-KES shall constitute the master file for every action in the consolidated action.  **The Clerk shall administratively close the other actions.**   When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".   When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies and the last name of the first-listed plaintiff in said action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:25-cv-00981-MRA-KES | Date | September 12, 2025 |
|---|---|---|---|
| Title | *In re: Compass Securities Litigation* | | |

4) All actions subsequently filed in, or transferred to, this District shall be consolidated into the Consolidated Action only if the Court determines that they are in fact related. It shall be the responsibility of the parties in those actions to promptly file a Notice of Related Cases pursuant to Local Rule 83-1.3.1.

5) A party's appearance in the consolidated case shall apply to all constituent cases.

6) Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), **Eastern Atlantic States Carpenters Benefit Funds** shall serve as Lead Plaintiff.

7) Pursuant to the PSLRA, **Cohen Milstein Sellers & Toll** shall serve as Lead Counsel.

8) Pursuant to the PSLRA, **Girard Sharp LLP** shall serve as Liaison Counsel.

9) This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action with good cause shown.

The Court will issue a separate order setting a scheduling conference for this Consolidated Class Action.

**IT IS SO ORDERED.**

_____ : _____

Initials of Deputy Clerk        mku