**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re: Compass Securities Litigation* | Case No. 8:25-cv-00981-MRA-KES |
| This Document Relates To: All Actions | **ORDER GRANTING MOTION FOR RELIEF [68] AND REQUIRING LEAD PLAINTIFF TO FILE RENEWED NOTICE OF VOLUNTARY DISMISSAL** |

On December 4, 2025, Lead Plaintiff Eastern Atlantic States Carpenters Benefit Funds moved this Court for relief, pursuant to Federal Rule of Civil Procedure 60(b), from its October 31, 2025, voluntary dismissal of the above-captioned action *with* prejudice to instead voluntarily dismiss *without* prejudice.  ECF 68.  Defendants do not oppose the Motion for Relief.

The Court, having considered Lead Plaintiff's request and finding good cause therefor, hereby **GRANTS** the Motion for Relief [68] and **ORDERS** that Lead Plaintiff file a Corrected Notice of Voluntary Dismissal without prejudice along with a proposed order **within five (5) calendar days** from the entry of this Order.  The Notice and proposed order shall clearly and explicitly explain and confirm whether the voluntary dismissal applies to all the individual actions that the Court consolidated, *see* ECF 65, and whether

-1-

Lead Counsel has authority from all counsel in all those actions to dismiss this Consolidated Action in its entirety. Failure to provide this information will delay dismissal of this case. In addition, based on the status of the case, the Scheduling Conference set for December 8, 2025, at 1:30 p.m. is no longer necessary and hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: December 5, 2025

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

-2-