**GIRARD SHARP LLP**
Sean P. Greene (Bar No. 328718)
(sgreen@girardsharp.com)
222 Pacific Coast Highway, 10th Floor
El Segundo, CA 90245
Telephone: (415) 544-6453
Facsimile: (415) 981-4846

*Counsel for Lead Plaintiff EAS Carpenters*
*and Liaison Counsel for the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll (admitted *pro hac vice*)
(stoll@cohenmilstein.com)
1100 New York Ave. NW ● Suite 800
Washington, DC 20005
Telephone: (202) 408-4600

*Counsel for Lead Plaintiff EAS Carpenters*
*and Lead Counsel for the Class*

[Additional counsel appear on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Compass Securities Litigation*<br><br>This Document Relates to: All Actions | Case No: 8:25-cv-00981-MRA-KES<br><br>Hon. Mónica Ramírez Almadani<br><br>**LEAD PLAINTIFF EAS CARPENTERS' CORRECTED NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and this Court's December 5, 2025 Order granting Lead Plaintiff EAS Carpenters' Unopposed Motion for Rule 60(b) Relief (ECF No. 69), Lead Plaintiff, by and through its undersigned attorneys, hereby dismisses the above-captioned action in its entirety, against all Defendants, without prejudice and without costs.

This voluntary dismissal applies to all individual actions that have been consolidated into this securities fraud class action, *i.e.*, *Matthews, et al. v. Compass Group Diversified Holdings, LLC, et al.*, No. 8:25-cv-00981-MRA-KES; *Augenbaum, et al. v. Compass Diversified Holdings, et al.*, No. 8:25-cv-01003-MRA-KES; and *Tan, et al. v. Compass Diversified Holdings, et al.*, No. 2:25-cv-05777-MRA-KES. *See* ECF No. 65. Counsel in each of the individual actions have consented to the dismissal of the Consolidated Action in its entirety, and Lead Counsel has the authority to request such dismissal.

Dated:  December 10, 2025

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By: */s/ Christina D. Saler*
Christina D. Saler*
(csaler@cohenmilstein.com)
100 N. 18th Street, Suite 1820
Philadelphia, PA 19103
Tel.: (267) 479-5700

-and-

Steven J. Toll*
(stoll@cohenmilstein.com)
S. Douglas Bunch
(dbunch@cohenmilstein.com)
Margaret (Emmy) Wydman
(ewydman@cohenmilstein.com)
Nathan Weiser
(nweiser@cohenmilstein.com)

LEAD PLAINTIFF'S CORRECTED NOTICE OF VOLUNTARY DISMISSAL
Case No. 8:25-cv-00981-MRA-KES

2

1100 New York Ave., N.W., Suite 800
Washington, D.C. 20005
Tel.: (202) 406-4600

*Counsel for Lead Plaintiff EAS Carpenters and Lead Counsel for the Class*

*Admitted *pro hac vice*

**GIRARD SHARP LLP**

Sean P. Greene (Bar No. 328718)
(sgreene@girardsharp.com)
222 Pacific Coast Highway, 10th Floor
El Segundo, CA 90245
Tel.: (415) 544-6453

Adam E. Polk (Bar No. 273000)
(apolk@girardsharp.com)
601 California St., Suite 1400
San Francisco, CA 94108
Tel.: (415) 544-6280

*Counsel for Lead Plaintiff EAS Carpenters and Liaison Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ Christina D. Saler
Christina D. Saler
(csaler@cohenmilstein.com)
100 N. 18th Street, Suite 1820
Philadelphia, PA 19103
Tel.: (267) 479-5700

LEAD PLAINTIFF'S CORRECTED NOTICE OF VOLUNTARY DISMISSAL
Case No. 8:25-cv-00981-MRA-KES