**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re: Compass Securities Litigation* | Case No. 8:25-cv-00981-MRA-KES |
| | Hon. Mónica Ramírez Almadani |
| This Document Relates To: All Actions | **[PROPOSED] DISMISSAL ORDER [ECF NO. __]** |

On December 10, 2025, Lead Plaintiff EAS Carpenters filed a Corrected Notice of Voluntary Dismissal, seeking dismissal of "the above-captioned action in its entirety, against all Defendants, without prejudice and without costs" under Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 70.

The Corrected Notice of Voluntary Dismissal confirms that: (1) the dismissal applies to all individual actions the Court consolidated in its September 12, 2025 order (*see* ECF No. 65), *i.e.*, *Matthews, et al. v. Compass Group Diversified Holdings, LLC, et al.*, No. 8:25-cv-00981-MRA-KES; *Augenbaum, et al. v. Compass Diversified Holdings, et al.*, No. 8:25-cv-01003-MRA-KES; and *Tan, et al. v. Compass Diversified Holdings, et al.*, No. 2:25-cv-05777-MRA-KES; and (2) counsel in all of the individual actions have consented

-1-

to the dismissal of the Consolidated Action in its entirety, and Lead Counsel has the authority to request such dismissal.

The Court, having considered Lead Plaintiff's Notice and finding good cause therefor, hereby DISMISSES the above-captioned Consolidated Action—as well as the individual actions consolidated therein—in their entirety, against all Defendants, without prejudice and without costs.

IT IS SO ORDERED.

Dated: _____

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE